**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Omnis Pleasants, LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **ETEM Remediation Two, LLC** <br> **Pleasants Power Station** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **88-4132673** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** |

**One Power Station Boulevard, Belmont, WV 26134**
Number, Street, City, State & ZIP Code

**Pleasants**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.pleasantspower.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Omnis Pleasants, LLC**
Name

Case number (*if known*) _____

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2211__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

Debtor    **Omnis Pleasants, LLC**                                          Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list          Debtor
                                District _____    When _____    Relationship _____
                                                                              Case number, if known _____

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Omnis Pleasants, LLC**                                          Case number (*if known*) _____
          Name

<table>
<tr><td style="background:black"> </td><td>**Request for Relief, Declaration, and Signatures**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07 / 26 / 2026**
              MM / DD / YYYY

**X** */s/ David Hindman*                                    **David Hindman**
Signature of authorized representative of debtor            Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**    **X** /s/ *Andrew L. Magaziner*                    Date **07 / 26 / 2026**
Signature of attorney for debtor                                    MM / DD / YYYY

**Andrew L. Magaziner**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-571-6600**        Email address    **AMagaziner@ycst.com**

**5426 DE**
Bar number and State

**WRITTEN CONSENT**
**OF**
**THE SOLE MEMBER OF THE BOARD OF DIRECTORS**
**AND**
**THE INDEPENDENT MANAGER**
**OF**
**OMNIS PLEASANTS, LLC**

**July 26, 2026**

The undersigned, constituting the sole member of the Board of Directors and the Independent Manager (in such capacities, the "Governing Body") of Omnis Pleasants, LLC, a Delaware limited liability company (the "Company"), hereby consents to and adopts the following resolutions by written consent (this "Written Consent"), effective as of the date first set forth above, in accordance with the Amended and Restated Limited Liability Company Operating Agreement of the Company, dated as of August 1, 2023, as amended by that certain Amendment to the Amended and Restated Limited Liability Company Operating Agreement of the Company, dated as of February 12, 2026 (as may be further amended, modified or supplemented from time to time in accordance with its terms, the "LLC Agreement"), and Section 18-404(d) of the Delaware Limited Liability Company Act:

**I.      Chapter 11 Filing**

**WHEREAS**, the Governing Body has reviewed and considered: (a) presentations and other materials prepared and presented by the management team of the Company ("Management") and their financial and legal advisors (collectively, the "Advisors") regarding the liabilities, obligations, and liquidity of the Company, pending litigation and governance disputes, the strategic and financial alternatives available to the Company, and the effect of the foregoing on the Company's business operations; (b) the information and advice previously provided to and reviewed by the Governing Body; and (c) the related matters on and before the date hereof;

**WHEREAS**, the Governing Body had adequate opportunity to consult with Management and the Advisors regarding such presentations and materials, to obtain additional information, and to fully consider each of the strategic alternatives available to the Company and the recommendations of Management and the Advisors;

**WHEREAS**, in connection with the foregoing, the Governing Body has reviewed and considered the implementation of a chapter 11 proceeding for the Company, with respect to, among other things, the restructuring of the Company's capital structure and the resolution of pending litigation and contingent liabilities, including through a sale of all or substantially all of the assets or equity of the Company, to be commenced by the filing of a Bankruptcy Petition (as defined below) (such chapter 11 proceeding, together with the filing of a Bankruptcy Petition and any other Bankruptcy Petitions that may be desirable under applicable law in the United States, the "Restructuring Matters");

**WHEREAS**, after due deliberation thereon, the Governing Body deems it desirable and in the best interest of the Company and its stakeholders, creditors, and other parties in interest, that

the Company implement the Restructuring Matters, including to file or cause to be filed a voluntary petition for relief for the Company under the provisions of chapter 11 and title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "Bankruptcy Code") pursuant to and in accordance with the requirements of the LLC Agreement and applicable law, in the United States Bankruptcy Court for the District of Delaware, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States (collectively, the "Bankruptcy Petitions", and each a "Bankruptcy Petition," and the related chapter 11 proceeding, the "Bankruptcy Case"); and

**WHEREAS**, to facilitate implementation of the Restructuring Matters, the Company intends to negotiate bidding procedures to continue a marketing and sale process for all or a portion of the Company's assets (the "Sale and Marketing Process"), and the Governing Body deems it desirable and in the best interests of the Company and its stakeholders, creditors and other parties in interest to continue the Sale and Marketing Process as part of the Bankruptcy Case.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the filing of the Bankruptcy Petitions be, and hereby is, authorized and approved;

**RESOLVED**, that the Independent Manager, each officer of the Company (including, without limitation, the Chief Executive Officer of the Company) and any person delegated by the foregoing (each, an "Authorized Person") shall be, and each of them hereby is, authorized and directed for and on behalf of the Company to take all actions (including, without limitation, to negotiate, affirm, execute and deliver any documents, certificates, supplemental agreements, declarations, and instruments and to pay any fees, expenses and other amounts) on behalf of the Company in respect of the Restructuring Matters, to execute and file on behalf of the Company all petitions, schedules, statements, lists, applications, declarations and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of the Company, in connection with the Restructuring Matters;

**RESOLVED**, that the Company, with the assistance of its Advisors, is authorized to continue the Sale and Marketing Process in the Bankruptcy Case, including contacting, discussing, negotiating, and soliciting offers from potential bidders, including conducting any auction in connection therewith, in order to receive the highest or otherwise best offer for the sale of all or a subset of the Company's assets, and effectuating a sale of the Company (or all or substantially all of the assets of the Company);

**RESOLVED**, that in the judgment of the Governing Body, it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest that the Company be, and hereby is, authorized to negotiate, execute, and enter into, all required documentation to consummate any sale transaction for the highest or otherwise best offer for the sale of any assets of the Company (the "Sale Transaction") (including any asset purchase agreement or other agreement or document evidencing any such sale (the "Purchase Agreement")), with such changes, additions, and modifications thereto as any Authorized Person shall approve;

2

**RESOLVED**, that the Company shall be, and hereby is, and the Authorized Persons shall be, and each of them, acting alone, hereby is, in the name and on behalf of the Company, authorized, directed and empowered to seek entry of an order or orders authorizing entry into any Purchase Agreement and consummation of the Sale Transaction contemplated thereby, all substantially in accordance with documents that have been presented or will be presented to the Governing Body and/or filed with the Bankruptcy Court, subject to such modifications thereto as the Governing Body or Management may deem necessary or advisable (the approval of which to be conclusively established by the execution thereof by an Authorized Person);

**RESOLVED**, that the signature of any Authorized Person on any document, agreement, instrument, certificate or other paper executed in connection with the Restructuring Matters shall be conclusive evidence of the authority of such Authorized Person to execute and deliver such document, agreement, instrument, certificate or other paper on behalf of the Company; and

**RESOLVED**, that the performance by the Company of its respective obligations under any agreement, instrument, certificate, or other document executed or to be executed in connection with the Restructuring Matters, be, and hereby is, authorized and approved.

## II.  Retention of Professionals

**RESOLVED**, that the Company, be, and hereby is, authorized, empowered, and directed to engage: (a) Herbert Smith Freehills Kramer (US) LLP as general bankruptcy counsel; (b) AlixPartners, LLP as financial adviser; (c) Young Conaway Stargatt & Taylor, LLP as co-bankruptcy counsel; (d) Stretto, Inc. as claims and noticing agent, in each case, upon the terms and conditions set forth in the applicable engagement letters; and (f) any other legal counsel, accountants, financial advisors, investment bankers, restructuring advisors or other professionals that the Company deems necessary, appropriate or advisable, each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses), and in connection therewith, the Authorized Persons, be, and each hereby is, authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers and/or fees, and to cause to be filed appropriate applications for authority to retain such services on behalf of the Company; and

**RESOLVED**, that the Authorized Persons be, and each hereby is, authorized, empowered, and directed on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, declarations and other papers, and to perform such further actions and execute such further documentation as such Authorized Person in his or her absolute discretion deems necessary, appropriate, or desirable in accordance with these resolutions.

## III.  Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations conferred upon the Authorized Persons herein, the Authorized Persons be, and each hereby is, authorized to do all such other acts, deeds, and other things as the Company itself may lawfully do, in accordance with the LLC Agreement and applicable law, howsoever arising in connection with the matters herein, or in

3

furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution, and delivery of any other agreements (including stalking horse agreements), certificates, instruments, powers of attorney, letters, forms, transfers, deeds, and other documents whatsoever and the payment of all fees and expenses, including, but not limited to, filing fees, in each case as the individual acting may in his or her absolute and unfettered discretion approve, deem, or determine necessary, appropriate, or advisable, such approval, deeming, or determination to be conclusively evidenced by said individual taking such action or the execution thereof;

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Governing Body; and

**RESOLVED**, that any person dealing with any Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Person, and by such Authorized Person's execution of any document, agreement, or instrument, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms.

[Signature Page Follows]

4

IN WITNESS WHEREOF, the undersigned, constituting the sole member of the Board and the Independent Manager, has duly executed this Written Consent as of the date first written above.

Signed by:

*Gilbert Nathan*

CD811A3AD300493...

Gilbert Nathan

[Signature Page to Written Consent of the Sole Member of the Board and the Independent Manager of the Company]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Omnis Pleasants, LLC[1] | ) Case No. 26-[_____] (___) |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP**
**STATEMENT AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "**Debtor**") hereby states as follows:

1.      The Debtor's mailing address is One Power Station Boulevard, Belmont, West Virginia, 26134.

2.      The Debtor's sole member and equity security holder is Quantum Pleasants, LLC ("**Quantum**").  Quantum owns 100% of the membership interests in the Debtor. Quantum's mailing address is One Power Station Boulevard, Belmont, West Virginia, 26134.

---

[1]    The last four digits of the Debtor's tax identification number are 2673.  The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

**Omnis Pleasants LLC**
Top Unsecured Creditors
Prepared: July 26, 2026

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WEST VIRGINIA ECONOMIC DEVELOPMENT AUTHORITY (WVEDA) 180 ASSOCIATION DR CHARLESTON, WV  25311 | NICHOLAS S. PRESERVATI e: nicholas.s.preservati@wv.gov | UNSECURED LOAN | UNLIQUIDATED | $0 | $0 | $50,893,000 |
| 2 | BILT TECHNOLOGY LLC 1209 ORANGE STREET NEW CASTLE, DE  19801 | JAMIE MAJID e: jamie@biltek.com | UNSECURED NOTES | DISPUTED | $0 | $0 | $20,000,000 |
| 3 | BLUETERRA INNOVATIONS, LLC 425 BAY HILL CIRCLE RICHMOND, KY  40475 | GRANT TALBERT p: 859-559-7245 e: gtalbert@marlowenergy.com | PROFESSIONAL SERVICES | CONTINGENT UNLIQUIDATED DISPUTED | $0 | $0 | $600,000 |
| 4 | MERRELL BROS., INC. 8811 W 500 N KOKOMO, IN  46901 | DUSTIN SMITH e: info@merrellbros.com | OPERATIONAL VENDOR | | $0 | $0 | $475,760 |
| 5 | VINSON & ELKINS LLP 2001 ROSS AVE #3900 DALLAS, TX  75201 | DANIEL M. KOMAREK e: payments@velaw.com | PROFESSIONAL SERVICES | DISPUTED | $0 | $0 | $344,581 |
| 6 | LITMAN EXCAVATING, INC. 836 FIRST ST. NEW MARTINSVILLE, WV  26155 | ROBERT LITMAN e: info@litmanexcavating.com | OPERATIONAL VENDOR | CONTINGENT UNLIQUIDATED DISPUTED | $0 | $0 | $287,145 |
| 7 | UNITED CONSTRUCTION CO INC 3120 NORTHWESTERN PIKE PARKERSBURG, WV  26104 | CHRIS CAMPBELL p: 304-422-2141 | OPERATIONAL VENDOR | | $0 | $0 | $151,796 |
| 8 | J & J EQUIPMENT CO PO BOX 156 BELMONT, WV  26134-0156 | e: jandjequipmentinc@gmail.com | OPERATIONAL VENDOR | | $0 | $0 | $130,005 |
| 9 | OHIO RIVER MARINE LLC 1095 IRISH RIDGE RD PHILO, OH  43771 | RICK DEMENT e: rick@ohiorivermarine.com | OPERATIONAL VENDOR | | $0 | $0 | $95,400 |
| 10 | DUBOIS CHEMICALS INC 2659 SOLUTION CENTER CHICAGO, IL  60677 | DIANE MILLER e: diane.miller@duboischemicals.com | OPERATIONAL VENDOR | | $0 | $0 | $69,260 |

**Omnis Pleasants LLC**
Top Unsecured Creditors
Prepared: July 26, 2026

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | SIEMENS ENERGY INCORPORATED DEPT. CH10169 PALATINE, IL 60055 | PHILIP EMERICK e: philip.emerick@siemens-energy.com | OPERATIONAL VENDOR | | $0 | $0 | $56,890 |
| 12 | PRECISION PUMP & VALVE SERVICE 517 OLD GOFF MOUNTAIN RD CROSS LANES, WV 25313 | BETH HARRISON e: bharrison@ppvs.com | OPERATIONAL VENDOR | | $0 | $0 | $54,995 |
| 13 | GAI CONSULTANTS INC 385 EAST WATERFRONT DRIVE HOMESTEAD, PA 15120-5005 | e: accountsreceivable@gaiconsultants.com | OPERATIONAL VENDOR | | $0 | $0 | $49,347 |
| 14 | UNITED RENTALS NORTH AMERICA INC 100 FIRST STAMFORD PLACE STE 700 STAMFORD, CT 06902 | JOLI GROSS p: 203-622-3131 | OPERATIONAL VENDOR | | $0 | $0 | $48,638 |
| 15 | FILTECH INCORPORATED 622 WILLIAM MARKS DR. MUNHALL, PA 15120 | ZACH HOMITZ e: zhomitz@filtechinc.com | OPERATIONAL VENDOR | | $0 | $0 | $39,424 |
| 16 | BLACK, MCCUSKEY, SOUERS & ARBAUGH 4505 STEPHEN CIRCLE NW SUITE 200 CANTON, OH 44718 | BRIAN R. MERTES e: bmertes@bmsa.com | PROFESSIONAL SERVICES | DISPUTED | $0 | $0 | $38,621 |
| 17 | AIR HYDRO POWER, LLC 2550 BLANKENBAKER PKWY LOUISVILLE, KY 40299 | e: ar@airhyudropower.com | OPERATIONAL VENDOR | | $0 | $0 | $37,827 |
| 18 | TRI-STATE INDUSTRIAL SUPPLY 1937 GREENUP AVENUE ASHLAND, KY 41101 | MARK PATTON e: mp@t-sisi.com | OPERATIONAL VENDOR | | $0 | $0 | $36,981 |
| 19 | ENG RESOURCES, LLC 501 UNION ST STE#888026 NASHVILLE, TN 37219 | e: ap@engresources.com | OPERATIONAL VENDOR | | $0 | $0 | $34,034 |

**Omnis Pleasants LLC**
Top Unsecured Creditors
Prepared: July 26, 2026

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | INTEG ENTERPRISE CONSULTING 38 EAST PARK STREET NEWARK, NJ 7102 | AIDA MALIK e: amalik@integconsulting.com | OPERATIONAL VENDOR | | $0 | $0 | $33,936 |
| 21 | JABO SUPPLY CORPORATION 209 BRALEY RD HUNTINGTON, WV 25705 | p: (304) 736-8333 | OPERATIONAL VENDOR | | $0 | $0 | $26,014 |
| 22 | FRENZELIT INCORPORATED 4165 OLD SALISBURY RD LEXINGTON, NC 27295 | e: info.usa@frenzelit.com | OPERATIONAL VENDOR | | $0 | $0 | $23,385 |
| 23 | BOWLES RICE 600 QUARRIER STREET CHARLESTON, WV 25301 | e: accounting@bowlesrice.com | PROFESSIONAL SERVICES | DISPUTED | $0 | $0 | $21,904 |
| 24 | ENERGY PIPING, WV LLC 1218 RIDGE AVE SUITE 101 NEW CUMBERLAND, WV 26047 | e: info@energypiping.com | OPERATIONAL VENDOR | | $0 | $0 | $21,886 |
| 25 | BOYD COMPANY CAT WALKER 4401 BOYD WY LOUISVILLE, KY 40211 | e: info@boydcat.com | OPERATIONAL VENDOR | | $0 | $0 | $21,577 |
| 26 | INTELLIGENT TECHNOLOGY SOLUTIONS 11786 ST RT 9W W. COXSACKIE, NY 12192 | CHRISTINA BOURGUIGNON e: accountsreceivable@itsyourit.com | OPERATIONAL VENDOR | | $0 | $0 | $21,556 |
| 27 | CONTROL SYSTEMS COMPANY 10100 WELLMAN RD STREETSBORO, OH 44241 | GREG GRAHN e: ggrahn@csc-parts.com | OPERATIONAL VENDOR | | $0 | $0 | $16,936 |
| 28 | INSTRUMENTATION.COM 8800 WEST CHESTER PIKE UPPER DARBY, PA 19082 | e: invoices@instrumentation.com | OPERATIONAL VENDOR | | $0 | $0 | $16,500 |
| 29 | PLEASANTS, LLC RICHARDS, LAYTON & FINGER, P.A. 920 NORTH KING STREET WILMINGTON, DE 19801 | BLAKE ROHRBACHER ELIZABETH J. FREUD p: 302-651-7700 e: rohrbacher@rlf.com freud@rlf.com | LITIGATION | | $0 | $0 | UNDETERMINED |

**Omnis Pleasants LLC**
Top Unsecured Creditors
Prepared: July 26, 2026

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | INDUSTRIAL ACCESSORIES COMPANY 5200 METCALF SUITE 100 OVERLAND PARK, KS  66202 | e: deposits@iac-intl.com | OPERATIONAL VENDOR | CONTINGENT DISPUTED | $0 | $0 | UNDETERMINED |

**Fill in this information to identify the case:**

Debtor name     **Omnis Pleasants, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   **Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2026**          **X /s/ David Hindman**
                                                                Signature of individual signing on behalf of debtor

                                                                **David Hindman**
                                                                Printed name

                                                                **Chief Executive Officer**
                                                                Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy
60342473.1