**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF (I) FILING OF BANKRUPTCY
PETITION AND RELATED DOCUMENTS AND (II) AGENDA FOR
HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR JULY 29, 2026
AT 1:00 P.M. (ET) BEFORE THE HONORABLE KAREN B. OWENS, CHIEF
UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE[2]**

> **THIS HEARING WILL BE CONDUCTED IN-PERSON.  ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED ONE-HOUR PRIOR TO THE HEARING UNLESS OTHERWISE NOTICED USING THE *ECOURTAPPEARANCES* TOOL AVAILABLE ON THE COURT'S WEBSITE.**

       **PLEASE TAKE NOTICE** that, on July 26, 2026, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the following voluntary petition (the "**Petition**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–532 (the "**Bankruptcy Code**"), and subsequently filed the following related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtor continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1]     The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2]     All motions and other pleadings referenced herein are available free of charge by visiting the Debtor's case website at https://cases.stretto.com/PleasantsPowerStation or by request to Debtor's proposed counsel (Chad Corazza, paralegal, at ccorazza@ycst.com).

**PETITION AND RELATED PLEADINGS**

1. **Voluntary Petition**
   A.      Omnis Pleasants, LLC [Case No. 26-11169]

2. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC, d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10]

   **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "**First Day Pleadings**"), to the extent set forth below, is scheduled for **July 29, 2026 at 1:00 p.m. (ET)** (the "**First Day Hearing**") before The Honorable Karen B. Owens, Chief United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD**

3. Debtor's Application for Entry of an Order Authorizing the Debtor to Retain Stretto, Inc. as Claims and Noticing Agent, Effective as of the Petition Date [Docket No. 2]

   Status:      This matter will be going forward.

4. Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Docket No. 3]

   Status:      This matter will be going forward on an interim basis.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 4]

   Status:      This matter will be going forward on an interim basis.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations Arising Thereunder, and (B) Renew, Replace, Supplement, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; and (III) Granting Related Relief [Docket No. 5]

   Status:      This matter will be going forward on an interim basis.

7. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Claims of Critical Vendors, Lienholders, and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; (III) Directing

Financial Institutions to Honor and Process Payments in Connection Therewith; and (IV) Granting Related Relief [Docket No. 6]

    Status:        This matter will be going forward on an interim basis.

8.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs; and (II) Granting Related Relief [Docket No. 7]

    Status:        This matter will be going forward on an interim basis.

9.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, and (C) Maintain Existing Business Forms; (II) Suspending the Time to Comply With 11 U.S.C § 345(b); and (III) Granting Related Relief [Docket No. 8]

    Status:        This matter will be going forward on an interim basis.

10.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue Prepetition Hedging Arrangement and Honor Any Obligations Related Thereto, (II) Authorizing the Debtor to Enter Into, and Perform Under, Postpetition Hedging Arrangements, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 9]

    Status:        This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to attend the First Day Hearing remotely may do so by registering for a remote appearance using the eCourt Appearance tool (available here).  After registering your appearance, you will receive an email confirmation containing information about joining the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

*[Remainder of Page Intentionally Left Blank]*

60344034.2

3

Dated:    July 27, 2026
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Andrew L. Magaziner*
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
     rpoppiti@ycst.com
     afaris@ycst.com
     jdiver@ycst.com

-and-

**HERBERT SMITH FREEHILS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Jared C. Borriello*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@HSFKramer.com
     kyle.ortiz@HSFKramer.com
     brian.shaughnessy@HSFKramer.com
     andrew.pollack@HSFKramer.com
     jared.borriello@HSFKramer.com

*Proposed Co-Counsel for the Debtor
and Debtor in Possession*

60344034.2

4