**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION OF DEBTOR'S CREDITOR MATRIX

In accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), a list of creditors (the "**Creditor Matrix**") of the above-captioned debtor and debtor in possession (the "**Debtor**") is attached hereto.

The Creditor Matrix has been prepared from the Debtor's books and records. The undersigned, David Hindman, the Debtor's Chief Executive Officer, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtor that could be ascertained after diligent inquiry, based on a review of the Debtor's books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-2. The Debtor reserves the right to amend or supplement the Creditor Matrix as necessary.

Although the information contained in the Creditor Matrix is based on a review of the Debtor's books and records, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtor and its estate to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the parties included in

---

[1]    The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor and its estate for purposes of this chapter 11 case. Therefore, the Creditor Matrix does not, and should not, be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtor and its estate to any claims that may be asserted against the Debtor and its estate or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that may be asserted against the Debtor and its estates.

Dated: July 29, 2026

*/s/ David Hindman*

David Hindman
Chief Executive Officer of Omnis Pleasants, LLC



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 4X Industrial LLC  Wells Truck | | 800 Eighth Avenue #300 | | | Greeley | CO | 80631 | |
| 70E Solutions Incorporated | | 854 Dick Road | | | Renfrew | PA | 16053 | |
| Aaron Brammer | | Address on File | | | | | | |
| Abbi Swisher | | Address on File | | | | | | |
| Abbott Valve And Fitting Company | | PO Box 632727 | | | Cincinnati | OH | 45263-2727 | |
| Abt LLC | | 500 Fountain Streets | PO Box 111329 | | Pittsburgh | PA | 15238 | |
| ACI Controls Inc | | 10 French Road | | | Cheektowaga | NY | 14227 | |
| Action Supply Products Inc | | 1065 Montour West Industrial Park | | | Coraopolis | PA | 15108 | |
| Advanced Fiberglass Services | | 80 Canal Street | PO Box 255 | | Sharpsville | PA | 16150 | |
| Air Compressor Experts | | 245 Kentex Drive | | | Mayfield | KY | 42066 | |
| Air Compressor Parts Incorporation | | PO Box 583 | | | Assinippi | MA | 2339 | |
| Air Hydro Power, LLC | | 2550 Blankenbaker Pkwy | | | Louisville | KY | 40299 | |
| Air Hygiene International Inc | | 1600 W. Tacoma Street | | | Broken Arrow | OK | 74012 | |
| Air Placement Cement Co. | | PO Box 190 | | | Bridgeport | WV | 26330 | |
| Airgas Incorporated | | PO Box 734672 | | | Dallas | TX | 75373-4672 | |
| Airline Hydraulics Corporation | | PO Box 536746 | | | Pittsburgh | PA | 15253-5909 | |
| Alesco Risk Management Service | | The Walbrook Building | 25 Walbrook | | City Of London | London | EC4N 8AW | United Kingdom |
| Alixpartners LLP | | 845 Texas Ave | Ste 3920 | | Houston | TX | 77002 | |
| All Crane & Equipment Rental Corp | | PO Box 249 | | | Nitro | WV | 25143-0249 | |
| Alliance Coal, LLC | | 1717 South Border | Ste. 400 | | Tulsa | OK | 74119 | |
| Alliance Technical Group, LLC | | PO Box 737203 | | | Dallas | TX | 75373-7203 | |
| Alliant Insurance Services | | PO Box 840919 | | | Dallas | TX | 75284-0919 | |
| Allied Universal Security Systems | | PO Box 828854 | | | Philadelphia | PA | 19182-8854 | |
| Amazon.Com Services LLC | | PO Box 81226 | | | Seattle | WA | 98108-1226 | |
| Amber Jones | | Address on File | | | | | | |
| Ambridge Partners LLC | | 1140 Avenue of The Americas | | | New York | NY | 10036 | |
| American Arbitration Association | | 120 Broadway, 21st Floor | | | New York | NY | 10271 | |
| American Babbitt Bearing Inc | | PO Box 3069 | Route 2, Industrial Lane | | Huntington | WV | 25702 | |
| American Consolidated Natural | | 46226 National Road West | | | St. Clairesville | OH | 43950 | |
| American Electric Power | | PO Box 371883 | | | Pittsburgh | PA | 15250-7883 | |
| American Equipment Holdings LLC | c/o Kanawha Scales & Systems LLC | PO Box 569 | | | Poca | WV | 25159 | |
| American Express | | PO Box 981535 | | | El Paso | TX | 79998-1535 | |
| American Hydraulic Services | | 1912 S 1St St. | | | Ironton | OH | 45638 | |
| American Longshore Mutual Association, Ltd | | 11 N. Water St. | 32nd Fl | | Mobile | AL | 36602 | |
| American Producers Supply Co Inc. | | PO Box 951037 | | | Cleveland | OH | 44193 | |
| Andie Arnott | | Address on File | | | | | | |
| Andrew Ruble | | Address on File | | | | | | |
| Anthony Ramsey | | Address on File | | | | | | |
| Anthony Winland | | Address on File | | | | | | |
| AP Services, LLC dba Curtiss-Wright Corp | Division, AP Services | PO Box 772498 | | | Detroit | MI | 48277-2498 | |
| Api Heat Transfer Company | | PO Box 778810 | | | Chicago | IL | 60677-8810 | |
| Applied Industrial Technologies | | 22510 Network Place | | | Chicago | IL | 60673-1225 | |
| AQC Environmental Brokerage Services | | 5881 Engineer Drive | | | Huntington Beach | CA | 92649 | |
| Ardmore Power Logistics LLC | | 24610 Detroit Rd | Ste 1200 | | Westlake | OH | 44145 | |
| Arise Incorporated | | 7000 South Edgerton Road | Suite 100 | | Brecksville | OH | 44141 | |
| ARM Camco LLC | | 667 Industrial Park Road | | | Ebensburg | PA | 15931 | |
| Arvos Ljungstrom LLC | | 3020 Truax Road | | | Wellsville | NY | 14895-9531 | |
| Ashby & Geddes PA | | 500 Delaware Ave | PO Box 1150 | | Wilmington | DE | 19899 | |
| Aspen Insurance United Kingdom | | 30 Fenchurch Street | | | London | | EC3M 3BD | United Kingdom |
| Associated Electric & Gas Insurance Services Limited (Aegis) | | 30 Hudson Street | | | Jersey City | NJ | 7302 | |
| AT&T | | PO Box 6463 | | | Carol Stream | IL | 60197-6463 | |
| Atlantic Emergency Solutions Inc | | 12351 Randloph Ridge Ln | | | Manassas | VA | 20109 | |
| Austin Wilson | | Address on File | | | | | | |
| B&B Wrecking & Excavating, Inc | | 4510 E 71St Street | Ste 6 | | Cleveland | OH | 44105 | |
| Babcock & Wilcox Company | | 1200 East Market Street | Suite 650 | | Akron | OH | 44305 | |
| Baron Filtration  Inc | | 102 Four Coins Drive | Suite 4 | | Canonsburg | PA | 15317 | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Barry Grimes | | Address on File | | | | | | |
| Battery Systems Incorporated | | 490 Crile Road | | | Washington | PA | 15301 | |
| Bearing Distributors Inc | | 211 South Meadville Road | | | Davisville | WV | 26142 | |
| Beazley Excess and Surplus Insurance, Inc. | | 65 Memorial Road | Suite 320 | | West Hartford | CT | 06107 | |
| Bellaire Harbor Service LLC | | 4102 Jefferson St | | | Bellaire | OH | 43906 | |
| Belmont Volunteer Fire Department | | PO Box 352 | | | Belmont | WV | 26134 | |
| Ben Brown | | Address on File | | | | | | |
| Benjamin Turner | | Address on File | | | | | | |
| Berger Riverside Electric Motor | | 45760 State Route 7 | | | New Matamoras | OH | 45767 | |
| BILT Technology LLC | | 1209 Orange Street | | | New Castle | DE | 19801 | |
| BI-State Rubber, Inc. | | 1611 Headland Dr. | PO Box 608 | | Fenton | MO | 63026 | |
| Blac, Inc. | | 195 West Spangler Ave. | | | Elmhurst | IL | 60126 | |
| Black & Veatch Management Consulting | | PO Box 7411590 | | | Chicago | IL | 60674-1590 | |
| Black, Mccuskey, Souers & Arbaugh | | 4505 Stephen Circle NW | Suite 200 | | Canton | OH | 44718 | |
| Blueterra Innovations, LLC | | 425 Bay Hill Circle | | | Richmond | KY | 40475 | |
| Bodygard LLC | | 253 Lincoln Drive | | | Shinnston | WV | 26431 | |
| Bowles Rice | | 600 Quarrier Street | | | Charleston | WV | 25301 | |
| Boyd Company Cat Walker | | 4401 Boyd Wy | | | Louisville | KY | 40211 | |
| Boyles Supply LLC | | PO Box 1361 | | | Parkersburg | WV | 26102 | |
| Brand Energy Svcs LLC | | PO Box 91473 | | | Chicago | IL | 60693 | |
| Brandon Jones | | Address on File | | | | | | |
| Bret Morton | | Address on File | | | | | | |
| Brian Barnhart | | Address on File | | | | | | |
| Brian Metz | | Address on File | | | | | | |
| Bryce Skinner | | Address on File | | | | | | |
| Buhlmann North America LP RS Matco | | PO Box 538 | 527 S Main Street | | Oakboro | NC | 28129 | |
| Byron Leary | | Address on File | | | | | | |
| CAC Specialty LLC | | 115 Office Park Dr. | Ste. 100 | | Birmingham | AL | 35223 | |
| Capp USA | | PO Box 127 | | | Clifton Heights | PA | 19018 | |
| Cargill Incorporated | | PO Box 415927 | | | Boston | MA | 02241-5927 | |
| Carmeuse Americas | | PO BoX 712604 | | | Cincinnati | OH | 45271-2604 | |
| Carvers Electric  Plumbing & Heating | | 214 Broughton Avenue | | | Marietta | OH | 45750 | |
| Cavcon Incorporated | | PO Box 6865 | | | Charleston | WV | 25362-0865 | |
| CECO Environmental Corporation | | PO Box 639847 | | | Cincinnati | OH | 45263-9847 | |
| Central Coal Company | | 520 Forsythe Road Ste 102 | | | Bristol | VA | 24202 | |
| CGI International LLC | | 1215 Henderson Avenue | | | Washington | PA | 15301 | |
| Chalmers & Kubeck, Inc | | 150 Commerce Drive | PO Box 2447 | | Aston | PA | 19014-0447 | |
| Chance Cox | | Address on File | | | | | | |
| Charles Schwab Corp. | | PO Box 81686 | | | Austin | TX | 78708 | |
| Charles Weddle | | Address on File | | | | | | |
| Chemac Company | | PO Box 8675 | | | South Charleston | WV | 25303 | |
| Chillicothe Steel Company | | 1393 Industrial Drive | PO Box 246 | | Chillicothe | OH | 45601 | |
| Christopher Shaffer | | Address on File | | | | | | |
| City Machine Technologies Inc | | PO Box 1466 | | | Youngstown | OH | 44501-1466 | |
| City of Belmont (CA) | | PO Box 375 | | | Belmont | WV | 26134 | |
| Clarence Rush | | Address on File | | | | | | |
| Clayton Engineering Company | | PO Box 6649 | | | Wheeling | WV | 26003 | |
| Cleveland Electric Illuminating Company (CEI) | | 76 S Main St | | | Akron | OH | 44308-1812 | |
| Clyde Industries Inc. | | 4015 Presidential Pkwy. | | | Atlanta | GA | 30340-3707 | |
| Cody Grogg | | Address on File | | | | | | |
| Cole Metz | | Address on File | | | | | | |
| Cole Steele | | Address on File | | | | | | |
| Colten Burdette | | Address on File | | | | | | |
| Columbus Equipment Company | | 2323 Performance Way | | | Columbus | OH | 43207 | |
| Commercial Group Lifting Products | | 5192 Reliable Parkway | | | Chicago | IL | 60686-0051 | |
| Conco Services LLC | | 530 Jones Street | | | Verona | PA | 15147-1121 | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Confident Controls USA | | 4930 West Chester Pike | Unit 104 | | Newtown Square | PA | 19073 | |
| Control Systems Company | | 10100 Wellman Rd | | | Streetsboro | OH | 44241 | |
| Convex Insurance Uk Ltd | | 52 Lime Street | | | London | | EC3M 7AF | United Kingdom |
| Coperion Process Solutions | | PO Box 19747 | | | Palatine | IL | 60055-9747 | |
| Corbett Mechanical Services, LLC | | 306 Virginia St. | | | Waverly | WV | 26184 | |
| Cordell Erb | | Address on File | | | | | | |
| Core & Main LP | | PO Box 28330 | | | St. Louis | MO | 63146 | |
| Corey Goodenow | | Address on File | | | | | | |
| Corey Updike | | Address on File | | | | | | |
| Craig Johnson | | Address on File | | | | | | |
| Craig Straight | | Address on File | | | | | | |
| Crane 1 Services Inc | | PO Box 952045 | | | Cleveland | OH | 44193 | |
| Crystal Beverages Company Inc | | PO Box 48 | | | Marietta | OH | 45750 | |
| Custom Cable Assemblies Inc | | 105 Whiting Way | | | Warner Robins | GA | 31088 | |
| CXT Incorporated | | 362 Waverly Rd | | | Williamstown | WV | 26187 | |
| D & M Welding Incorporated | | PO Box 2073 | Hopewell Rd | | Fairmont | WV | 26555 | |
| Daniel Barber | | Address on File | | | | | | |
| Daniel Dennis | | Address on File | | | | | | |
| Danser Incorporated | | PO Box 4098 | | | Parkersburg | WV | 26104-4098 | |
| Dave Colvin | | Address on File | | | | | | |
| David Hindman | | Address on File | | | | | | |
| Davis-Pickering | | 1500 Spring Garden Street, 9th Floor | | | Philadelphia | PA | 19130 | |
| Delaware Division of Corporations | | PO Box 898 | | | Dover | DE | 19903 | |
| Denoxdirect LLC | | 2921 W.38Th Ave | St 349 | | Denver | CO | 80211 | |
| Derick Smith | | Address on File | | | | | | |
| Diamond T Services, Inc. | | 12650 W. 64Th Ave. | Ste. 504 | | Arvada | CO | 80004 | |
| Dillon Grimes | | Address on File | | | | | | |
| Dirrick Lyon-Ash | | Address on File | | | | | | |
| Dl Williams Company | | 412 Ridgeway Dr. | | | Bluefiled | VA | 24605 | |
| DLA Piper | | 650 S. Exeter Street | Suite 1100 | | Baltimore | MD | 21202 | |
| Doble Engineering Company | | PO Box 843730 | | | Kansas City | MO | 64184-3730 | |
| Don Amos | | Address on File | | | | | | |
| Donald Shepler | | Address on File | | | | | | |
| Doug Williams | | Address on File | | | | | | |
| Drayer Inc | | PO Box 388 | 20470 St. Rt. 60N | | Beverly | OH | 45715 | |
| Dubois Chemicals Inc | | 2659 Solution Center | | | Chicago | IL | 60677 | |
| Dustin Hendershot | | Address on File | | | | | | |
| Dwyer Instruments LLC | | PO Box 338 | | | Michigan City | IN | 46361 | |
| DXP Enterprises, Inc. | | PO Box 840511 | | | Dallas | TX | 75284-0511 | |
| Dylan Girard | | Address on File | | | | | | |
| Dylan Jenkins | | Address on File | | | | | | |
| Eastern Burkholder Exterminators | | 510 Washington Blvd | | | Belpre | OH | 45714 | |
| Edison Electric Institute | | 701 Pennsyvania Ave, NW | | | Washington | DC | 20004 | |
| Element H Data, LLC | | 201 N. Union St. | Suite 110 | | Alexandria | VA | 22314 | |
| Elliott Tool Technologies Ltd | | 5306 Reliable Parkway | | | Chicago | IL | 60686-0053 | |
| Elogger, Inc | | 1110 Cloquet Ave #170 | | | Cloquet | MN | 55720 | |
| Emar Corporation | | PO Box 1821 | | | Parkersburg | WV | 26102 | |
| Emerson Process Management Power & Water Solutions | | 22737 Network Place | | | Chicago | IL | 60673 | |
| Emp Services LLC | | 2087 Hendrix Drive | | | Grove City | OH | 43123 | |
| Endurance American Specialty Insurance Company | | 767 Third Avenue | | | New York | NY | 10017 | |
| Endurance Worldwide Insurance Ltd | | 5Th Floor, 40 Leadenhall, Leadenhall Street | | | London | | EC3A 2BJ | United Kingdom |
| Enerfab, LLC | | 4430 Chickering Avenue | | | Cincinnati | OH | 45232 | |
| Energy Insurance Mutual Limited | | 3600 Midtown Drive | Suite 1100 | | Tampa | FL | 33607 | |
| Energy Piping, WV LLC | | 1218 Ridge Ave Suite 101 | | | New Cumberland | WV | 26047 | |
| Energy Ventures Analysis, Inc. | | 8045 Leesburg Pike, Suite 200 | | | Vienna | VA | 22182 | |
| Eng Resources, LLC | | 501 Union St | Ste #888026 | | Nashville | TN | 37219 | |
| Environmental Energy Services | | 5 Turnberry Lane | | | Sandy Hook | CT | 6482 | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Environmental Safety Solutions | | 3700 Alken Street | | | Bakersfield | CA | 93308 | |
| Environmental Systems Corp | | PO Box 737203 | | | Dallas | TX | 75373-7203 | |
| Enviroserve Incorporated | | PO Box 200941 | | | Dallas | TX | 75320-0941 | |
| Equipment And Controls Inc. | | 2 Park Drive | PO Box 614 | | Lawrence | PA | 15055 | |
| Estabrook Corporation | | 700 W. Bagley Rd. | PO Box 804 | | Berea | OH | 44017 | |
| Ethan Bennett | | Address on File | | | | | | |
| Ethan Myers | | Address on File | | | | | | |
| Everest Indemnity Insurance Company | | 100 Everest Way | | | Warren | NJ | 07059 | |
| Evolution Markets Inc | | 10 Bank Street Suite 410 | | | White Plains | NY | 10606 | |
| Evoqua Water Technologies | | 28563 Network Place | | | Chicago | IL | 60673-1285 | |
| Exele Information Systems, Inc | | 349 West Commercial Street, Suite 3300 | | | East Rochester | NY | 14445 | |
| F N Cuthbert Incorporated | | PO Box 140570 | | | Toledo | OH | 43614 | |
| Fastenal Company | | PO Box 1286 | | | Winona | MN | 55987-1286 | |
| Fasteners & Supply Inc | | PO Box 145 387 Elizabeth Pike | | | Mineral Wells | WV | 26150-0145 | |
| FCX Performance Incorporated | | PO Box 712465 | | | Cincinnati | OH | 45271-2465 | |
| Federal Energy Regulatory Commission | | 888 First Street, NE | | | Washington | DC | 20426 | |
| Filtech Incorporated | | 622 William Marks Dr. | | | Munhall | PA | 15120 | |
| Fire Extinguisher Specialists | | PO Box 48 | | | Marietta | OH | 45750 | |
| Firley, Moran, Freer & Eassa, CPA, P.C. | | 125 East Jefferson Street | Suite 920 | | Syracuse | NY | 13202 | |
| First Insurance Funding | | PO Box 7000 | | | Carol Stream | IL | 60197-7000 | |
| Firstenergy (Mon Power) | | 341 White Pond Dr. | | | Akron | OH | 44320-1119 | |
| Flowserve US Inc. | | 5310 Taneytown Pike | | | Taneytown | MD | 21787-0091 | |
| Flsmidth Incorporated | Dept 3238 | PO Box 123238 | | | Dallas | TX | 75312-3238 | |
| Forney Corporation | | 16479 North Dallas Parkway Suite 213 | | | Addison | TX | 75001 | |
| Foundation Building Materials, Inc | | 2520 Red Hill Avenue | | | Santa Ana | CA | 92705 | |
| Frenzelit Incorporated | | 4165 Old Salisbury Rd | | | Lexington | NC | 27295 | |
| Frontier Communications | | PO Box 211579 | | | Eagan | MN | 55121-2879 | |
| Fuchs Lubricants Company | | 17050 Lathrop Avenue | | | Harvey | IL | 60426 | |
| Gabel Associates, Inc. | | 417 Denison Street | Suite 2 | | Highland Park | NJ | 8904 | |
| GAI Consultants Inc | | 385 East Waterfront Drive | | | Homestead | PA | 15120-5005 | |
| Garrett Furr | | Address on File | | | | | | |
| Gary Ford | | Address on File | | | | | | |
| Gaskets, Packings & Seals Enterprises | | 2323 Garfield Avenue | | | Parkersburg | WV | 26101 | |
| Generaction Inc. | | 2449 Whipple Ave | NW Suite 1 | | Canton | OH | 44708 | |
| General Hydrogen | | 1215 Henderson Avenue | | | Washington | PA | 15301 | |
| General Kinematics Corporation | | PO Box 71880 | | | Chicago | IL | 60694-1880 | |
| General Supply & Services Inc | | PO Box 840638 | | | Dallas | TX | 75284-0638 | |
| George Cox | | Address on File | | | | | | |
| George Harris IV | | Address on File | | | | | | |
| Gib Jenkins | | Address on File | | | | | | |
| Gibbons P.C. | | One Gateway Center | | | Newark | NJ | 07102-5310 | |
| Gilbert Nathan / Jackson Square Advisors LLC | | 606 Post Rd. E #624 | | | Westport | CT | 6880 | |
| Gilson Engineering Sales | | 535 Rochester Road | | | Pittsburgh | PA | 15237-1747 | |
| GLC Advisors & Company | | 600 Lexington Avenue | 9th Floor | | New York | NY | 10022 | |
| Global Electronic Services Inc | | 5325 Palmero Court | | | Buford | GA | 30518 | |
| Global Equipment Company Inc | | 29833 Network Place | | | Chicago | IL | 60673-1298 | |
| Gorman Sheatsley & Company | | 343 Prince St | Suite B | | Beckley | WV | 25801 | |
| Grace Consulting Incorporated | | 510 Dickson Street | PO Box 58 | | Wellington | OH | 44090 | |
| Grainger | | Dept 888234960 | | | Palatine | IL | 60038-0001 | |
| Graver Technologies LLC | | 200 Lake Drive | | | Glasgow | DE | 19709 | |
| Gregory Mcalarney | | Address on File | | | | | | |
| Gridforce Energy Management | | 1301 Fannin St | #1000 | | Houston | TX | 77002 | |
| Groome Industrial Service Group | | 305 Palmer Road | | | Denville | NJ | 7834 | |
| GSE Performance Solutions, LLC | | 7067 Columbia Gateway Dr. | Ste. 100 | | Columbia | MD | 21046 | |
| Gutor Electronic Americas LLC | | 70 Mechanic Street | | | Foxboro | MA | 2035 | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Haas Septic & Portable Toilet | | PO Box 37 | | | Lower Salem | OH | 45745 | |
| Hall Drilling LLC | | 1137 E. Washington Ave. | | | Ellenboro | WV | 26346 | |
| Harmony Trust | | 3993 Howard Hughes Parkway | Suite 780 | | Las Vegas | NV | 89169 | |
| HC Fairbanks Heating And Cooling | | 273 Windy Ridge Rd. | | | Vincent | OH | 45784 | |
| Herbert Smith Freehills Kramer LLP | | 1177 Avenue of The Americas | | | New York | NY | 10036 | |
| Heritage Crystal Clean LLC | | 13621 Collections Center Drive | | | Chicago | IL | 60693-0136 | |
| Herrick, Feinstein LLP | | 2 Park Ave | | | New York | NY | 10016 | |
| Highmark West Virginia | | PO Box 382153 | | | Pittsburgh | PA | 15251-8153 | |
| Hines Furlong Line, Inc. | | 4600 J Barry Ct. | Ste. 400 | | Canonsburg | PA | 15317 | |
| Hodson Investments, LLC | | 130 S. Patterson Avenue | #878 | | Santa Barbara | CA | 93111 | |
| Hoffman-Kane | | 1115 Pleasant Ridge Road | | | Greensboro | NC | 27409 | |
| Hope Gas, Inc. | | PO Box 646049 | | | Pittsburgh | PA | 15264-6049 | |
| Hotsy Equipment Company | | 1601 Bowne Avenue | | | Charlston | WV | 25303 | |
| Howden USA Company | | PO Box 417538 | | | Boston | MA | 02241-7538 | |
| Hughes-Primeau Controls Inc | | 3915 Shopton Road | Suite 101 (Ar Dept) | | Charlotte | NC | 28217 | |
| Humana Insurance Co | | PO Box 4600 | | | Carol Stream | IL | 60197-4600 | |
| Hunter Knowlton | | Address on File | | | | | | |
| Hy-Tech Sales Incorporated | | 3170 Leechburg Road | | | Pittsburgh | PA | 15239 | |
| Industrial Accessories Company | | 5200 Metcalf | Suite 100 | | Overland Park | KS | 66202 | |
| Industrial Environmental, Inc. | | 837 N. State Rd. 161 | | | Rockport | IN | 47635 | |
| Industrial Scientific Corp | | PO Box 645449 | | | Pittsburgh | PA | 15264-5252 | |
| Ingram Barge Company LLC | | PO Box 198934 | | | Atlanta | GA | 30384-8934 | |
| Instrumentation.Com | | 8800 West Chester Pike | | | Upper Darby | PA | 19082 | |
| Integ Enterprise Consulting | | 38 East Park Street | | | Newark | NJ | 7102 | |
| Intelligent Technology Solutions | | 11786 St Rt 9W | | | W. Coxsackie | NY | 12192 | |
| Internal Revenue Service | | 1111 Constitution Ave., NW | | | Washington | DC | 20224 | |
| Intralinks, Inc. | | 622 Third Ave. | 10Th Fl. | | New York | NY | 10017 | |
| IPS Cranes Incorporated | | 3540 Hoffman Road | | | East St Paul | MN | 55110 | |
| Ivs Hydro Inc | | PO Box 245 | | | Waverly | WV | 26184 | |
| J & J Equipment Co | | PO Box 156 | | | Belmont | WV | 26134-0156 | |
| J & L Professional Sales Inc | | 200 Meteor Circle | | | Freedom | PA | 15042 | |
| Jabo Supply Corporation | | 209 Braley Rd | | | Huntington | WV | 25705 | |
| Jack Mcnabb | | Address on File | | | | | | |
| Jack Vanderhoof | | Address on File | | | | | | |
| Jackson Kelly PLLC | | PO Box 553 | | | Charleston | WV | 25322 | |
| Jacob Cox | | Address on File | | | | | | |
| Jacob Hooper | | Address on File | | | | | | |
| James Bills | | Address on File | | | | | | |
| James Dennis | | Address on File | | | | | | |
| James Furr | | Address on File | | | | | | |
| James Keith | | Address on File | | | | | | |
| Janisource LLC | | 478 Bramblewood Heights Road | | | Marietta | OH | 45750 | |
| Jason Becker | | Address on File | | | | | | |
| Jason Hughes | | Address on File | | | | | | |
| Jason Roberts | | Address on File | | | | | | |
| Jason Smith | | Address on File | | | | | | |
| Jason Westbrook | | Address on File | | | | | | |
| Jason Wright | | Address on File | | | | | | |
| Jeffrey Binegar | | Address on File | | | | | | |
| Jeffrey Knicely | | Address on File | | | | | | |
| Jemkel Diagnostic, Inc. | | 1713 Stonington Drive | | | Hudson | OH | 44236 | |
| Jeremiah Minor | | Address on File | | | | | | |
| Jeremy Darnold | | Address on File | | | | | | |
| Jerred Wright | | Address on File | | | | | | |
| Jerry Bowie | | Address on File | | | | | | |
| Jessie Britton | | Address on File | | | | | | |
| Jill Leasure | | Address on File | | | | | | |
| Jim Smith | | Address on File | | | | | | |
| Jimmie Harper Construction | | PO Box 5367 | | | Vienna | WV | 26105 | |
| Jody Danielson | | Address on File | | | | | | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Joe Bowie | | Address on File | | | | | | |
| John Bayless | | Address on File | | | | | | |
| John Hoinville | | Address on File | | | | | | |
| John Johnson | | Address on File | | | | | | |
| John Wilson | | Address on File | | | | | | |
| Johnstone Supply | | 515 Broadway Ave | | | Parkersburg | WV | 26101 | |
| Jonah Schneider | | Address on File | | | | | | |
| Jonathan Dowler | | Address on File | | | | | | |
| Jordan Crawford | | Address on File | | | | | | |
| Joseph Farnsworth | | Address on File | | | | | | |
| Josh Bennett | | Address on File | | | | | | |
| Justin Gilkey | | Address on File | | | | | | |
| Justin Pierce | | Address on File | | | | | | |
| Kaden Directional Drilling LLC | | 313 Birchwood Lane | | | Vanceburg | KY | 41179 | |
| Kanawha Trucking Inc | | 110 Castlewood Lane | | | Summersville | WV | 26651 | |
| Kano Laboratories LLC | | 1000 East Thompson Lane | | | Nashville | TN | 37222 | |
| Keenan Hays | | Address on File | | | | | | |
| Keith Miller | | Address on File | | | | | | |
| Kelly Cottrill | | Address on File | | | | | | |
| Kemron Environmental Services | | 1359A Ellsworth Industrial  Blvd | | | Atlanta | GA | 30318 | |
| Ken Miller Supply of W. VA, Inc | | PO Box 1086 | | | Wooster | OH | 44691 | |
| Kenneth Westbrook | | Address on File | | | | | | |
| Kent Welding Incorporated | | 1387 Chesterville Road | | | Mineral Wells | WV | 26150 | |
| Kevin House | | Address on File | | | | | | |
| Kinton Carbide, Inc. | | Westmoreland Ind Pk #3 | 3000 Venture Court | | Export | PA | 15632 | |
| Kody Wells | | Address on File | | | | | | |
| Koflo Corporation | | 309 Cary Point Dr | | | Caty | IL | 60013 | |
| Kurt Addlesburger | | Address on File | | | | | | |
| Lance Hines | | Address on File | | | | | | |
| Landon Ring | | Address on File | | | | | | |
| Lanita Wentzel | | Address on File | | | | | | |
| Lee W Berger | | Address on File | | | | | | |
| Levi Miller | | Address on File | | | | | | |
| LGG Industrial, Inc. | Dept #6491 | PO Box 11407 | | | Birmingham | AL | 35246-6491 | |
| Liberty Long Life Lighting | | 6249 Butternut Cir | | | Brighton | MI | 48116 | |
| Lifetime Benefit Solutions | | PO Box 5510 | | | Binghamton | NY | 13902-5510 | |
| Liquidmetal Coating Solutions, LLC | | PO Box 697586 | | | Dallas | TX | 75267 | |
| Litman Excavating, Inc. | | 836 First St. | | | New Martinsville | WV | 26155 | |
| Lloyds of London | | One Lime Street | | | London | | EC3M 7HA | United Kingdom |
| Lubrication Engineers Inc | | PO Box 16025 | | | Wichita | KS | 67216 | |
| Luke Burkhammer | | Address on File | | | | | | |
| M&M Control Service, Inc. | | 24418 W Old Monaville Rd. | | | Lake Villa | IL | 60046 | |
| Magnetech Industrial Services | | 800 Nave Road SE | | | Massillon | OH | 44646 | |
| Magotteaux Incorporated | Dept Ch 10775 | 5503 N. Cumberland Ave | | | Chicago | IL | 60656 | |
| Malkom Kidd | | Address on File | | | | | | |
| Manley Bros of Indiana Inc | | PO Box 80 | 300 South Vermillion St | | Troy Grove | IL | 61372-0080 | |
| Marietta Occupational Health Partners | Accounts Receivable | 401 Matthew Street | | | Marietta | OH | 45750 | |
| Mark Howell | | Address on File | | | | | | |
| Mark Smith | | Address on File | | | | | | |
| Marmon Industrial Water, LLC | | PO Box 93718 | | | Chicago | IL | 60673 | |
| Marsh USA LLC | | PO Box 846112 | | | Dallas | TX | 75284-6112 | |
| Matheson Tri-Gas Incorporated | Dept 347297 | PO Box 347297 | | | Pittsburgh | PA | 15251-4297 | |
| Matthew Johnson | | Address on File | | | | | | |
| Matthew Mendenhall | | Address on File | | | | | | |
| Matthew Umstot | | Address on File | | | | | | |
| Matthews Lubricants Inc | | 3498 Grand Avenue | | | Pittsburgh | PA | 15225 | |
| Mazzella Lifting Technologies | | PO Box 74268 | | | Cleveland | OH | 44194-0002 | |
| Mcdermott Will & Schulte, LLP | | 444 W. Lake Street | Suite 4000 | | Chicago | IL | 60606 | |
| Mckesson Medical-Surgery, Inc. | | PO Box 933027 | | | Atlanta | GA | 31193 | |
| Mcmaster Carr Supply Company | | PO Box 7690 | | | Chicago | IL | 60680-7690 | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Measurement Technologies, Ltd. | | PO Box 668 | | | Colleyville | TX | 76034 | |
| Merrell Bros., Inc. | | 8811 W 500 N | | | Kokomo | IN | 46901 | |
| Metaltech Steel Company LLC | | 113 Industry Road | | | Marietta | OH | 457509355 | |
| Michael Duffelmeyer | | Address on File | | | | | | |
| Michael Hicks | | Address on File | | | | | | |
| Michael Parsons | | Address on File | | | | | | |
| Michael Taylor | | Address on File | | | | | | |
| Miciah Kennedy | | Address on File | | | | | | |
| Microbac Laboratories Inc | c/o Dollar Bank | PO Box 3510 | | | Pittsburgh | PA | 15230-3510 | |
| Midway Machining Inc | | 1060 Gravel Bank Road | | | Marietta | OH | 45750 | |
| Mike Daugherty | | Address on File | | | | | | |
| Miller Communications, Inc. | | One Wireless Way | Ste. 100 | | Parkersburg | WV | 26101 | |
| Miller Energy Incorporated | | 3200 South Clinton Ave | | | South Plainfield | NJ | 7080 | |
| Minco Products Inc. | | Lockbox 446007 | PO Box 64075 | | St Paul | MN | 55164-0075 | |
| Mineral Labs Incorporated | | Box 549 | | | Salyersville | KY | 41465 | |
| Moore Industries-International , Inc. | | 16650 Schoenborn St. | | | North Hills | CA | 91343 | |
| Motion Industries Incorporated | | PO Box 98412 | | | Chicago | IL | 60693-8412 | |
| Mouser Electronics, Inc. | | PO Box 99319 | | | Fort Worth | TX | 76199-0319 | |
| MPW Industrial Water Services | | 1300 Paysphere Circle | | | Chicago | IL | 60674 | |
| MRC Global (US) Incorporated | | PO Box 204392 | | | Dallas | TX | 75320-4392 | |
| Munters Corporation | | Dept Ch 19927 | | | Palatine | IL | 60055-9927 | |
| Mustang Aerial Services Inc | | PO Box 250 | | | Reno | OH | 45773 | |
| Mw Watermark LLC | | 4660 136Th Avenue | | | Holland | MI | 49424 | |
| Naes Corporation | | PO Box 94274 | | | Seattle | WA | 98124-6574 | |
| Nalco Company LLC | | PO Box 70716 | | | Chicago | IL | 60673-0716 | |
| Nathan Booth | | Address on File | | | | | | |
| National Fire & Marine Ins Co | | 1314 Douglas Street | Suite 1400 | | Omaha | NE | 68102-1944 | |
| NBT Bank | | 52 South Broad Street | | | Norwich | NY | 13815 | |
| Nigel John | | Address on File | | | | | | |
| Noah Straight | | Address on File | | | | | | |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| Office of the United States Trustee for the District of Delaware | Attn: Benjamin Hackman | 844 N King St #2207 Lockbox 35 | | | Wilmington | DE | 19801 | |
| Ohio River Marine LLC | | 1095 Irish Ridge Rd | | | Philo | OH | 43771 | |
| Ohio Transmission Corporation | | PO Box 73278 | | | Cleveland | OH | 44193 | |
| Ohio Treasurer of State | | PO Box 182131 | | | Columbus | OH | 43218 | |
| Olivia Burwell | | Address on File | | | | | | |
| Olympic Wear LLC | | PO Box 80402 | | | Seattle | WA | 98108 | |
| Omnis Advanced Technologies, LLC | | 130 S. Patterson Avenue | #878 | | Santa Barbara | CA | 93111 | |
| Omnis Bailey | | 3757 State St | | | Santa Barbara | CA | 93105 | |
| Omnis Building | | 3710 Collins Ferry Road | | | Morgantown | WV | 26505 | |
| Omnis Fuel Technologies, LLC dba Omnis Energy | | 3710 Collins Ferry Road | | | Morgantown | WV | 26505 | |
| Omnis Global Technologies, LLC | | 3757 State St | Ste 2A | | Santa Barbara | CA | 93105 | |
| Omnis Graphite Technologies, LLC | | 3710 Collins Ferry Road | | | Morgantown | WV | 26505 | |
| Omnis Mining Technologies, LLC | | 3710 Collins Ferry Road | | | Morgantown | WV | 26505 | |
| Omnis Pleasants, LLC | | 1 Power Station Blvd | | | Belmont | WV | 26134 | |
| Onpoint | | 906 W 13Th Street | | | Deer Park | TX | 77536 | |
| Onset Computer Corporation | | PO Box 3450 | | | Pocasset | MA | 2559 | |
| P.A.R. Alloy Incorporated | | 1101 W. Mineral Ave | Ste. 106 | | Littleton | CO | 80120 | |
| Patrick Murphy | | Address on File | | | | | | |
| Paul Bills | | Address on File | | | | | | |
| Paul Mullenix | | Address on File | | | | | | |
| Paylocity | | 1400 American Lane | | | Schaumnurg | IL | 60173 | |
| Peak Ndt Services, LLC | | 1461 State Route 30 | | | Clinton | PA | 15026 | |
| Perine Bros Trucking, LLC | | 9053 Muskingham River Rd | | | Lowell | OH | 45744 | |
| Perkins Supply, Inc. | | 2966 Northwest Tpke. | | | Pennsboro | WV | 26415 | |
| Pharos | | 27 West 96th Street | 9A | | New York | NY | 10025 | |
| Phillip Wilt | | Address on File | | | | | | |

In re: Omnis Pleasants, LLC
Case No. 26-11169 (KBO)



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Pioneer Pipe Inc | | 2021 Hanna Rd | | | Marietta | OH | 75750-8255 | |
| Pitt Ohio LTL | | PO Box 643271 | | | Pittsburgh | PA | 15264-3271 | |
| Pjm Interconnection LLC | | 2750 Monroe Blvd | | | Audubon | PA | 19403 | |
| PJP Law PLLC | | 3501 Rodman Street, NW | | | Washington | DC | 20008 | |
| Pleasants Acquisition Company | | 9053 Muskingham River Rd | | | Lowell | OH | 45744 | |
| Pleasants County Sherriff | | 301 Court Lane | Room 102 | | Saint Marys | WV | 26170-1317 | |
| Pleasants, LLC | c/o Akin Gump Strauss Hauer & Feld Llp | Attn: M. Scott Barnard & Brennan H. Meier | 2300 N. Field | | Dallas | TX | 75201 | |
| Pleasants, LLC | Counsel Firm 1: Richards, Layton & Finger, P.A. | Counsel Lawyers 1: Blake Rohrbacher & Elizabeth J. Freud | 920 North King Street | | Wilmington | DE | 19801 | |
| PME Babbitt Bearings | | 518 W. Crescentville Road | | | Cincinnati | OH | 45246 | |
| Polaris Solutions, Inc. | | PO Box 427 | | | Bel Air | MD | 21014-0427 | |
| Portersville Prd LLC | | 2680 New Butler Rd | | | New Castle | PA | 16101 | |
| Potesta & Associates, Inc. | | 7012 Maccorkle Avenue, S.E. | | | Charleston | WV | 25304 | |
| Power & Industrial Services | | 95 Washington Street | | | Donora | PA | 15033 | |
| PPC Lubricants LLC | | PO Box 645962 | | | Cincinnati | OH | 45264-5962 | |
| Precision Pump & Valve Service | | 517 Old Goff Mountain Rd | | | Cross Lanes | WV | 25313 | |
| Preiser Scientific | Accounting Dept. # 512992 | Preiser Scientific Inc., PO Box 1330 | | | St. Albans | WV | 25177-1330 | |
| Premier Safety | dba Mes Life Safety, LLC | PO Box 855651 | | | Minneapolis | MN | 55485-5651 | |
| Process/Kana Inc. | | 210 Tollgate Hill Road | | | Greensburg | PA | 15601 | |
| Purenergy Management Services | | 115 Solar St, Suite 100 | | | Syracuse | NY | 13204 | |
| PVS Chemical Solutions Inc | | 25214 Network Place | | | Chicago | IL | 60673-1503 | |
| QBE UK Limited | | 30 Fenchurch Street | | | London | | EC3M 3BD | United Kingdom |
| Quantum Pleasants, LLC | | 3710 Collins Ferry Road | | | Morgantown | WV | 26505 | |
| Quinton Mcpeek | | Address on File | | | | | | |
| R.L. Miller, LLC | | 3802 Neville Rd. | | | Pittsburgh | PA | 15225 | |
| Radwell International LLC | | 1 Millennium Drive | | | Willingboro | NJ | 8046 | |
| Ram Industrial Services LLC | | PO Box 95365 | | | Chicago | IL | 60694-5365 | |
| Randal Metz | | Address on File | | | | | | |
| Randall Shingleton | | Address on File | | | | | | |
| Randall Smith | | Address on File | | | | | | |
| Reach Technologies | | 690 Enterprise Dr. | Ste. B | | Auburn | GA | 30011 | |
| RG Energy LLC | | 9051 Mira Mesa Blvd #261229 | | | San Diego | CA | 92126 | |
| Richard Hornbeck | | Address on File | | | | | | |
| Richard Hulme | | Address on File | | | | | | |
| Richard Steel Co | | PO Box 31516 | | | Cleveland | OH | 44131 | |
| Richard Williamson | | Address on File | | | | | | |
| Rittertech a Div of Motion & Control Enterprises LLC | | 100 Williams Drive | | | Zelienople | PA | 16063-2602 | |
| Riverview Industrial Supply Co | | 1205 Gravel Bank Road | | | Marietta | OH | 45750 | |
| RNEW-CYG | | PO Box 712465 | | | Cincinnati | OH | 45271-2465 | |
| Rob Bieber | | Address on File | | | | | | |
| Robbins Research International, LLC | | 9051 Mira Mesa Blvd #261229 | | | San Diego | CA | 92126 | |
| Robert Crawford | | Address on File | | | | | | |
| Robert Warden Jr | | Address on File | | | | | | |
| Rock Creek Energy Group, Llp | | PO Box 96503 | PMB 47433 | | Washington | DC | 20090-6503 | |
| Ronald A & Elaine Wilson | | Address on File | | | | | | |
| Ronald Henthorn | | Address on File | | | | | | |
| Ronald Mcfarland Jr | | Address on File | | | | | | |
| Ron's Porta Johns Inc | | 346 Indian Run Road | | | Marietta | OH | 45750 | |
| Ross Cox | | Address on File | | | | | | |
| RS Americas Inc | | 7151 Jack Newell Blvd S | | | Fort Worth | TX | 76118 | |
| Runyon Lock Service LLC | | 1129 19Th Street | | | Parkersburg | WV | 26101 | |
| Russell D. Blamble | | Address on File | | | | | | |
| Ryan Snyder | | Address on File | | | | | | |
| S&S Firestone Inc. | | PO Box 734028 | | | Chicago | IL | 60673-4028 | |
| Safeco Incorporated Safety Plus | | PO Box 670409 | | | Dallas | TX | 75267-0409 | |
| Samuel Phillips | | Address on File | | | | | | |
| Savannah Riggins | | Address on File | | | | | | |
| Schaeffer Manufacturing Company | | PO Box 87760 | | | Carol Stream | IL | 60188-7760 | |



## Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Scott Moore | | Address on File | | | | | | |
| Sd Myers LLC | | 180 South Ave | | | Tallmadge | OH | 44278 | |
| Sealing Specialists & Service Co | | 969 William Flynn Hwy | | | Glenshaw | PA | 15116 | |
| Securities & Exchange Commission (SEC) | | 100 F Street, NE | | | Washington | DC | 20549 | |
| Securities & Exchange Commission (SEC) | | 100 Pearl St, Suite 20-100 | | | New York | NY | 10004-2616 | |
| Sequent Energy Management | | 1200 Smith St | #900 | | Houston | TX | 77002 | |
| Seth Morton | | Address on File | | | | | | |
| Shaun Hayes | | Address on File | | | | | | |
| Shawn Marshall | | Address on File | | | | | | |
| Sherlock Oil Company, Inc | | PO Box 175 | | | Beverly | OH | 45715 | |
| Sherri Sepessy | | Address on File | | | | | | |
| Sherry Taylor | | Address on File | | | | | | |
| Sidley Austin LLP | | 1 S. Dearborn St. | | | Chicago | IL | 60603 | |
| Siemens Energy Incorporated | | Dept. Ch10169 | | | Palatine | IL | 60055 | |
| Siemens Industry, Inc. | | 4170 Columbia Rd. | | | Lebanon | OH | 45036 | |
| Simmerman Law Office, PLLC | | 254 East Main Street | | | Clarksburg | WV | 26301 | |
| Simmers Crane Design & Service | | 1134 Salem Parkway | | | Salem | OH | 44460 | |
| Simon Hodson | | Address on File | | | | | | |
| SIR Speedy Printing | | 416 37Th St. | | | Parkersburg | WV | 26101 | |
| Sistersville Tank Works Inc | | 1942 Mccoy Street | PO Box 200 | | Sisterville | WV | 26175 | |
| Skylar Petty | | Address on File | | | | | | |
| Solo Construction LLC | | PO Box 544 | 407 2nd Street | | St Marys | WV | 26170 | |
| Sompo International Holdings Ltd. | | 1105 Lakewood Parkway | Suite 400 | | Alpharetta | GA | 30009 | |
| Sonny Addlesburger | | Address on File | | | | | | |
| Spectrum Pension Consultants, Inc. | | 6402 19Th St W | | | Tacoma | WA | 98466-6130 | |
| Spex Certriprep Group LLC | | PO Box 74007377 | | | Chicago | IL | 60674-7377 | |
| Spraying Systems Co | | PO Box 95564 | | | Chicago | IL | 60694-5564 | |
| St Marys Hardware Incorporated | | 423 Second Street | | | St Marys | WV | 26170 | |
| St. Marys VFD | | PO Box 215 | | | St. Marys | WV | 26170 | |
| Starr Surplus Lines Insurance Co | | 399 Park Avenue | Suite 2000 | | New York | NY | 10022 | |
| Starsource, LLC | | 130 S. Patterson Avenue | | | Santa Barbara | CA | 93111-2006 | |
| State Electric Supply Company | | PO Box 890889 | | | Charlotte | NC | 28289-0889 | |
| Stephen Goddard | | Address on File | | | | | | |
| Stephen Thoburn | | Address on File | | | | | | |
| Steptoe & Johnson PLLC | | PO Box 247 | | | Bridgeport | WV | 26330 | |
| Steve Shartle | | Address on File | | | | | | |
| Steven Flowers | | Address on File | | | | | | |
| Steven Hune | | Address on File | | | | | | |
| Studer Industrial Tool Inc | | 4500A New Texas Road | | | Pittsburgh | PA | 15239 | |
| Summit Environmental Services | | PO Box 263 | | | Belmont | WV | 26134 | |
| Sunray Electric Supply Company | | PO Box 489 | | | Mckeesport | PA | 15134-0489 | |
| Swan Analytical USA Inc | | 390 Holbrook Dr | | | Us-Wheeling | IL | 60090 | |
| T And K Auto Parts and Service | | 822 Mary Street | | | Parkersburg | WV | 26101 | |
| Ta Johnson | | Address on File | | | | | | |
| Tango Specialty | | 100 First Stamford Place | Suite 600 | | Stamford | CT | 06902 | |
| Taurus Industrial Group, LLC | | PO Box 219 | | | Deer Park | TX | 77536 | |
| TC Repair, LLC | | 4183 Glendale Rd. | | | Cairo | WV | 26337 | |
| Team Industrial Services | | PO Box 842233 | | | Dallas | TX | 75284-2233 | |
| Tei Construction Services, Inc | | 260 Parkway East | | | Duncan | SC | 29334 | |
| Teikoku Usa Incorporated dba Chempump a Div of Teikoku USA I | | 959 Mearns Road | | | Warminster | PA | 18974-2811 | |
| Tenaska Power Services Co. | | 34194 Aurora Road # 235 | | | Solon | OH | 44139 | |
| The Christopher Group | | 34194 Aurora Road # 235 | | | Solon | OH | 44139 | |
| The Hartford Insurance Group, Inc. | | 300 Internet Drive | Suite 600 | | Frisco | TX | 75034 | |
| The Voto Manufacturers Sales Co Inc | | PO Box 1299 | | | Steubenville | OH | 43952 | |
| Thermo Fisher Scientific | | PO Box 404705 | Acct #096787-001 | | Atlanta | GA | 30384-4705 | |
| Thomas & Associates International | | 1509 Capri Drive | | | Pacific Palisades | CA | 90272 | |
| Timothy Lang | | Address on File | | | | | | |

 STRETTO

# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Timothy Myers | | Address on File | | | | | | |
| Timothy Phillips | | Address on File | | | | | | |
| Timothy Waterman | | Address on File | | | | | | |
| Timothy Wilson | | Address on File | | | | | | |
| Tom Hart | | Address on File | | | | | | |
| Tomko Equipment Co. Inc. | | 93 Duncan Way | | | Johnstown | PA | 15905 | |
| Tony Perkins | | Address on File | | | | | | |
| Townley Engineering & Manufacturing | | PO Box 221 | | | Candler | FL | 32111-0221 | |
| Townley Foundry & Machine Co | | PO Box 2257 | | | Belleview | FL | 34421 | |
| Trad Dill | | Address on File | | | | | | |
| Trae Swisher | | Address on File | | | | | | |
| Trag LLC | | 9051 Mira Mesa Blvd #261229 | | | San Diego | CA | 92126 | |
| Travelers Property Casaulty Co of America | Dept 96359 | PO Box 660333 | | | Dallas | TX | 75266-0333 | |
| TRC Environmental Corporation | | PO Box 536282 | | | Pittsburgh | PA | 15253-5904 | |
| Tri-State Industrial Solutions | | 2701 Beale Avenue | | | Altoona | PA | 16601 | |
| Tri-State Industrial Supply | | 1937 Greenup Avenue | | | Ashland | KY | 41101 | |
| Tri-State Valve & Instrument | | 37 Pennwood Place | | | Warrendale | PA | 15086 | |
| Tristate Valves & Controls Inc | | 2615 Arbor Tech Drive | | | Hebron | KY | 41048-7506 | |
| Trumbull Industries Inc | | PO Box 72638 | | | Cleveland | OH | 44192-0002 | |
| Twin Eagle | | 1700 City Plaza Dr. | Ste. 500 | | Spring | TX | 77389 | |
| Tyler Edwards | | Address on File | | | | | | |
| Tyler Ingram | | Address on File | | | | | | |
| Tyler Mccrobie | | Address on File | | | | | | |
| Tyler Williamson | | Address on File | | | | | | |
| Tyr Energy, Inc. | | 7500 College Blvd. | Ste. 400 | | Overland Park | KS | 66210 | |
| U.S Bank National Association dba Elan Financial Services | | PO Box 790084 | | | St. Louis | MO | 63179-0084 | |
| Uline, Inc. | | PO Box 88741 | | | Chicago | IL | 68680 | |
| Ultimo Measurement LLC | | 122 Magnolia Dr. | | | Mccormick | SC | 29835 | |
| United Construction Co Inc | | 3120 Northwestern Pike | | | Parkersburg | WV | 26104 | |
| United Conveyor Supply Company | | 2100 Norman Drive W | | | Waukegan | IL | 60085 | |
| United Parcel Services Inc | | PO Box 809488 | | | Chicago | IL | 60680-9488 | |
| United Rentals North America Inc | | PO Box 051122 | | | Los Angeles | CA | 90074-1122 | |
| United Servo Hydraulics Inc | | 1450 Genicom Drive | | | Waynesboro | VA | 22980 | |
| United Specialty Insurance Company | | 1900 L. Don Dodson Drive | | | Bedford | TX | 76021 | |
| United States Department of Justice | Attorney General of the U.S. | 950 Pennsylvania Ave, NW | | | Washington | DC | 20530-0001 | |
| Univar USA Incorporated | | 62190 Collections Center Drive | | | Chicago | IL | 60693-0621 | |
| Universal Edge dba H2 Data | | 201 N. Union St. | Suite 110 | | Alexandria | VA | 22314 | |
| Usda, Aphis, General | | PO Box 979043 | | | St Louis | MO | 63197-9000 | |
| Valley Fire Solutions LLC | | 315 Tharon Ln. | | | Moundsville | WV | 26041 | |
| Valtronics Sales Inc. | | PO Box 490 | | | Ravenswood | WV | 26164 | |
| Vega Americas Inc | | PO Box 640162 | | | Cincinnati | OH | 45264-0162 | |
| Verizon | | PO Box 15043 | | | Albany | NY | 12212-5043 | |
| Vinson & Elkins LLP | | 2001 Ross Ave | #3900 | | Dallas | TX | 75201 | |
| Visa | | PO Box 8999 | | | San Francisco | CA | 94128 | |
| Vsp Technologies | | 8140 Quality Dr. | | | Prince George | VA | 23875 | |
| W B Wells Company Incorporated | | 1840 Mayview Road Suite 100 | | | Bridgeville | PA | 15017 | |
| Washington County Career Center | | 21740 State Route 676 | | | Marietta | OH | 45750 | |
| Waste Management National Services (WM National Services) | | PO Box 3020 | | | Monroe | WI | 53566-8320 | |
| Wayne Darnold | | Address on File | | | | | | |
| Wear-Concepts LLC | | 2845 East Heartland Drive | | | Liberty | MO | 64068-3314 | |
| Weir Slurry Group Inc | | PO Box 737314 | | | Chicago | IL | 60673 | |
| Wesco | | PO Box 641447 | | | Pittsburgh | PA | 15264-1447 | |
| Wessel & Company | | 215 Main St. | | | Johnstown | PA | 15901 | |
| West View Cunningham Company | | 3 Industrial Park Drive | | | Oakdale | PA | 15071 | |
| West Virginia Department of Environmental Protection | | 601 57th Street SE | | | Charleston | WV | 25304 | |



# Creditor Matrix (Redacted)
as of July 27, 2026

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| West Virginia Department of Environmental Protection Division of Air Quality | | PO Box 40420 | | | Charleston | WV | 25364 | |
| West Virginia Department of Environmental Protection Division of Water And Waste Management | | PO Box 364 | | | Charleston | WV | 25322 | |
| West Virginia Division of Highways | | 1900 Kanawha Blvd | East Capitol Complex | Building 5 | Charleston | WV | 25305 | |
| West Virginia Economic Development Authority | Attn: Joseph D. Brouse, Teresa W. Helmick, Taylor S. Cole, Nicholas S. Preservati | West Virginia Office of Energy | 1900 Kanawha Boulevard East | Building 3, Suite 800 | Charleston | WV | 25305 | |
| West Virginia Economic Development Authority (WVEDA) | | 180 Association Dr | | | Charleston | WV | 25311 | |
| West Virginia Office of the Attorney General | | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 | |
| West Virginia State Tax Department | | 1001 Lee St. E | | | Charleston | WV | 25301 | |
| West Virginia University | | One Waterfront Pl | PO Box 6005 | | Morgantown | WV | 26505 | |
| Westbrook Trucking LLC | | PO Box 432 | | | Belmont | WV | 26134 | |
| Western Alliance Bank | | One East Washington Ste 2500 | | | Phoenix | AZ | 85004 | |
| William Parks Jr | | Address on File | | | | | | |
| William Stacy | | Address on File | | | | | | |
| WM Neundorfer & Company LLC | | 831 Callendar Boulevard | | | Painesville Twp | OH | 44077 | |
| Wolfe Hose & Industrial Supply | | PO Box 4008 | | | Parkersburg | WV | 26104 | |
| Wood Group Usa Inc | | PO Box 201813 | | | Dallas | TX | 75320-1813 | |
| Worksite Medical | | PO Box 6050 | | | Hermitage | PA | 16148 | |
| Wright Industrial Supply Inc. | | 5 Industrial Park Drive | | | Oakdale | PA | 15071 | |
| Wyoming Eagle, LLC. | | 520 Forsythe Road Ste 102 | | | Bristol | VA | 24202 | |
| Young Conaway Stargatt & Taylor LLP | | 1000 North King Street | Rodney Square | | Wilmington | DE | 19801 | |
| Zachary Duckworth | | Address on File | | | | | | |
| Zachary Hendershot | | Address on File | | | | | | |
| Zempleo Inc | | PO Box 207405 | | | Dallas | TX | 75320-7405 | |

In re: Omnis Pleasants, LLC
Case No. 26-11169 (KBO)