# SIGN – IN SHEET

CASE NAME: <u>Omnis Pleasants, LLC</u>　　　　COURTROOM: <u>3</u>

CASE NO.: <u>26-11169-KBO</u>　　　　DATE: <u>July 29, 2026 1:00 PM</u>

## PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alex Faris | YCST | Debtor |
| Andrew Magaziner | YCST | Debtor |
| James Diver | YCST | Debtor |
| Shanti Katona | ~~Lowenstein~~ Lowenstein | Omnis Energy + Quantum Pleasants |
| Chris Ward | Lowenstein | " |
| R. Craig Martin | DLA Piper | TRAG LLC / RG Energy LLC |
| Kristine Manoukian | ↓ | ↓ |
| Alexander Woolverton | HSF Kramer | Debtor |
| Brian Shaughnessy | | |
| Melissa Mertz | | |
| Katrina Scott | | |
| Michael Blackmon | ↓ | |
| Jared Borriello | ↓ | ↓ |
| Kyle Ortiz | | |
| Benjamin Hallman | | U.S. Trustee |
| Andrew Pollack | HSF Kramer | Debtor |
| | | |

| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calvin | | Aas | calvin.aas@FTIconsulting.com | | 285 Saint Johns Pl Apt 1 | | Brooklyn | NY | 11238-5632 | 5.04E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Scott | | Alberino | salberino@akingump.com | Akin Gump Strauss Hauer & Feld LLP | 2001 K Street NW | | Washington DC | DC | 20006 | 2.03E+09 | Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Sam | J. | Alberts | sam.alberts@dentons.com | Dentons US LLP | 1900 K St NW | | Washington | DC | 20006 | 2.02E+09 | Interested | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| John | | Bakht | eli.bakht@hl.com | Houlihan Lokey | 2472 Worthington Street | | Dallas | TX | 75204 | 2.15E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Phoebe | | Bakos | phoebe@newgenerationresearch.com | | 60 Brightridge Ave | | East Providence | RI | 02914-3806 | 401-343-2665 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Zachary | | Balasko | zbalasko@rc.com | | 1201 Pennsylvania Ave. NW | Suite 820 | Washington | DC | 20004 | 771-213-5610 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Sophia | | Bavaro | sbavaro@akingump.com | Akin Gump Strauss Hauer & Feld LLP | 2001 K Street NW | | Washington DC | DC | 20006 | 2.03E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Charles | | Beauregard | charles.beauregard@sidley.com | Sidley Austin | 1501 K Street, N.W. | | Washington | DC | 20005 | 202-736-8000 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Daryoush | | Behbood | dbehbood@mcdermottlaw.com | McDermott Will & Schulte LLP | McDermott Will & Schulte LLP | 919 Third Avenue | New York | NY | 10022 | 212-756-2082 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Sheryl | | Betance | Sheryl.betance@stretto.com | Stretto | 410 Exchange | | Irvine | CA | 92602 | 7.14E+09 | Proposed Claims and Noticing Agent | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Sean | P | Bonner | sb@atlas.gp | Atlas Grove | 7301 SW 57th Ct. | Ste. 515 | Miami | FL | 33146 | 3.06E+09 | N/A | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Michael | | Bresnick | mjbresnick@venable.com | Venable LLP | 600 Massachusetts Ave, NW | | Washington | DC | 20001 | 202-344-4583 | N/A | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Robert | B. | Bruner | bob.bruner@nortonrosefulbright.com | Norton Rose Fulbright US LLP | Norton Rose Fulbright US LLP | 1550 Lamar Street, Suite 2000 | Houston | TX | 77010 | 713-651-5216 | Twin Eagle Resource Management, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Nicholas | | Bryant | nick.bryant@hl.com | | 1507 Hardouin Avenue | | Austin | TX | 78703 | 512-571-9311 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Irene | J | Byun | ib@dundon.com | | 10 Bank St | | White Plains | NY | 10606-1933 | 6.18E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Earnestiena | | Cheng | earnestiena.cheng@fticonsulting.com | | 1166 6th Avenue | | New York | NY | 10036 | 7.18E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Jeanne | T. | Cohn | jeanne.cohn@usdoj.gov | USDOJ/ENRD | 150 M Street NE | USDOJ | Washington | DC | 20002 | 2.03E+09 | United States | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Representing | Case | Entity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chad | | Corazza | ccorazza@ycst.com | YCST LLP | 1000 North King Street | | Wilmington | DE | 19801 | 302-576-2604 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| William | L. | Countryman | bill.countryman@us.dlapiper.com | DLA Piper LLP (US) | 650 South Exeter Street | Suite 1100 | Baltimore | MD | 21202 | 4.11E+09 | TRAG LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Daniel | J. | DeFranceschi | defranceschi@rlf.com | Richards, Layton & Finger | One Rodney Square, P.O. Box 551 | | Wilmington | DE | 19899 | 302 651-7700 | Interested Party | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Tristan | E | Deters | tristan.deters26@hl.com | | 2601 Olive St Ste 2500 | | Dallas | TX | 75201 | 9.72E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Erica | | Engle | eengle@arapartners.com | | 3748 carlon street | | houston | TX | 77005 | 7.14E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Shant | K. A. | Eulmessekian | shant.eulmessekian@us.dlapiper.com | DLA Piper LLP (US) | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067 | 3.11E+09 | TRAG LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| S. Alexander | | Faris | afaris@ycst.com | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 N. King Street | Wilmington | DE | 19801 | 302-571-6600 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Aubbah | | Fatimah | aubbah9@gmail.com | | 225 W 26th Street | | New York | NY | 10001 | 914-316-0075 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Ethan | | Feffer | ethan.feffer@kuro-infra.com | | 4675 MacArthur Ct., Suite 590 | | Newport Beach | CA | 92660 | 949-633-7645 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Isaac | | Forman | iforman@hfdrlaw.com | Hissam Forman Donovan Ritchie PLLC | 700 Virginia St E &#035;210 | | Charleston | WV | 25301 | 304-590-4975 | Omnis Energy | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jeffrey | | Garfinkle | jgarfinkle@buchalter.com | Buchalter LLP | 18400 Von Karman Avenue | Suite 800 | Irvine | CA | 92612 | 949-224-6412 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jackson | T. | Garvey | jgarvey@sidley.com | Sidley Austin LLP | 1 S Dearborn Street | | Chicago | IL | 60603 | 3.13E+09 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Charles | | Gassenheimer | Cgassenheimer@omnisenergy.com | | 30 Broad Street | 14th Floor | New York | NY | 10004 | 917-841-6202 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | 10011 | 3.04E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | 48302 | 313-284-7244 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Anna | | Gumport | agumport@sidley.com | Sidley Austin LLP | 350 South Grand Avenue | | Los Angeles | CA | 90071 | 2.14E+09 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Sarah | | Hautzinger Loumeau | sarah.hautzingerloumeau@troutman.com | Troutman Pepper Locke LLP | 875 Third Avenue | | New York | NY | 10022 | 212-704-6352 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Terence | | Healey | thealey@sidley.com | Sidley Austin | 60 State Street, 36th Floor | | Boston | MA | 02109 | 617-223-0300 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |

| First | Middle | Last | Email | Firm | Address | Address 2 | City | State | Zip | Phone | Party | Case | Entity | Mode |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theodore | S | Heckel | theckel@pszjlaw.com | PSZJ | 700 Louisiana St | | Houston | TX | 77002 | 713-822-7158 | NA | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Jack | | Herman | jack.herman@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 2000 K Street | | Washington | DC | 20006 | 202-471-3048 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Noah | M | Hornberger | noah.hornberger@sidley.com | | 787 7th Ave | | New York | NY | 10019 | 2.13E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Grace | | Ibaj | grace.ibaj@psc.com | Piper Sandler | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-284-9447 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Kenneth | W. | Irvin | kirvin@sidley.com | Sidley Austin LLP | 1501 K Street, N.W. | | Washington | DC | 20005 | 202 736 8256 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| James | R. | Irving | james.irving@dentons.com | Dentons US LLP | 3500 PNC Tower | 101 South Fifth Street | Louisville | KY | 40202 | 502-587-3606 | Interested | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Wendy | | Kane | wendy.kane@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | 2.13E+09 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Priya | | Kareddy | priya.kareddy@sidley.com | Sidley Austin | 1501 K Street, N.W. | | Washington | DC | 20005 | 202-736-8000 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Matthew | | Lewis | matt.lewis@arlp.com | | 1717 S Boulder | | Tulsa | OK | 74119 | 9.18E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Ayla | | Lima | ayla.lima@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 2000 K Street NW 4th Floor | | Washington | DC | 20006 | 202-775-4491 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Kenneth | J | Lund | klund@raineslaw.com | Raines Feldman Littrell | 11 Stanwix St., 7th Floor | | Pittsburgh | PA | 15222 | 4.13E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Emily | | Mandell | emily.mandell@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9583 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Kristine | | Manoukian | kristine.manoukian@us.dlapiper.com | DLA Piper LLP (US) | 1251 Avenue of the Americas | | New York | NY | 10020 | 2.12E+09 | TRAG LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| R. | Craig | Martin | craig.martin@us.dlapiper.com | DLA Piper LLP (US) | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 3.02E+09 | TRAG LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Wendy | Elizabeth | McCuskey | wendymccuskey@gmail.com | Geraniums Boutique | 1440 LOUDON HEIGHTS RD | | CHARLESTON | WV | 25314 | 3.04E+09 | WV | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Alicia | | McElhaney | alicia.mcelhaney@wsj.com | Wall Street Journal | 20 Goodwin Pl, 2F | | Brooklyn | NY | 11221 | 3.32E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Brennan | | Meier | bhmeier@akingump.com | | 2300 N Field St | Suite 1800 | Dallas | TX | 75201 | 2.15E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Katrina | | Musa | justina.musa@sidley.com | Sidley Austin | 830 Brickell Plaza | | Miami | FL | 33131 | 305-391-5100 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |

| First | Middle | Last | Suffix | Email | Firm | Address | Suite/Apt | City | State | Zip | Phone | Party | Case | Entity | Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gilbert | | Nathan | | gilbert.nathan@pleasantspower.com | | One Power Station Boulevard | | Belmont | WV | 26134 | 646-279-2210 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Samuel | | Nechi | | Samuel.nechi@sidley.com | Sidley | 300 w 122nd | | New York | NY | 10027 | 4.69E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Rakhee | | Patel | | rakhee.patel@troutman.com | Troutman Pepper Locke LLP | 2200 Ross Avenue | Suite 2800 | Dallas | TX | 75201 | 214-740-8022 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Gregson | | Perry | | gperrylaw@prodigy.net | | 1403 Thayer Ave | | Los Angeles | CA | 900024 | 310-446-4808 | Dynamic Finance Corp | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| William | | Piatt | | frost240z@gmail.com | | 15 Avery Dr | | Morgantown | WV | 26508 | 3.37E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Rebecca | | Polinsky | | rebecca.polinsky@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9562 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Robert | F. | Poppiti | Jr. | rpoppiti@ycst.com | Young, Conaway, Stargatt & Taylor, LLP | 1000 North King Street | | Wilmington | DE | 19801 | 302-571-6600 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jake | A. | Rauchberg | | jrauchberg@lowenstein.com | Lowenstein Sandler LLP | 1251 Avenue of the Americas | 17th Floor | New York | NY | 10020 | 212-262-6700 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Tyson | | Schwerdtfeger | | tyson.schwerdtfeger@arlp.com | Alliance Resource Partners, L.P. | 1717 S. Boulder Ave | Suite 400 | Tulsa | OK | 74119 | 9.18E+09 | Alliance Coal, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Andy | | Serbe | | andy.serbe@iongroup.com | Debtwire | 659 S. Cloverdale Ave | Apt 209 | Los Angeles | CA | 90036-7101 | 2.18E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Jennifer | | Sharret | | jennifer.sharret@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9516 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Adam | | Shpeen | | adam.shpeen@davispolk.com | Davis Polk & Wardwell | 450 Lexington Ave. | | New York | NY | 10017 | 212-450-4169 | Case Participant | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Kyle | M | Simon | | Kyle.Simon@glca.com | GLC Advisors & Co., LLC | 224 E 11th St | GARDEN | New York | NY 10003-7306 NY | 10003 | 2.14E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Erik | F. | Stier | | erik.stier@us.dlapiper.com | DLA Piper LLP (US) | 500 Eighth Street, N.W. | Suite 2500 | Washington | DC | 20004 | 2.03E+09 | TRAG LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Vince | | Sullivan | | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Dennis | | Thompson | | Thompsonlawbk@gmail.com | | 12410 E. Mirabeau Parkway | Suite 100 | Spokane Valley | WA | 99216 | 509-323-4277 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Mike | | Tony | | mtony@hdmediallc.com | Charleston Gazette-Mail | 1001 Virginia St. E | | Charleston | WV | 25301 | 3.04E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Kevin | | Wang | | kwang@arapartners.com | | 4201 Main St | Ste 370 | Houston | TX | 77002 | 8.57E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |

| First | Middle | Last | Email | Firm | Address | Suite | City | State | Zip | Phone | Party | Case | Company | Appearance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scott | | Welkis | scott.welkis@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | 2.13E+09 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| David | A | Wender | davidwender@eversheds-sutherland.com | Eversheds Sutherland (US) LLP | 600 Peachtree Street NE | Suite 5200 | Atlanta | GA | 30308 | 4.05E+09 | TyrEnergy | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Alex | | Wittenberg | alex.wittenberg@law360.com | | 111 W. 19th St. | | New York | NY | 10011 | 7.16E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Panayiotis | | Xenakis | pxenakis@sidley.com | Sidley Austin LLP | 787 Seventh Avenue | | New York | NY | 10019 | 212 839 6771 | Interested Party | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Jonathan | W | Young | jonathan.young@troutman.com | Troutman Pepper Locke LLP | 401 9th St. NW | | Washington | DC | 20004 | 202-220-6967 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | 10010 | 7.19E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| matthew | d | gates | mgates@hcg.com | Huron | 4052 bon homme rd | | calabasas | CA | 91302 | 3.11E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| jesse | | parrish | jesse.parrish@arlp.com | Alliance Coal, LLC | 1146 Monarch Street | suite 350 | lexington | KY | 40513 | 6.06E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| jeffrey | S | sabin | jssabin@venable.com | Venable llp | 1160 park avenue | | new york | NY | 10128 | 9.17E+09 | self | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| david | | vige | david.vige@glca.com | GLCA | 44 grapal st | | rye | NY | 10580 | 2.82E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |