**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| Omnis Pleasants, LLC[1] | ) Case No. 26-11169 (KBO) |
| | ) |
| Debtor. | ) **Hearing Date:  September 3, 2026 at 1:00 p.m. (ET)** |
| | ) **Objection Deadline:  August 19, 2026 at 4:00 p.m. (ET)** |
| | ) |
| | ) **Ref. Docket Nos. 3, 4, 5, 6, 7, 8, 9, 17, 48, 49, 50, 51, 52,** |
| | ) **53, 54 & 55** |
| | ) |

**OMNIBUS NOTICE OF FIRST DAY PLEADINGS AND FINAL HEARING THEREON**

**PLEASE TAKE NOTICE** that, on July 27 and 28, 2026, the above-captioned debtor and debtor in possession (the "**Debtor**"), filed, among others, the following first day pleadings (collectively, the "**First Day Pleadings**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"):

1.  *Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief* [Docket No. 3; 7/27/26]

2.  *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 4; 7/27/26]

3.  *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations Arising Thereunder, and (B) Renew, Replace, Supplement, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; and (III) Granting Related Relief* [Docket No. 5; 7/27/26]

4.  *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Claims of Critical Vendors, Lienholders, and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; (III) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (IV) Granting Related Relief* [Docket No. 6; 7/27/26]

---

[1]    The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

5.   *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs; and (II) Granting Related Relief* [Docket No. 7; 7/27/26]

6.   *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, and (C) Maintain Existing Business Forms; (II) Suspending the Time to Comply With 11 U.S.C § 345(b); and (III) Granting Related Relief* [Docket No. 8; 7/27/26]

7.   *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue Prepetition Hedging Arrangement and Honor Any Obligations Related Thereto, (II) Authorizing the Debtor to Enter Into, and Perform Under, Postpetition Hedging Arrangements, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 9; 7/27/26]

8.   *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection Liens to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 17; 7/28/26]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on July 29, 2026 (the "**First Day Hearing**"), after which the Court entered certain orders granting the relief requested in the First Day Pleadings on an interim basis [Docket Nos. 48, 49, 50, 51, 52, 53, 54 and 55] (collectively, the "**Interim Orders**").  Concurrently herewith, you are being served with the Interim Orders.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and any of the related Interim Orders are available, free of charge, from the website of the Court appointed claims agent, Stretto, Inc. at https://cases.stretto.com/pleasantspowerstation.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of orders approving the interim relief set forth in the Interim Orders on a final basis must be filed on or before **August 19, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the following parties: (i) proposed co-counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Andrew L. Magaziner (amagaziner@ycst.com), Robert F. Poppiti, Jr. (rpoppiti@ycst.com), and S. Alexander Faris (afaris@ycst.com); and Herbert Smith Freehills Kramer (US) LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Alexander Woolverton (Alexander.Woolverton@hsfkramer.com), Brian F. Shaughnessy (Brian.Shaughnessy@HSFKramer.com), Andrew Pollack (Andrew.Pollack@HSFKramer.com), and Jared C. Borriello (Jared.Borriello@HSFKramer.com); (ii) counsel to TRAG LLC and RG Energy LLC, DLA Piper LLP (US), 1251 6th Avenue, New York, NY 10020, Attn: Kristine Manoukian (kristine.manoukian@us.dlapiper.com); 1201 North

Market Street, Suite 2100, Wilmington, Delaware 19801, Attn: R. Craig Martin (craig.martin@us.dlapiper.com) and 500 Eighth Street NW, Washington, DC 20004, Attn: Erik F. Stier (erik.stier@us.dlapiper.com); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov); and (iv) if any statutory committee has been appointed in the Chapter 11 Case, counsel to such committee.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE FIRST DAY PLEADINGS ON A FINAL BASIS IS SCHEDULED FOR **SEPTEMBER 3, 2026, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Blank]*

Date: July 30, 2026

*/s/ S. Alexander Faris*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
        rpoppiti@ycst.com
        afaris@ycst.com
        jdiver@ycst.com

*– and –*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Jared C. Borriello*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
        kyle.ortiz@hsfkramer.com
        brian.shaughnessy@hsfkramer.com
        andrew.pollack@hsfkramer.com
        jared.borriello@hsfkramer.com

*\*Admitted Pro Hac Vice*

*Proposed Co-Counsel to the Debtor and
Debtor in Possession*

4