**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC, | ) | Case No. 26-11169 (KBO) |
| Debtor.[1] | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that McDermott Will & Schulte LLP hereby enters its appearance (this "Notice of Appearance") in the above-captioned case as counsel to TRAG LLC and RG Energy LLC, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott Will & Schulte LLP hereby requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

**MCDERMOTT WILL & SCHULTE LLP**
David R. Hurst (I.D. No. 3743)
Harrison S. Carpenter (I.D. No. 6018)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
dhurst@mcdermottlaw.com
hcarpenter@mcdermottlaw.com

-and-

**MCDERMOTT WILL & SCHULTE LLP**
Douglas I. Koff
919 Third Avenue
New York, New York 10022
dkoff@mcdermottlaw.com

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

-and-

**MCDERMOTT WILL & SCHULTE LLP**
Ira J. Schacter
One Vanderbilt Avenue
New York, New York 10017-3852
ischacter@mcdermottlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 case entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and

recoupments against a debtor or any other entity either in this case or in any other action are expressly reserved.

Dated: August 7, 2026
Wilmington, Delaware

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Harrison S. Carpenter (I.D. No. 6018)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
dhurst@mcdermottlaw.com
hcarpenter@mcdermottlaw.com

- *and* -

Douglas I. Koff
919 Third Avenue
New York, New York 10022
dkoff@mcdermottlaw.com

- *and* -

Ira J. Schacter
One Vanderbilt Avenue
New York, New York 10017-3852
ischacter@mcdermottlaw.com

*Counsel to TRAG LLC and RG Energy LLC*