# EXHIBIT D

## Proposed Vacating Interim Cash Collateral Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Omnis Pleasants, LLC,[1] | Case No. 26-11169 (KBO) |
| Debtor. | **Re: Docket No.__** |

**ORDER VACATING THE INTERIM CASH COLLATERAL ORDER**

Upon the motion (the "**Motion**")[2] of Omnis Fuel Technologies, LLC d/b/a Omnis Energy ("**Omnis Energy**") and Quantum Pleasants, LLC ("**Quantum**") (collectively, the "**Movants**"), for entry of an order (this "**Order**"): (i) dismissing the Debtor's Chapter 11 Case pursuant to 11 U.S.C. §§ 105(a) and 1112(b), or, (ii) in the alternative, directing the appointment of a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a), and (iii) vacating the Interim Cash Collateral, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court finding that it may enter a final order consistent with Article III of the United States Constitution; and this Court finding that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court finding that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

forth in the Motion and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Notwithstanding anything to the contrary in the Interim Cash Collateral Order, the Interim Cash Collateral Order is hereby vacated in its entirety and shall have no force or effect.

3. The terms and conditions of this Order are effective and enforceable immediately upon its entry.

4. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.