# EXHIBIT 1

E-FILED | 7/22/2026 2:56 PM
CC-37-2026-C-14
Pleasants County Circuit Clerk
Millie Farnsworth

**From:** Helmick, Teresa W <teresa.w.helmick@wv.gov>
**Sent:** Monday, July 20, 2026 6:26 AM
**To:** Hindman, David <dhindman@alixpartners.com>
**Cc:** Ajay Gupta <ajay@robbinsgupta.com>; Preservati, Nicholas S <nicholas.s.preservati@wv.gov>; Charles Gassenheimer <cgassenheimer@omnisenergy.com>; Simon Hodson <skhodson99@gmail.com>; Simon Hodson <simonkhodson@gmail.com>; Randall Smith <rsmith@omnisenergy.com>; Blake Stephens <bstephens@omnisenergy.com>; Nicholson Thomas <nick@jnicholsonlawgroup.com>; Tony Robbins <passiontr@mac.com>; Kristine Manoukian <kmanoukian@mcdermottlaw.com>; joseph.d.brouse@wv.gov; taylor.s.cole@wv.gov; Gilbert Nathan <gil@jacksonsquareadvisors.com>; Brian F. Shaughnessy <brian.shaughnessy@hsfkramer.com>; Alexander Woolverton <alexander.woolverton@hsfkramer.com>
**Subject:** Re: URGENT: offering a call on restructuring

Omnis/Quantum folks,

We have held internal discussions here at WVEDA regarding the status of the Quantum Pleasants loan and the next steps from WVEDA's standpoint.

WVEDA believes an interim agreement is the best next step. Given the ongoing negotiations on the potential sale of the power plant, the EDA is willing to enter into a 90-day forbearance agreement to allow the details of a potential sale to be worked out.

In exchange for forbearance on payment of the outstanding balance, WVEDA would require Omnis to grant a deed of trust against all real estate and the power plant as security for the loan. WVEDA understands that this deed of trust would automatically be a second lien subordinate to the TRAG/RGE deed of trust. WVEDA would require this deed of trust to be filed within 14 days to trigger the forbearance.

If it is clear after the 90-day period that no sale is likely, WVEDA will consider restructuring the loan if it makes sense at that time. WVEDA staff and the Board of Directors must approve any restructuring.

We look forward to your feedback on this proposal. To maintain open communication, please send any response via email to the group.

**Teresa W. ("Terri") Helmick**
**General Counsel**
**West Virginia Economic Development Authority**
180 Association Drive
Charleston, WV 25311
Office: 304-558-3651
Direct Line: 681-313-2789