# **EXHIBIT 5**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
MANATT, PHELPS & PHILLIPS, LLP (714)371-2517

B. E-MAIL CONTACT AT FILER (optional)
BKESTNER@MANATT.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

BROOKE KESTNER
695 TOWN CENTER DR
STE 1400
COSTA MESA, CA 92626

Delaware Department of State
U.C.C. Filing Section
Filed: 10:04 PM 02/10/2026
U.C.C. Initial Filing No: 2026 1125554

Service Request No: 20260530131

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OMNIS PLEASANTS, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 3710 COLLINS FERRY ROAD | MORGANTOWN | WV | 26505 | US | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TRAG LLC | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9051 MIRA MESA BLVD #261229 | SAN DIEGO | CA | 92126 | US |

4. COLLATERAL: This financing statement covers the following collateral:

**See Exhibit A attached hereto and made a part hereof.**
**Collateral Description - please see attached**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
70713-030



International Association of Commercial Administrators

**EXHIBIT A**

**DEBTOR:** **OMNIS PLEASANTS, LLC**

**SECURED PARTY:** **TRAG LLC**

**COLLATERAL DESCRIPTION ATTACHMENT TO UCC FINANCING STATEMENT**

All assets of the Debtor, whether now owned or hereafter acquired, wherever located, and all proceeds and products thereof, including, without limitation:

All Accounts, Chattel Paper (tangible and electronic), Deposit Accounts, Documents, Equipment, Fixtures, General Intangibles (including Payment Intangibles and Software), Goods, Instruments, Inventory, Investment Property, Letter-of-Credit Rights, Commercial Tort Claims, Money, and Supporting Obligations;

All accessions, additions, attachments, replacements, substitutions, and upgrades to any of the foregoing;

All books and records (whether in tangible, electronic, or any other form) relating to any of the foregoing; and

To the extent not otherwise included, all Proceeds, products, rents, issues, profits, returns, Income, distributions, and other rights arising out of or relating to any of the foregoing (including insurance, indemnities, warranties, and claims for loss or damage).

Notwithstanding the foregoing, this financing statement does not cover any interest in (i) property to the extent such property is non-assignable or non-transferable under applicable law or (ii) any property to the extent the creation, attachment, or perfection of a security interest in such property is prohibited by applicable law.

All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time (the "Code").

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
MANATT, PHELPS & PHILLIPS, LLP (714)371-2517

B. E-MAIL CONTACT AT FILER (optional)
BKESTNER@MANATT.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

BROOKE KESTNER
695 TOWN CENTER DR
STE 1400
COSTA MESA, CA 92626

Delaware Department of State
U.C.C. Filing Section
Filed: 10:08 PM 02/10/2026
U.C.C. Initial Filing No: 2026 1125562

Service Request No: 20260530147

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OMNIS PLEASANTS, LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3710 COLLINS FERRY ROAD | MORGANTOWN | WV | 26505 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RG ENERGY LLC | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9051 MIRA MESA BLVD #261229 | SAN DIEGO | CA | 92126 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**See Exhibit A attached hereto and made a part hereof.**
**Collateral Description - please see attached**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
70713-030

**EXHIBIT A**

**DEBTOR:** **OMNIS PLEASANTS, LLC**

**SECURED PARTY:** **RG ENERGY LLC**

**COLLATERAL DESCRIPTION ATTACHMENT TO UCC FINANCING STATEMENT**

All assets of the Debtor, whether now owned or hereafter acquired, wherever located, and all proceeds and products thereof, including, without limitation:

All Accounts, Chattel Paper (tangible and electronic), Deposit Accounts, Documents, Equipment, Fixtures, General Intangibles (including Payment Intangibles and Software), Goods, Instruments, Inventory, Investment Property, Letter-of-Credit Rights, Commercial Tort Claims, Money, and Supporting Obligations;

All accessions, additions, attachments, replacements, substitutions, and upgrades to any of the foregoing;

All books and records (whether in tangible, electronic, or any other form) relating to any of the foregoing; and

To the extent not otherwise included, all Proceeds, products, rents, issues, profits, returns, Income, distributions, and other rights arising out of or relating to any of the foregoing (including insurance, indemnities, warranties, and claims for loss or damage).

Notwithstanding the foregoing, this financing statement does not cover any interest in (i) property to the extent such property is non-assignable or non-transferable under applicable law or (ii) any property to the extent the creation, attachment, or perfection of a security interest in such property is prohibited by applicable law.

All terms above have the meanings given to them in the California Uniform Commercial Code, as amended or supplemented from time to time (the "Code").