# EXHIBIT 11

E-FILED | 7/8/2026 9:42 AM
CC-37-2026-C-14
Pleasants County Circuit Clerk
Millie Farnsworth

**From:** "Manoukian, Kristine" <kmanoukian@mcdermottlaw.com>
**Subject: RE: Loan Pay off**
**Date:** April 20, 2026 at 12:21:35 AM EDT
**To:** "DeFeo, Morris F." <mdefeo@herrick.com>, Tom Michael <tmichael@manatt.com>
**Cc:** Charles Gassenheimer <cgassenheimer@omnisenergy.com>, Simon Hodson <skhodson99@gmail.com>, "Chang, Liliana" <lchang@herrick.com>, "Stabler, Eric A." <establer@herrick.com>

Morris,

We'll get you the payoff information. Thanks.

**Kristine Manoukian**
Partner

**T:** +1 212 756 2466 | **M:** +1 917 573 9509
kmanoukian@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
919 Third Avenue | New York, NY 10022

McDermott Will & Schulte

---

**From:** DeFeo, Morris F. <mdefeo@herrick.com>
**Sent:** Sunday, April 19, 2026 8:07 PM
**To:** Tom Michael <tmichael@manatt.com>; Manoukian, Kristine <kmanoukian@mcdermottlaw.com>
**Cc:** Charles Gassenheimer <cgassenheimer@omnisenergy.com>; Simon Hodson <skhodson99@gmail.com>; Chang, Liliana <lchang@herrick.com>; Stabler, Eric A. <establer@herrick.com>; DeFeo, Morris F. <mdefeo@herrick.com>
**Subject:** Loan Pay off
**Importance:** High

You don't often get email from mdefeo@herrick.com. Learn why this is important
**[ External Email ]**

Kristine and Tom:

Good evening.

Our client, OFT, intends to pay off its Obligations (as defined in the A&R Forbearance Agreement) to TRAG and RGE in full on Tuesday, April 21. Please confirm the amount of all principal, accrued and unpaid interest, fees, costs, expenses, and other amounts owing under the A&R Forbearance Agreement (including any amounts associated with the Letter of Credit, if applicable) required to pay off the Obligations to TRAG and RGE in accordance with the "Payment in Full" definition of the A&R Forbearance Agreement as of such date and the wiring instructions to ensure payment is received by TRAG and RGE.

Kind regards,
Morris

HERRICK

**Morris F. DeFeo Jr.**
**Partner/Co-Chair Corporate Department**
**Herrick, Feinstein LLP**
Two Park Avenue | New York, NY 10016
212.592.1463 Office
202.494.1133 Mobile
mdefeo@herrick.com

The information in this message may be privileged, intended only for the use of the named recipient. If you received this communication in error, please immediately notify us by return e-mail and delete the original and any copies.

*******************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
*******************************************************************************************************************

Please visit http://www.mcdermottlaw.com/ for more information about our Firm.