# EXHIBIT 16

E-FILED | 7/22/2026 2:56 PM
CC-37-2026-C-14
Pleasants County Circuit Clerk
Millie Farnsworth

**From:** Manoukian, Kristine <kmanoukian@mcdermottlaw.com>
**Sent:** Monday, July 20, 2026 2:22 PM
**To:** Charles Gassenheimer <cgassenheimer@omnisenergy.com>
**Cc:** Ajay K. Gupta <ajay@robbinsgupta.com>; Nicholas S Preservati <nicholas.s.preservati@wv.gov>; Simon Hodson <skhodson99@gmail.com>; Simon Hodson <simonkhodson@gmail.com>; Randall Smith <rsmith@omnisenergy.com>; Blake Stephens <bstephens@omnisenergy.com>; Nick Thomas <nick@jnicholsonlawgroup.com>; Robbins Tony <passiontr@mac.com>; joseph.d.brouse@wv.gov <joseph.d.brouse@wv.gov>; teresa.w.helmick@wv.gov <teresa.w.helmick@wv.gov>; taylor.s.cole@wv.gov <taylor.s.cole@wv.gov>; Gilbert Nathan <gil@jacksonsquareadvisors.com>; Shaughnessy, Brian F. <bshaughnessy@kramerlevin.com>; Woolverton, Alexander <awoolverton@kramerlevin.com>; David Hindman <dhindman@alixpartners.com>
**Subject:** [EXTERNAL] RE: URGENT: offering a call on restructuring

Charles,

You are wrong. TRAG or RGE have not been paid in full or otherwise on the loans. The loans remain in default.

As you are aware, the payment is not indefeasible as expressly required by the documents for a variety of reasons.

Moreover, no one has provided us the following, despite repeated requests-

- We need to see the underlying documentation concerning the transaction that caused Dynamic Finance Corporation to issue the check you referred to in order to ensure compliance with the Forbearance Agreement. Your representations are meaningless without that documentation. This includes whether the transaction is impermissible under the documents. We are not sure why this information is being hidden from us and must assume at this point that is being concealed because it is an improper transaction, and in violation of the Forbearance Agreement. If it is not, simply provide the information to demonstrate that. And as you are aware Gill has made it clear he has not approved this transaction because it is clearly a related party transaction involving Quantum Pleasants and its members or affiliates.

- The amount attempted to be paid is lower than the amount owed TRAG and RGE.

For these and other reasons, you are wrong and you should cease and desist from making unfounded and improper statements about this issue. Your actions are value destructive and have the potential to be massively so. And please be aware that if you continue, you will be liable for any damages that arise from such actions.

**Kristine Manoukian**
Partner

**T:** +1 212 756 2466 | **M:** +1 917 573 9509
kmanoukian@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
919 Third Avenue | New York, NY 10022

McDermott Will & Schulte