# EXHIBIT 21

West Virginia E-Filing Notice

CC-37-2026-C-14

Judge: Timothy L. Sweeney

**To:** Isaac Ralston Forman
iforman@hfdrlaw.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF PLEASANTS COUNTY, WEST VIRGINIA
Omnis Global Technologies, LLC v. TRAG LLC
CC-37-2026-C-14

The following order - case was FILED on 7/24/2026 10:40:17 AM

Notice Date: 7/24/2026 10:40:17 AM

Millie Farnsworth
CLERK OF THE CIRCUIT COURT
Pleasants County
301 Court Lane Room 201
ST MARYS, WV 26170

(304) 684-3513
Millie.Farnsworth@courtswv.gov

/s/ Timothy L. Sweeney
Circuit Court Judge
Ref. Code: 26OYNGTIX

E-FILED | 7/24/2026 10:40 AM
CC-37-2026-C-14
Pleasants County Circuit Clerk
Millie Farnsworth

**IN THE CIRCUIT COURT OF PLEASANTS COUNTY, WEST VIRGINIA**

**Omnis Fuel Technologies, LLC,**
**Omnis Global Technologies, LLC,**
**Quantum Pleasants, LLC,**
Plaintiffs,

**v.**

**Case No. CC-37-2026-C-14**
Judge Timothy L. Sweeney

**TRAG LLC,**
**RG Energy LLC,**
**Gilbert Nathan,**
Defendants.

**ORDER DENYING TEMPORARY RELIEF**

This matter came before the Court on Defendants' Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Hearing.

Whereupon, the Court having reviewed the Motion, the supporting exhibits, and the record currently before the Court, upon mature consideration finds that Defendants have made an insufficient showing that a Temporary Restraining Order or other preliminary injunctive relief are necessary to preserve the status quo until the Court can conduct further proceedings.

Thereupon, Defendants' requested relief is hereby **DENIED**.

The Circuit Clerk shall provide a certified copy of this Order to all parties and counsel of record pursuant to the CourtsPlus E-File System.

**ENTER** this 24th day of July, 2026.

Timothy L. Sweeney
Chief Judge of the 3rd Judicial
Circuit Court of West Virginia