# **EXHIBIT 22**

West Virginia E-Filing Notice

CC-37-2026-C-14

Judge: Timothy L. Sweeney

**To:** Isaac Ralston Forman
iforman@hfdrlaw.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF PLEASANTS COUNTY, WEST VIRGINIA
Omnis Global Technologies, LLC v. TRAG LLC
CC-37-2026-C-14

The following supporting documents was FILED on 8/12/2026 2:01:41 PM

Notice Date: 8/12/2026 2:01:41 PM

Millie Farnsworth
CLERK OF THE CIRCUIT COURT
Pleasants County
301 Court Lane Room 201
ST MARYS, WV 26170

(304) 684-3513
Millie.Farnsworth@courtswv.gov

E-FILED | 8/12/2026 2:01 PM
CC-37-2026-C-14
Pleasants County Circuit Clerk
Millie Farnsworth

**IN THE CIRCUIT COURT OF PLEASANTS COUNTY, WEST VIRGINIA**

**OMNIS GLOBAL TECHNOLOGIES, LLC,**
**OMNIS FUEL TECHNOLOGIES, LLC, and**
**QUANTUM PLEASANTS, LLC,**

**Plaintiffs/Counterclaim-Defendants,**

**v.**

**Civil Action No. CC-37-2026-C-14**
Judge Timothy L. Sweeney

**TRAG LLC, RG ENERGY LLC, and**
**GILBERT NATHAN,**

**Defendants/Counterclaim-Plaintiffs.**

---

**NOTICE OF SUGGESTION OF BANKRUPTCY**

**PLEASE TAKE NOTICE** that, on July 26, 2026, Omnis Pleasants, LLC d/b/a Pleasants Power Station (the "**Debtor**") filed a voluntary petition (the "**Chapter 11 Petition**") for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware. The Debtor's Chapter 11 case has been assigned Case No. 26-11169 (KBO) (Bankr. D. Del.). ***As of the date hereof, the Debtor's Chapter 11 case remains pending***.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petition, an injunction was placed into effect, which automatically stays, among other things, (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor, including the continuation of any proceeding against any defendant that may assert that the Debtor is vicariously liable, that was, or

could have been, commenced before the filing of the Chapter 11 Petition or (b) any act to obtain possession of, or exercise control over, property of the Debtor's estate.

**PLEASE TAKE FURTHER NOTICE** that the above-captioned proceedings constitute an act to obtain possession of or control over property of the Debtor's estate and/or seek a judicial determination or a recovery on account of any claims or causes of actions of the Debtor that are subject to Section 362 of the Bankruptcy Code and, accordingly, the above-captioned proceedings are stayed.

Dated: August 12, 2026

By Counsel

*/s/ Christopher M. Hunter*
CHRISTOPHER M. HUNTER, WVBN 9768
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
304-340-1000
*Counsel for Gilbert Nathan*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the ***Notice of Suggestion of Bankruptcy*** was served upon the following via the West Virginia E-Filing system on this the 12th day of August, 2026:

Isaac R. Forman (WV State Bar No. 11668)
Andrew J. Tessman (WV State Bar No. 13734)
Levi B. Pellegrin (WV State Bar No. 13669)
Hissam Forman Donovan Ritchie, PLLC
P.O. Box 3983
Charleston, WV 25339
*Counsel for Plaintiffs/Counterclaim-Defendants*

Stephen D. Annand (WV State Bar No. 150)
Jonathon C. Stanley (WV State Bar No. 13470)
Kent J. George (WV State Bar No. 4842)
ROBINSON & McELWEE PLLC
700 Virginia Street East, Suite 400
Charleston, West Virginia 25301
*Counsel for Defendants/Counterclaim-Plaintiff*

Dated: August 12, 2026

*/s/ Christopher M. Hunter*
CHRISTOPHER M. HUNTER, WVBN 9768