# EXHIBIT 23

Isaac Forman <iforman@hfdrlaw.com>

# OGT, LLC et al. v. TRAGL LLC et al. - Pleasants County Power Station

**Isaac Forman** <iforman@hfdrlaw.com> Wed, Aug 12, 2026 at 3:59 PM
To: "Hunter, Chris" <chunter@jacksonkelly.com>
Cc: "Steve D. Annand" <sda@ramlaw.com>, Kent George <kjg@ramlaw.com>, "dkoff@mcdermottlaw.com" <dkoff@mcdermottlaw.com>, "Lindsay M. Stollings" <lindsay.stollings@ramlaw.com>, Levi Pellegrin <lpellegrin@hfdrlaw.com>, "Jonathon C. Stanley" <jcs@ramlaw.com>

Chris,

Thanks for taking my call a few minutes ago. As I said, in light of your agreement yesterday to hold our Rule 26(f) conference on August 18, I was surprised to receive the attached notice today.

As I said, your notice appears to intentionally misstate the scope of section 362. Based on the notice, I understand that Mr. Nathan may now assert that Omnis Pleasants is vicariously liable for the claims asserted in the West Virginia action. Nevertheless, it is obviously false to claim that section 362 extends to any case in which vicarious liability may become an issue.

Your notice also purports to conclude that the West Virginia action seeks to obtain possession or control over property of the Debtor's estate, even though the Debtor is not a party to that action, which does not implicate property of the Debtor. Only the Bankruptcy Court can determine whether the West Virginia action implicates estate property, and no party has asked the Bankruptcy Court to extend the automatic stay to include the West Virginia proceedings.

I understand that despite our discussion, you will not withdraw the Notice, and my clients reserve all rights with respect to the matter.

Sincerely,
Isaac

Isaac R. Forman
*Lawyer*

Hissam Forman Donovan Ritchie PLLC
www.hfdrlaw.com
700 Virginia Street East, Suite 210
Charleston, WV 25301
c: 304-590-4975
t: 681-265-3802

On Tue, Aug 11, 2026 at 10:45 AM Hunter, Chris <chunter@jacksonkelly.com> wrote:

> That time works for me, Isaac.
>
> ---
>
> **From:** Isaac Forman <iforman@hfdrlaw.com>
> **Sent:** Tuesday, 11 August 2026 10:30:17
> **To:** Steve D. Annand <sda@ramlaw.com>; Hunter, Chris <chunter@jacksonkelly.com>
> **Cc:** Kent George <kjg@ramlaw.com>; dkoff@mcdermottlaw.com <dkoff@mcdermottlaw.com>; Lindsay M. Stollings <lindsay.stollings@ramlaw.com>; Levi Pellegrin <lpellegrin@hfdrlaw.com>; Jonathon C. Stanley <jcs@ramlaw.com>
> **Subject:** OGT, LLC et al. v. TRAGL LLC et al. - Pleasants County Power Station
>
> **WARNING: External email. Please verify sender before opening attachments or clicking on links.**

Good morning Chris -

We would like to schedule the parties' Rule 26(f) conference in this matter. Counsel for TRAG, LLC and RG Energy, LLC, copied here, has proposed August 18 at 1:00pm. Do you have availability then?

Also, in my discussions with Steve Annand, the question arose whether anyone in the bankruptcy proceedings would seek to extend the automatic stay to this matter. I am unaware of any party taking action to extend the automatic stay. If you hear otherwise, would you please let us know?

Sincerely,
Isaac

Isaac R. Forman
*Lawyer*

Hissam Forman Donovan Ritchie PLLC
www.hfdrlaw.com
700 Virginia Street East, Suite 210
Charleston, WV 25301
c: 304-590-4975
t: 681-265-3802

---

**26 08 12 Notice of Suggestion of Bankruptcy.pdf**
123K