**LOWENSTEIN SANDLER LLP**
Christopher A. Ward (No. 3877)
Shanti M. Katona (No. 5352)
Michael A. Kaplan (*pro hac vice* pending)
1000 N West Street, Suite 1200
Wilmington, DE 19801
- and -
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
Telephone: (973) 597-2500

*Counsel to Omnis Fuel Technologies, LLC d/b/a Omnis Energy and Quantum Pleasants, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Omnis Pleasants, LLC,[1] | Case No. 26-11169 (KBO) |
| Debtor. | |

**OMNIS FUEL TECHNOLOGIES, LLC AND QUANTUM PLEASANTS, LLC'S NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR PRODUCTION TO DEBTOR OMNIS PLEASANTS, LLC**

I, **Christopher A. Ward, Esq.**, of full age, do hereby certify as follows:

1. I am a Partner at Lowenstein Sandler LLP, counsel to Omnis Fuel Technologies, LLC d/b/a Omnis Energy and Quantum Pleasants, LLC.

2. On August 17, 2026, I caused a true and correct copy of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC First Set of Requests for Production to Debtor Omnis Pleasants, LLC ("Debtor") upon counsel for Debtor via first-class mail and electronic mail.

---

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2026

Christopher A. Ward, Esq.