**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Rule 2002-1(a)(i) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Court hereby schedules the following omnibus hearing dates:

**October 14, 2026 at 9:30 a.m. (ET) – 6th Floor, Courtroom No. 3**

**November 18, 2026 at 10:00 a.m. (ET) – 6th Floor, Courtroom No. 3**