**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC, [1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Jared Borriello, hereby certify that on August 21, 2026, I caused a copy of the documents listed below to be served upon each party at the address(es) provided by First-Class Mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**.

Dated: August 26, 2026

/s/ *Jared Borriello*
Jared Borriello
Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, NY 10036

[1] The last four digits of the Debtor's tax identification number is 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.