**Exhibit A**

| Party | Document Served | Service Address(es) |
|---|---|---|
| Omnis Global Technologies, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 128] | Principal Office<br>Omnis Global Technologies, LLC<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505<br><br>Registered Agent<br>Omnis Global Technologies, LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Hodson Investments, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 126] | Principal Office<br>Hodson Investments, LLC<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505<br><br>Registered Agent<br>Hodson Investments, LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Simon Hodson | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 129]<br><br>• Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 125] | Home Address<br>Simon Hodson<br>4475 Via Abrigada<br>Santa Barbara, CA 93110<br><br>Business Address<br>Simon Hodson<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505 |
| Charles Gassenheimer | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 122] | Business Addresses<br>Charles Gassenheimer<br>Flacks Group<br>Trump Tower<br>725 5th Ave,<br>New York, NY 10022<br><br>Charles Gassenheimer<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505 |
| Randall Smith | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 131] | Business Address<br>Randall Smith<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505 |
| Blake Stephens | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 114] | Business Address<br>Blake Stephens<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505 |

60446849.1

| Party | Document Served | Service Address(es) |
|---|---|---|
| Golchehreh Abtahian | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 112] | Business Address<br>Golchehreh Abtahian<br>152 West 57th Street, 52nd Floor,<br>New York, NY 10019.<br><br>Golchehreh Abtahian<br>Flacks Group<br>Trump Tower<br>725 5th Ave,<br>New York, NY 10022<br><br>Golchehreh Abtahian<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505 |
| Mathew Hart | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 124] | Business Address<br>Mathew Hart<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505 |
| StarSource, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 132] | Principal Office<br>StarSource, LLC<br>3710 Collins Ferry Rd<br>Morgantown, WV 26505<br><br>Registered Agent<br>StarSource, LLC<br>c/o CT Corporation Systems<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Angela Chen Sabella | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 116]<br><br>• Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 115] | Angela Chen Sabella<br>853 East Valley Blvd<br>Suite 200<br>San Gabriel, CA 91776 |
| Harmony Trust | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 123] | Principal Office<br>Harmony Trust<br>3993 Howard Hughes Parkway,<br>Suite 780,<br>Las Vegas, Nevada 89169<br><br>Registered Agent<br>Harmony Trust<br>853 East Valley Blvd<br>Suite 200<br>San Gabriel, CA 91776 |
| Dynamic Finance Corporation | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or | Principal Office<br>Dynamic Finance Corporation<br>10001 Westheimer Rd., Suite 2888<br>Houston, TX 77042<br><br>Registered Agent |

60446849.1

| Party | Document Served | Service Address(es) |
|---|---|---|
| | Adversary Proceeding) [D.I. 118] | Dynamic Finance Corporation<br>853 East Valley Blvd<br>Suite 200<br>San Gabriel, CA 91776 |
| Dynamic HC Co d/b/a Dynamic Holdings Corporation | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 119] | <u>Principal Office</u><br>Dynamic HC Co (d/b/a Dynamic Holdings Corporation)<br>853 East Valley Blvd<br>Suite 200<br>San Gabriel, CA 91776<br><br><u>Registered Agent</u><br>Dynamic HC Co (d/b/a Dynamic Holdings Corporation)<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Simply Noble Investments, Limited | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 130] | <u>Principal Office</u><br>Simply Noble Investments, Limited<br>853 East Valley Blvd<br>Suite 200<br>San Gabriel, CA 91776<br><br><u>Registered Agent</u><br>Simply Noble Investments, Limited<br>853 East Valley Blvd<br>Suite 200<br>San Gabriel, CA 91776 |
| Flacks Group | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 121] | <u>Principal Office</u><br>Flacks Group LLC<br>Trump Tower<br>725 5th Ave,<br>New York, NY 10022<br><br><u>Registered Agent</u><br>Flacks Group LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Industrial Accessories Company | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 127] | <u>Principal Office</u><br>Industrial Accessories Company<br>5200 Metcalf Ave., Suite 100<br>Overland Park, KS 66202 |
| Cort Stephens<br>IAC CFO | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 117] | Cort Stephens<br>5200 Metcalf Ave., Suite 100<br>Overland Park, KS 66202 |
| Element H Data, LLC | • Subpoena to Produce Documents, Information, | <u>Principal Office</u><br>Element H Data, LLC |

60446849.1

| Party | Document Served | Service Address(es) |
|---|---|---|
| | or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 120] | 3710 Collins Ferry Rd<br>Morgantown, WV 26505<br><br>Registered Agent<br>Element H Data, LLC<br>c/o Incorporating Service, LTD.<br>3500 S. Dupont Hwy.<br>Dover, DE 19901 |
| Kuro Infrastructure Delaware, Inc., (as successor by merger with Bilt Technology, LLC) | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 113] | Registered Agent<br>Kuro Infrastructure Delaware, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**Exhibit B**

| Party | Document Served | Email Address |
|---|---|---|
| Omnis Global Technologies, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 128] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Hodson Investments, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 126] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Simon Hodson | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 129]<br>• Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 125] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Charles Gassenheimer | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 122] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Randall Smith | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 131] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Blake Stephens | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 114] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Golchehreh Abtahian | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 112] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Mathew Hart | • Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 124] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |

60446849.1

| Party | Document Served | Email Address |
|---|---|---|
| | | |
| StarSource, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 132] | Lowenstein Sandler LLP<br>MKaplan@lowenstein.com<br>CWard@lowenstein.com<br>SKatona@lowenstein.com<br>RRyan@lowenstein.com |
| Angela Chen Sabella | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 116]<br><br>• Subpoena to Testify at Deposition in a Bankruptcy Case [D.I. 115] | David Orenstein<br>david@orenste.in<br><br>Gregson Perry<br>gperrylaw@prodigy.net |
| Harmony Trust | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 123] | David Orenstein<br>david@orenste.in<br><br>Gregson Perry<br>gperrylaw@prodigy.net |
| Dynamic Finance Corporation | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 118] | David Orenstein<br>david@orenste.in<br><br>Gregson Perry<br>gperrylaw@prodigy.net |
| Dynamic HC Co d/b/a Dynamic Holdings Corporation | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 119] | David Orenstein<br>david@orenste.in<br><br>Gregson Perry<br>gperrylaw@prodigy.net |
| Simply Noble Investments, Limited | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 130] | David Orenstein<br>david@orenste.in<br><br>Gregson Perry<br>gperrylaw@prodigy.net |
| Flacks Group | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 121] | James Gassenheimer<br>Jgassenheimer@flackgroup.com<br><br>Charles Gassenheimer<br>Cgassenheimer@flacksgroup.com<br><br>Michael Flacks<br>mflacks@flacksgroup.com |

60446849.1

| Party | Document Served | Email Address |
|---|---|---|
| Industrial Accessories Company | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 127] | Bryan Cave Leighton Paisner LLP<br>Jarret Hitchings<br>jarret.hitchings@bclplaw.com |
| Cort Stephens<br>IAC CFO | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 117] | Bryan Cave Leighton Paisner LLP<br>Jarret Hitchings<br>jarret.hitchings@bclplaw.com |
| Element H Data, LLC | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 120] | Pillsbury Winthrop Shaw Pittman LLP<br>Andrew Alfano<br>andrew.alfano@pillsburylaw.com<br><br>Andrew Troop<br>andrew.troop@pillsburylaw.com |
| Kuro Infrastructure Delaware, Inc., (as successor by merger with Bilt Technology, LLC) | • Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) [D.I. 113] | Buchalter LLP<br>Jeffrey K. Garfinkle<br>jgarfinkle@buchalter.com |