**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Ref. Docket Nos. 17 & 50** |

**NOTICE OF FILING OF PROPOSED FINAL ORDER (I) AUTHORIZING POSTPETITION USE OF PREPETITION COLLATERAL, INCLUDING CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on July 28, 2026, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 17] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on July 29, 2026, the Court entered an order granting the relief requested in the Motion on an interim basis [Docket No. 50] (the "**Interim Order**"). A hearing to consider the relief requested in the Motion on a final basis is set for **September 3, 2026 at 11:30 a.m. (ET)** (the "**Hearing**").[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed form of order approving the Motion on a final basis (the "**Proposed Final Order**"). For convenience of the Court and parties in interest, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtor intends to present the Proposed Final Order to the Court for approval at the Hearing. The Debtor reserves all rights to modify the Proposed Final Order at or prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Pursuant to the Interim Order, the Court set the Hearing for 1:00 p.m. (ET) on September 3, 2026. At the Debtor's request, the Court rescheduled the Hearing to 11:30 a.m. (ET) on September 3, 2026.

Date: August 26, 2026

*/s/ S. Alexander Faris*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*– and –*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Melissa Mertz*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
andrew.pollack@hsfkramer.com
melissa.mertz@hsfkramer.com

**Admitted Pro Hac Vice*

*Proposed Co-Counsel to the Debtor and Debtor in Possession*