**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Hearing Date**: September 3, 2026 at 1:00 p.m. (ET) |
| | ) | **Objection Deadline**: August 27, 2026 at 4:00 p.m. (ET) |

**RESERVATION OF RIGHTS OF PLEASANTS, LLC REGARDING THE BIDDING PROCEDURES MOTION**

Pleasants, LLC ("Pleasants"), by and through its undersigned counsel, hereby files this Reservation of Rights (the "Reservation of Rights") in response to the *Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief* (the "Bidding Procedures Motion") [Docket No. 86].[2] In support of this Reservation of Rights, Pleasants respectfully states as follows:

**BACKGROUND**

1. Pleasants is the former owner of the Pleasants Power Plant (the "Plant"), which Pleasants sold to the Debtor pursuant to a Membership Interest and Asset Purchase Agreement (the "MIAPA"). The sale of the Plant to the Debtor closed on August 1, 2023. Importantly, the

---

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Capitalized terms used but not otherwise defined in this Reservation of Rights shall have the meanings given to them in the Bidding Procedures Motion.

MIAPA provided that Pleasants retained ownership of certain emissions allowances (the "Emissions Allowances")[3] associated with the Plant and specifically provided that, to the extent such allowances related to the period prior to closing, they were not transferred to the Debtor, irrespective of when those Emissions Allowances were actually earned or delivered. The MIAPA further required the Debtor to promptly transfer any such Emissions Allowances it received to Pleasants.

2. Following the closing, Pleasants repeatedly sought turnover of the Emissions Allowances from the Debtor. The Debtor in turn repeatedly refused to turn over the Emissions Allowances resulting in Pleasants filing a demand for arbitration on November 25, 2024, in accordance with the MIAPA.[4]

3. On August 21, 2025, the arbitrator issued an award (the "Arbitration Award") finding that Pleasants was entitled to the Emissions Allowances and ordering the Debtor to transfer specified Emissions Allowances to Pleasants "as they are deposited into the Power Plant's accounts" by the U.S. Environmental Protection Agency. *Pleasants LLC v. Quantum Pleasants, LLC,* AAA Case No. 01-24-0008-8768 at 33 (Aug. 21, 2025) (Newell, Arb.).[5] Accordingly, the Debtor was, and continues to be, required to transfer the Emissions Allowances to Pleasants.

4. On December 26, 2025, Pleasants filed a Verified Petition to Confirm Arbitration Award and for Specific Performance in the Delaware Court of Chancery, C.A. No. 2025-1472-

---

[3] Emissions allowances are freely tradeable and transferable permits from the Environmental Protection Agency's "cap and trade" program that allow holders to emit a set amount of pollutants within a specific time period. Allowances are calculated based on historical emissions from power plants for a certain prescribed time period. Emissions allowances can be freely transferred among entities with EPA allowance accounts and are actively bought and sold on a robust secondary market.

[4] *See* Demand for Arbitration, *Pleasants LLC v. Quantum Pleasants, LLC,* AAA Case No. 01-24-0008-8768 (Nov. 25, 2024) (Newell, Arb.).

[5] A subsequent final arbitration award also awarded Pleasants attorneys' fees and costs and arbitration fees and costs. *See* Final Award, *Pleasants LLC v. Quantum Pleasants, LLC*, AAA Case No. 01-24-0008-8768 (Dec. 12, 2025) (Newell, Arb.).

CDW (the "Confirmation Proceeding") [D.I. 7]. The Debtor filed an Answer and Counterpetition to Vacate the Award on January 28, 2026 [D.I. 23].

5. As of the Petition Date, the Confirmation Proceeding remained pending and is currently stayed as a result of the Chapter 11 Case.

**RESERVATION OF RIGHTS**

6. The Arbitration Award confirms Pleasants' entitlement to the Emissions Allowances themselves and orders their transfer to Pleasants, and Pleasants will not consent to, and reserves all rights in connection with, any potential sale, transfer, or other disposition that would purport to extinguish or otherwise impair those interests. The Bidding Procedures Motion contemplates an all-assets sale and is silent on whether that all-assets sale includes an attempt by the Debtor to sell or otherwise transfer the Emissions Allowances to a third party in contravention of the Arbitration Award. *See* Bidding Procedures Motion ¶ 1. Pleasants therefore reserves any and all of its rights with respect to the sale of the Plant, including, without limitation, all rights to object to or challenge any effort to obtain an order of this Court approving the (i) transfer, sale or assignment of the Emissions Allowances or any purported interest therein; and (ii) transfer, sale or assignment of the Emissions Allowances free and clear of Pleasants' interests.

7. Pleasants further expressly reserves its right to take any additional actions that may be required to preserve its rights to, and interests in, the Emissions Allowances, including, without limitation, the right to (a) seek relief from the automatic stay; (b) initiate a proceeding to determine ownership of the Emissions Allowances; (c) seek adequate protection of its interests; (d) object to any proposed sale, transfer, use, monetization, or other disposition of its Emissions Allowances, whether in connection with the Bidding Procedures Motion, a plan of reorganization, or otherwise; and (e) seek any other relief to which Pleasants may be entitled.

Dated: August 27, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Nicholas A. Franchi*

Daniel J. DeFranceschi (No. 2732)
Nicholas A. Franchi (No. 7401)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
franchi@rlf.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (*pro hac vice* pending)
Kate Doorley (*pro hac vice* pending)
Sophia Bavaro (*pro hac vice* pending)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006-1037
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com
kdoorley@akingump.com
sbavaro@akingump.com

*Counsel for Pleasants, LLC*