**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that, pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 2002-1(d) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the undersigned counsel enter their appearance as counsel for Pleasants, LLC and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:


Scott Alberino
Kate Doorley
Sophia Bavaro
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K. Street N.W.
Washington, D.C., 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com
kdoorley@akingump.com
sbavaro@akingump.com

Daniel J. DeFranceschi (No. 2732)
Nicholas A. Franchi (No. 7401)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
franchi@rlf.com


[1] The last four digits of the Debtors' federal tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules or the Local Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile or otherwise filed or made with regard to the referenced case and proceedings herein..

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to be a waiver of any substantive or procedural rights of Pleasants, LLC, including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"); (ii) the right to trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Pleasants, LLC is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Pleasants, LLC expressly states otherwise, Pleasants, LLC does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: August 27, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Nicholas A. Franchi*
Daniel J. DeFranceschi (No. 2732)
Nicholas A. Franchi (No. 7401)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
franchi@rlf.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (*pro hac vice* pending)
Kate Doorley (*pro hac vice* pending)
Sophia Bavaro (*pro hac vice* pending)
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006-1037
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: salberino@akingump.com
kdoorley@akingump.com
sbavaro@akingump.com

*Counsel for Pleasants, LLC*