**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| OMNIS PLEASANTS, LLC, | Case No. 26-11169 (KBO) |
| Debtor.[1] | Re: D.I. 83<br>**Hearing Date: Sept. 3, 2026, at 1:00 p.m.**<br>**Obj. Deadline: Aug. 27, 2026, at 4:00 p.m.** |

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, I caused to be served a copy of the *Objection of the United States Trustee to Debtor's Application To Employ Herbert Smith Freehills Kramer (US) LLP* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following in the manner listed:

**OMNIS PLEASANTS, LLC**
One Power Station Boulevard
Belmont, West Virginia 26134
(via first-class mail)

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com
(via e-mail)

[1] The last four digits of the Debtor's tax identification number is 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.

**HERBERT SMITH FREEHILLS**
**KRAMER (US) LLP**
Alexander Woolverton
Kyle J. Ortiz
Brian F. Shaughnessy
Andrew Pollack
Jared C. Borriello
1177 Avenue of the Americas
New York, New York 10036
E-mail:
alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
andrew.pollack@hsfkramer.com
jared.borriello@hsfkramer.com
(via e-mail)

Dated: August 27, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: *<u>/s/ Benjamin Hackman</u>*
Benjamin A. Hackman (DE #7702)
Trial Attorney
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov