**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| OMNIS PLEASANTS, LLC,[1] | : | Case No. 26-11169 (KBO) |
| Debtor. | : | Re: D.I. 175 |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST**

On August 27, 2026, the U.S. Trustee filed the *Objection of the United States Trustee to Debtor's Application To Employ Herbert Smith Freehills Kramer (US) LLP* [D.I. 175] (the "Objection") in the above-captioned case. In connection with the September 3, 2026 hearing on the Objection, the U.S. Trustee does not intend to call any witnesses. However, the U.S. Trustee intends to cross-examine, or reserves the right to cross-examine: (i) Alexander Woolverton regarding the *Declaration of Alexander Woolverton in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date* [D.I. 83 Ex. B] and any other testimony he may offer; (ii) David Hindman regarding the *Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC, d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions* [D.I. 10] and any other testimony he may offer; and (iii) any other witnesses parties may call at the hearing.

---

[1] The last four digits of the Debtor's tax identification number is 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.

In connection with the September 3, 2026 hearing on the Objection, the U.S. Trustee intends to introduce the following items into evidence:

| Item | D.I. number | Exhibit number |
|---|---|---|
| Chapter 11 petition of Omnis Pleasants, LLC, 26-11169 (KBO), filed July 26, 2026 | 1 | UST-1 |
| *Declaration of David Hindman, As Chief Executive Officer of Omnis Pleasants, LLC, d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions*, filed July 27, 2026 | 10 | UST-2 |
| *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief*, filed July 28, 2026 | 17 | UST-3 |
| *Sign-In Sheet*, filed July 29, 2026 | 45 | UST-4 |
| *Interim Order (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief*, entered July 29, 2026 | 50 | UST-5 |
| *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date*, filed August 27, 2026 | 83 | UST-6 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 112 | UST-7 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 113 | UST-8 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 114 | UST-9 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 115 | UST-10 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 116 | UST-11 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 117 | UST-12 |

| | | |
|---|---|---|
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 118 | UST-13 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 119 | UST-14 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 120 | UST-15 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 121 | UST-16 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 122 | UST-17 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 123 | UST-18 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 124 | UST-19 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 125 | UST-20 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 126 | UST-21 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 127 | UST-22 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 128 | UST-23 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 129 | UST-24 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 130 | UST-25 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 131 | UST-26 |
| *Notice of Intent To Serve Subpoena*, filed August 20, 2026 | 132 | UST-27 |
| *Debtor's Motion for Entry of an Order (I) Extending the Time for the Debtor To File Its Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief*, filed August 20, 2026 | 133 | UST-28 |
| *Order (I) Extending the Time for the Debtor To File Its Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief*, entered August 31, 2026 | 194 | UST-29 |
| E-mail thread containing conflict waiver by TRAG/RGE | N/A | UST-30 |

The U.S. Trustee reserves the right to amend this witness/exhibit list before the hearing on the Objection.

Dated: September 1, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: *<u>/s/ Benjamin Hackman</u>*
Benjamin A. Hackman (DE #7702)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov