**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Omnis Pleasants, LLC,[1] | Case No. 26-11169 (KBO) |
| Debtor. | **Re: Docket Nos. 83 and 86** |

# WITNESS AND EXHIBIT LIST OF OMNIS FUEL TECHNOLOGIES, LLC AND QUANTUM PLEASANTS, LLC FOR HEARING SET FOR SEPTEMBER 3, 2026 AT 11:30 A.M. (ET)

Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC (together, the "**QP Parties**"), by and through their undersigned counsel, hereby submit their witness and exhibit list for the hearing currently scheduled to begin on **September 3, 2026, at 11:30 a.m. (ET)** before the Honorable Chief Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "**Hearing**") regarding: (i) *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 83] (the "**HSF Kramer Retention Application**") and (ii) *Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of*

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

*Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief* [Docket No. 86] (the "**Bid Procedure Motion**").

**<u>WITNESSES</u>**

The QP Parties reserve the right to call, question, and/or cross-examine the following witnesses:

1. David Hindman;
2. Alexander Woolverton; and
3. Any witnesses included on any other parties' witness list and/or called by any other party, and any witness necessary to lay foundation or for rebuttal.

**<u>EXHIBITS</u>**

The QP Parties designate the following exhibits that may be used at the Hearing:[2]

| Exhibit No. | Document Description | HSFK Retention Application | Bid Procedures Motion |
|---|---|---|---|
| A | UCC Financing Statement No. 2025 6565110, recorded with the Delaware Department of State by TRAG LLC against QUANTUM PLEASANTS, LLC on September 5, 2025 | X | |
| B | UCC Financing Statement No. 2026 0297198, recorded with the Delaware Department of State by TRAG LLC against QUANTUM PLEASANTS, LLC on January 13, 2026 | X | |
| C | First Amended and Restated Limited Liability Company Operating Agreement of Quantum Pleasants, LLC, dated July 14, 2023 | X | X |
| D | Amendment to the First Amended and Restated Limited Liability Company Operating Agreement of Quantum Pleasants, LLC, dated February 12, 2026 | X | X |
| E | Written Consent of (i) The Board of Directors of Quantum Pleasants, LLC, (ii) Omnis Fuel Technologies, LLC, (iii) TRAG LLC and (iv) RG Energy LLC, dated as of February 12, 2026 | X | X |
| F | Amended and Restated Limited Liability Company Operating Agreement of Omnis Pleasants, LLC, dated August 1, 2023 | X | X |

[2] For the convenience of the Court and other parties in interest, the QP Parties have identified, based on the information currently available to them, whether they intend to use each exhibit in connection with the HSFK Retention Application, Bid Procedures Motion, or both. Notwithstanding, the QP Parties reserve their right to use any identified exhibit for any purpose at the Hearing.

| | | | |
|---|---|---|---|
| G | Amendment to the Amended and Restated Limited Liability Company Operating Agreement of Omnis Pleasants, LLC, dated February 12, 2026 | X | X |
| H | Amended and Restated Forbearance Agreement, dated February 6, 2026 | X | X |
| I | *Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC, d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions* [Docket No. 10] | X | X |
| J | HSF Kramer Retention Application [Docket No. 83, and as may be amended or revised through subsequent filings or declarations] | X | X |
| K | Bid Procedures Motion [Docket No. 86, and as may be amended or revised through subsequent filings or declarations] | | X |

The QP Parties reserve the right to use any exhibit listed by any other party, any document produced by the Debtor and/or necessary for rebuttal, and/or any pleading or document filed with the Court. The QP Parties also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing, to use additional exhibits for purposes of rebuttal and/or impeachment at or after the Hearing, and/or to call any and all rebuttal witnesses as necessary or appropriate.

Dated: September 1, 2026
Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**

Christopher A. Ward (No. 3877)
Shanti M. Katona (No. 5352)
1000 N West Street, Suite 1200
Wilmington, DE 19801
Telephone: (973) 597-2500
cward@lowenstein.com
skatona@lowenstein.com

*Counsel to Omnis Fuel Technologies, LLC and Quantum Pleasants LLC*