# **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Ref. Docket No. ___** |

**ORDER, PURSUANT TO LOCAL RULE 9006-1(d), GRANTING DEBTOR LEAVE AND PERMISSION TO FILE OMNIBUS REPLY OF THE DEBTOR IN SUPPORT OF ITS (I) BIDDING PROCEDURES MOTION AND (II) RETENTION APPLICATIONS**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtor and debtor in possession (the "**Debtor**") for the entry of this order (this "**Order**") granting the Debtor leave and permission to file the Reply in support of the Underlying Pleadings; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and good and sufficient cause appearing therefor,

---

1 The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor is granted leave and permission, pursuant to Local Rule 9006-1(d), to file the Reply, and the Reply is deemed timely filed and a matter of record in the Chapter 11 Case.

3. This Court shall retain jurisdiction over all matters arising from or pertaining to the interpretation or implementation of this Order.