**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF**
**DAVID R. HINDMAN OF AP SERVICES, LLC**

Pursuant to 28 U.S.C. § 1746, I, David R. Hindman, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("**AlixPartners**"),[2] which has a place of business at 845 Texas Avenue, Suite 3920, Houston, Texas 77002.

2. I am duly authorized to execute this declaration as an Authorized Representative of AP Services, LLC ("**APS**"), an affiliate of AlixPartners LLP.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

4. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated August 13, 2026 [Docket No. 81-2] (the "**Original Declaration**").

5. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings, APS, and each of their respective subsidiaries. APS wishes to disclose the following:

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response,

[1] The last four digits of Omnis Pleasants, LLC's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

- CDPQ – no investments in the Investor Search Parties.
- IVC – no investments in the Investor Search Parties.
- PSP – no investments in the Investor Search Parties.

- Endurance Worldwide Insurance Ltd. and Sompo International Holdings Ltd., insurance providers, agents, and financiers to the Debtor, and affiliated entities, are former employers of a current AP employee.

- Omnis Pleasants, LLC, the Debtor in this Chapter 11 Case, is a former AP client in a matter related to this Chapter 11 Case in connection with our advisory work performed prior to my role as Chief Executive Officer. The Original Declaration inadvertently used the word "unrelated."

6. APS does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement APS's disclosures in the event that APS discovers any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, APS will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: September 1, 2026
Houston, TX

AP Services, LLC

***/s/ David R. Hindman***__________
David R. Hindman
Authorized Representative