**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Omnis Pleasants, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11169 (KBO) |

**INDUSTRIAL ACCESSORIES COMPANY'S NOTICE OF PERFECTION, CONTINUATION, AND MAINTENANCE OF LIEN PURSUANT TO 11 U.S.C. § 546(b)**

Industrial Accessories Company ("IAC") hereby files this *Notice of Perfection, Continuation, and Maintenance of Lien Pursuant to 11 U.S.C. § 546(b)* (the "Notice"). In support thereof, IAC respectfully states as follows:

1. Before Debtor Omnis Pleasants, LLC (the "Debtor") commenced the above-captioned bankruptcy proceeding, IAC and the Debtor executed IAC Contract No. E23173 (the "Contract") on or about October 20, 2023.

2. Pursuant to the terms of the Contract, IAC provided engineering, procurement and construction services to design, build, install and commission equipment and control systems for the Debtor's pilot hydrogen/graphite process (the "Project") at the 1,300-megawatt coal-fired power plant and related facilities on approximately 190 acres located at 1 Power Station Boulevard, Belmont, Pleasants County, West Virginia (the "Plant").

3. During the course of the Project, the Debtor failed to pay IAC's outstanding invoices,[2] which led IAC to record a Notice of Materialman's Lien in the amount of $4,425,575.06

[1] The last four digits of the Debtor's federal tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's address is One Power Station Boulevard, West Virginia 26134.
[2] To the extent that the Debtor has characterized the IAC invoices as "suspicious," or otherwise suggests that IAC's work or accounting mechanism with respect to the project were improper, IAC disputes such characterization and expressly reserves all rights.

on March 27, 2026, with the Office of the Pleasants County Clerk at Instrument No. 653203, in Book 6 at Page 398 (the "Lien Notice").[3]

4. By virtue of the Lien Notice and W. Va. Code §§ 38-2-1 and 38-2-17, IAC holds a perfected lien on the Plant (the "Lien"), which relates back to the date IAC's work under the Contract began.

5. Pursuant to W. Va. Code § 38-2-34(a), IAC must commence an action to foreclose its Lien within six months of its recording of the Lien Notice, otherwise its lien may be discharged. However, as a result of the Debtor commencing this bankruptcy proceeding and the imposition of the automatic stay, IAC cannot commence a foreclosure action without obtaining appropriate relief from this Court.

6. Accordingly, IAC hereby gives notice that, to the extent it does not under applicable law already possess a perfected Lien on the Plant, or that a foreclosure action is required to maintain perfection of its Lien, IAC hereby perfects, continues, and maintains its Lien pursuant to Section 546(b) of the Bankruptcy Code.

7. IAC gives further notice that in the event that the automatic stay is lifted or otherwise terminated, IAC intends to enforce its Lien rights, including commencing a foreclosure action under applicable state law and within the timeframe provided under Section 108(c) of the Bankruptcy Code and W. Va. Code § 55-2-22, as applicable.

[*Remainder of page intentionally left blank.*]

[3] Copies of the Contract and Lien Notice are attached to IAC's Proof of Claim filed at Claim No. 3.

8. IAC reserves the right to supplement and/or amend this Notice. IAC further reserves all rights with respect to the Lien under applicable law, including, but not limited to seeking relief from the automatic stay and commencing a foreclosure action as prescribed and in compliance with applicable non-bankruptcy law.

Dated: September 2, 2026

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone: (704) 749-8999
Facsimile: (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel to Industrial Accessories Company*

**CERTIFICATE OF SERVICE**

This is to certify that on the 2nd day of September 2026, I caused the foregoing *Notice of Perfection, Continuation, and Maintenance of Lien Pursuant to 11 U.S.C. § 546(b)* to be electronically filed using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

Dated: September 2, 2026

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone: (704) 749-8999
Facsimile: (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel to Industrial Accessories Company*