**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC, [1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR SEPTEMBER 3, 2026 AT 11:30 A.M. (ET)**

The debtor and debtor in possession in the above-captioned case (the "**Debtor**") respectfully files this witness and exhibit list (the "**Witness and Exhibit List**") identifying the individuals that the Debtor may call as witnesses and the exhibits the Debtor may introduce into evidence at the hearing to be held on September 3, 2026 at 11:30 a.m. (ET) (the "**Hearing**") before the Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

The Debtor reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any of the witnesses on the list below, to call any witness on any other party's witness list (regardless of whether the party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate). The Debtor further reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

the Hearing. Designation of any exhibit below does not waive any objections the Debtor may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

**WITNESSES**

The Debtor intends to present the testimony of the following witnesses at the Hearing, each of whom will be present in the courtroom:[2]

A. Alexander Woolverton, a Partner with Herbert Smith Freehills Karmer (US) LLP. The Debtor intends to rely on the following declarations submitted by Mr. Woolverton for direct testimony, but reserves the right to supplement such declarations through direct live testimony of Mr. Woolverton at the Hearing:

i. *Declaration of Alexander Woolverton In Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP As Attorneys For the Debtor and Debtor in Possession Effective as of The Petition Date* [Docket No. 83, Ex. B].

ii. *Supplemental Declaration of Alexander Woolverton In Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP As Attorneys For the Debtor and Debtor in Possession Effective as of The Petition Date* [Docket No. 211, Ex. D].

B. David Hindman, Chief Executive Officer of the Debtor. The Debtor intends to rely on the following declarations submitted by Mr. Hindman for direct testimony, but reserves the right to supplement such declarations through direct live testimony of Mr. Hindman at the Hearing:

i. *Declaration of David Hindman, Chief Executive Officer, in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 83, Ex. C].

---

[2] To the extent necessary, the Debtor will introduce into evidence at the Hearing the declarations of David Hindman (AP Services, LLC Appl.) [Docket No. 81, Ex. C], Andrew L. Magaziner (Young Conaway Stargatt & Taylor, LLP Appl.) [Docket No. 82, Ex. B], David Hindman (Young Conaway Stargatt & Taylor, LLP Appl.) [Docket No. 82, Ex. C], Frederick Vescio (Houlihan Lokey Capital, Inc. Appl.) [Docket No. 84, Ex. B], Kenneth W. Irvin (Sidley Austin LLP Appl.) [Docket No. 85, Ex. B], and David Hindman (Sidley Austin LLP Appl.) [Docket No. 85, Ex. C] in connection with the applicable retention applications that such declarations were filed in support of. Quantum Pleasants, LLC and Omnis Fuel Technologies, LLC have confirmed that they do not intend to cross-examine these declarants in connection with those applications, and therefore the Debtor has not identified such declarants as witnesses on this Witness and Exhibit List for such matters.

ii. *Supplemental Declaration of David Hindman in Support of Herbert Freehills Kramer (US) LLP Retention Application* [Docket No. 211, Ex. E].

C. Daniel P. Tobin, a Managing Director of Houlihan Lokey Capital, Inc. The Debtor intends to rely on the following declaration submitted by Mr. Tobin for direct testimony, but reserves the right to supplement such declaration through direct live testimony of Mr. Tobin at the Hearing:

i. *Declaration of Daniel P. Tobin In Support of The Bidding Procedures Motion* [Docket No. 211, Ex. A].

**EXHIBITS**

| Ex. No. | Description | Dkt. No. | Retention Applications | Bid Procedures Motion |
|---|---|---|---|---|
| 1 | *Chapter 11 Petition of Omnis Pleasants, LLC*, 26-11169 (KBO), filed July 26, 2026 | 1 | X | X |
| 2 | *Declaration of David Hindman, As Chief Executive Officer of Omnis Pleasants, LLC, d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions*, filed July 27, 2026 | 10 | X | X |
| 3 | *Declaration of David Hindman in Support of the Debtor's Application for Entry of An Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP As Co-Counsel for the Debtor, Effective as of the Petition Date*, filed August 13, 2026 | 82, Ex. C | X | |
| 4 | *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Debtor, Effective as of the Petition Date*, filed August 13, 2026 | 82 | X | |
| 5 | *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date*, filed August 13, 2026 | 83 | X | |

| Ex. No. | Description | Dkt. No. | Retention Applications | Bid Procedures Motion |
|---|---|---|---|---|
| 6 | Engagement Letter of Herbert Smith Freehills Kramer (US) LLP, filed August 13, 2026 | 83, Ex. A-1 | X | |
| 7 | *Declaration of Alexander Woolverton In Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP As Attorneys For the Debtor and Debtor in Possession Effective as of The Petition Date*, filed August 13, 2026 | 83, Ex. B | X | |
| 8 | *Declaration of David Hindman, Chief Executive Officer, in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date*, filed August 13, 2026 | 83, Ex. C | X | |
| 9 | *Debtor's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014, and Local Rules 2014-1 and 2016-2, Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor, Effective as of August 3, 2026*, filed August 13, 2026 | 84 | X | X |
| 10 | *Debtor's Motion or Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases*, filed August 13, 2026 | 86 | | X |

| Ex. No. | Description | Dkt. No. | Retention Applications | Bid Procedures Motion |
|---|---|---|---|---|
| 11 | Original Proposed Bidding Procedures Order, filed August 13, 2026 | 86, Ex. A | | X |
| 12 | Original Proposed Bidding Procedures, filed August 13, 2026 | 86, A-1 | | X |
| 13 | *Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications*, filed September 1, 2026 | 211 | X | X |
| 14 | *Declaration of Daniel P. Tobin In Support of The Bidding Procedures Motion*, filed September 1, 2026 | 211, Ex. A | | X |
| 15 | Revised Proposed *Order (I) Approving Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief*, filed September 1, 2026 | 211, Ex. B | | X |
| 16 | Revised Proposed Bidding Procedures, filed September 1, 2026 | 211, Ex. B-1 | | X |
| 17 | Revised Proposed *Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date*, filed September 1, 2026 | 211, Ex. C | X | |
| 18 | *Supplemental Declaration of Alexander Woolverton In Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP As Attorneys For the Debtor and Debtor in Possession Effective as of The Petition Date*, filed September 1, 2026 | 211, Ex. D | X | |

| Ex. No. | Description | Dkt. No. | Retention Applications | Bid Procedures Motion |
|---|---|---|---|---|
| 19 | Email Correspondence Re: Termination of HSF Kramer Engagement and Conflicts Waiver, filed September 1, 2026 | 211, Ex. D-1 | X | |
| 20 | *Supplemental Declaration of David Hindman in Support of Herbert Freehills Kramer (US) LLP Retention Application*, filed September 1, 2026 | 211, Ex. E | X | |

The Debtor reserves the right to use any exhibits included on the exhibit list of any other party and any document in the evidentiary record, including those filed on the docket in the above-captioned matter.

[*Remainder of Page Intentionally Left Blank*]

Date: September 2, 2026

Respectfully submitted,

*/s/ James C. Diver*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*– and –*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Jennifer Sharret*
Andrew Pollack*
Melissa Mertz*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
jennifer.sharret@hsfkramer.com
andrew.pollack@hsfkramer.com
melissa.mertz@hsfkramer.com

**Admitted Pro Hac Vice*

*Proposed Co-Counsel to the Debtor and Debtor in Possession*