**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Omnis Pleasants, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11169 (KBO)<br><br>**Related D.I.: 213 & 214** |

**ORDER GRANTING MOTION OF THE PREPETITION SECURED PARTIES FOR LEAVE TO FILE REPLY OF THE PREPETITION SECURED PARTIES TO OBJECTIONS TO THE DEBTOR'S BIDDING PROCEDURES MOTION AND RESERVATION OF RIGHTS WITH RESPECT TO CASH COLLATERAL**

Upon the motion (the "Motion")[1] of TRAG LLC and RG Energy LLC (together, the "Prepetition Secured Parties") for entry of an order (this "Order"), granting the Prepetition Secured Parties leave to file the Reply in response to the Objections; and the Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and this Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion; and this Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth in this Order.

[1] Capitalized terms not otherwise defined in this Order have the meaning given to them in the Motion.

2. The Prepetition Secured Parties are granted leave and permission to file the Reply, and the Reply shall be deemed timely filed.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: September 2nd, 2026**
**Wilmington, Delaware**

Ka B. Ow

**KAREN B. OWENS**
**CHIEF JUDGE**