**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Omnis Pleasants, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11169 (KBO)<br><br>**Re: Docket Nos. 83 and 205** |

**AMENDED WITNESS AND EXHIBIT LIST**
**OF OMNIS FUEL TECHNOLOGIES, LLC**
**AND QUANTUM PLEASANTS, LLC FOR HEARING SET FOR**
**SEPTEMBER 3, 2026 AT 11:30 A.M. (ET)**

Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC (together, the "**QP Parties**"), by and through their undersigned counsel, hereby submit their amended witness and exhibit list for the hearing currently scheduled to begin on **September 3, 2026, at 11:30 a.m. (ET)** before the Honorable Chief Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "**Hearing**") regarding the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 83] (the "**HSFK Retention Application**").[2]

**WITNESSES**

The QP Parties reserve the right to call, question, and/or cross-examine the following witnesses:

1. David Hindman;

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Herbert Smith Freehills Kramer (US) LLP will be referred to herein as "**HSFK**".

2. Alexander Woolverton; and

3. Any witnesses included on any other parties' witness list and/or called by any other party, and any witness necessary to lay foundation or for rebuttal.

**EXHIBITS**

The QP Parties designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description |
|---|---|
| QP-A | TRAG LLC UCC Financing Statement against QUANTUM PLEASANTS, LLC on September 5, 2025 |
| QP-B | TRAG LLC UCC Financing Statement against QUANTUM PLEASANTS, LLC on January 13, 2026 |
| QP-C | First Amended and Restated LLC Operating Agreement of Quantum Pleasants, LLC, dated July 14, 2023 |
| QP-D | Amendment to the First Amended and Restated LLC Operating Agreement of Quantum Pleasants, LLC, dated February 12, 2026 |
| QP-E | Written Consent of (i) The Board of Directors of Quantum Pleasants, LLC, (ii) Omnis Fuel Technologies, LLC, (iii) TRAG LLC and (iv) RG Energy LLC, dated as of February 12, 2026 |
| QP-F | Amended and Restated LLC Operating Agreement of Omnis Pleasants, LLC, dated August 1, 2023 |
| QP-G | Amendment to the Amended and Restated LLC Operating Agreement of Omnis Pleasants, LLC, dated February 12, 2026 |
| QP-H | Amended and Restated Forbearance Agreement, dated February 6, 2026 |
| QP-I | Declaration of D. Hindman in Support of First Day Motions [Docket No. 10] |
| QP-J | HSFK Retention Application [Docket No. 83] |
| QP-K | HSFK Engagement Letter, dated February 20, 2026 |
| QP-L | Declaration of A. Woolverton in Support of HSFK Retention Application [Docket No. 83-2] |
| QP-M | Declaration of D. Hindman in Support of HSFK Retention Application [Docket No. 83-2] |
| QP-N | Debtor's Omnibus Reply in Support of (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 211] |
| QP-O | Supplemental Declaration of A. Woolverton in Support of HSFK Retention Application [Docket No. 211-1] |
| QP-P | Supplemental Declaration of D. Hindman in Support of HSFK Retention Application [Docket No. 211-1] |
| QP-Q | February 20, 2026 Email Communication between A. Woolverton and A. Gupta [Exhibit 1 to Woolverton Supplemental Declaration] |
| QP-R | Debtor's Cash Collateral Motion [Docket No. 17] |

| Exhibit No. | Document Description |
|---|---|
| QP-S | Interim Cash Collateral Order [Docket No. 50] |
| QP-T | Young Conaway Stargatt & Taylor, LLP Retention Application [Docket No. 82] |
| QP-U | Schedule 3 to Declaration of A. Woolverton in Support of HSFK Retention Application [Docket No. 83-2] |
| QP-V | Rough Draft of Deposition Transcript of David Hindman dated September 2, 2026 (Identification Only) |
| QP-W | Deed of Trust |

The QP Parties reserve the right to use any exhibit listed by any other party, any document produced by the Debtor and/or necessary for rebuttal, and/or any pleading or document filed with the Court. The QP Parties also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing, to use additional exhibits for purposes of rebuttal and/or impeachment at or after the Hearing, and/or to call any and all rebuttal witnesses as necessary or appropriate.

Dated: September 2, 2026
Wilmington, Delaware

**LOWENSTEIN SANDLER LLP**

Christopher A. Ward (No. 3877)
Shanti M. Katona (No. 5352)
1000 N West Street, Suite 1200
Wilmington, DE 19801
Telephone: (973) 597-2500
cward@lowenstein.com
skatona@lowenstein.com

*Counsel to Omnis Fuel Technologies, LLC and Quantum Pleasants LLC*



104440906.1