**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**NOTICE OF THIRD AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 3, 2026 AT 11:30 A.M. (ET)**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED ONE-HOUR PRIOR TO THE HEARING UNLESS OTHERWISE NOTICED USING THE *ECOURTAPPEARANCES* TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## RESOLVED MATTERS

1. Debtor's Motion for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Docket No. 3; 7/27/26]

   Related Documents:

   A. Interim Order (I) Approving Debtor's Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] **All amendments appear in bold.**

by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Docket No. 48; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certificate of No Objection [Docket No. 105; 8/20/26]

D. Final Order (I) Approving Debtor's Proposed Adequate Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief [Docket No. 135; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

2. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 4; 7/27/26]

Related Documents:

A. Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 49; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certifcate of No Objection [Docket No. 106; 8/20/26]

D. Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 136; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

3. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations Arising Thereunder, and (B) Renew, Replace, Supplement, or Otherwise

Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; and (III) Granting Related Relief [Docket No. 5; 7/27/26]

Related Documents:

A. Interim Order (I) Authorizing Debtor to (A) Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations Arising Thereunder, and (B) Renew, Replace, Supplement, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; and (III) Granting Related Relief [Docket No. 51; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certifcate of No Objection [Docket No. 107; 8/20/26]

D. Final Order (I) Authorizing Debtor to (A) Maintain Prepetition Insurance Policies and Surety Bonds, and Pay Related Prepetition Obligations Arising Thereunder, and (B) Renew, Replace, Supplement, or Otherwise Modify Such Insurance Policies and Surety Bonds; (II) Modifying the Automatic Stay with Respect to the Workers' Compensation Program; and (III) Granting Related Relief [Docket No. 137; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

4. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Claims of Critical Vendors, Lienholders, and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; (III) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (IV) Granting Related Relief [Docket No. 6; 7/27/26]

Related Documents:

A. Interim Order (I) Authorizing Debtor to Pay Prepetition Claims of Critical Vendors, Lienholders, and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; (III) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (IV) Granting Related Relief [Docket No. 52; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certifcate of No Objection [Docket No. 108; 8/20/26]

D. Final Order (I) Authorizing Debtor to Pay Prepetition Claims of Critical Vendors, Lienholders, and 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; (III) Directing Financial Institutions to Honor and Process Payments in Connection Therewith; and (IV) Granting Related Relief [Docket No. 139; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs; and (II) Granting Related Relief [Docket No. 7; 7/27/26]

Related Documents:

A. Interim Order (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs; and (II) Granting Related Relief [Docket No. 53; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certifcate of No Objection [Docket No. 109; 8/20/26]

D. Final Order (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Related Workforce Obligations, and (B) Continuation of Benefits Programs; and (II) Granting Related Relief [Docket No. 141; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, and (C) Maintain Existing

Business Forms; (II) Suspending the Time to Comply With 11 U.S.C § 345(b); and (III) Granting Related Relief [Docket No. 8; 7/27/26]

Related Documents:

A. Interim Order (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, and (C) Maintain Existing Business Forms; (II) Suspending the Time to Comply With 11 U.S.C § 345(b); and (III) Granting Related Relief [Docket No. 54; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certifcation of Counsel Regarding Revised Proposed Final Order (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, and (C) Maintain Existing Business Forms; (II) Suspending the Time to Comply With 11 U.S.C § 345(b); and (III) Granting Related Relief [Docket No. 134; 8/20/26]

D. Final Order (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, and (C) Maintain Existing Business Forms; (II) Suspending the Time to Comply With 11 U.S.C § 345(b); and (III) Granting Related Relief [Docket No. 144; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received:

E. Informal response from the U.S. Trustee

Status: An order has been entered by the Court. No hearing is required.

7. Debtor’s Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Continue Prepetition Hedging Arrangement and Honor Any Obligations Related Thereto, (II) Authorizing the Debtor to Enter Into, and Perform Under, Postpetition Hedging Arrangements, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 9; 7/27/26]

Related Documents:

A. Interim Order (I) Authorizing the Debtor to Continue Prepetition Hedging Arrangement and Honor Any Obligations Related Thereto, (II) Authorizing the Debtor to Enter Into, and Perform Under, Postpetition Hedging Arrangements, (III)

Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 55; 7/29/26]

B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

C. Certifcate of No Objection [Docket No. 110; 8/20/26]

D. Final Order (I) Authorizing the Debtor to Continue Prepetition Hedging Arrangement and Honor Any Obligations Related Thereto, (II) Authorizing the Debtor to Enter Into, and Perform Under, Postpetition Hedging Arrangements, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 142; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

8. Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Other Similar Pleadings, and (II) Granting Related Relief [Docket No. 63; 7/27/26]

Related Documents:

A. Certifcate of No Objection [Docket No. 111; 8/20/26]

B. Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Other Similar Pleadings, and (II) Granting Related Relief [Docket No. 143; 8/21/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

9. Debtor's Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 78; 8/13/26]

Related Documents:

A. Certification of Counsel Regarding Revised Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related [Docket No. 191; 8/28/26]

B. Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [Docket No. 195; 8/31/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

C. Informal response from the U.S. Trustee

Status: An order has been entered by the Court. No hearing is required.

10. Debtor's Application for Entry of an Order Authorizing the Employment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 79; 8/13/26]

Related Documents:

A. Certification of Counsel Regarding Revised Order Authorizing the Employment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 192; 8/28/26]

B. Order Authorizing the Employment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 196; 8/31/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

C. Informal response from the U.S. Trustee

Status: An order has been entered by the Court. No hearing is required.

11. Debtor's Motion for Entry of an Order (I) Extending the Time for the Debtor to File its Schedule of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 133; 8/20/26]

Related Documents:

A. Certifcate of No Objection [Docket No. 190; 8/28/26]

B. Order (I) Extending the Time for the Debtor to File Its Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 194; 8/31/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received: None.

Status: An order has been entered by the Court. No hearing is required.

**MATTER WITH CERTIFICATION**

12. Debtor's Motion for Entry of an Order Authorizing the Debtor to Retain and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business [Docket No. 77; 8/13/26]

Related Documents:

A. Certificate of No Objection [Docket No. 199; 9/1/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

B. Reservation of Rights of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC Regarding OCP Motion and Certain Retention Applications [Docket No. 177; 8/27/26]

Additional Documents:

C. Order Authorizing the Debtor to Retain and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business [Docket No. 218; 9/2/26]

Status: An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

13. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 17; 7/28/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

B. Interim Order (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 50; 7/29/26]

C. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 57; 7/30/26]

D. Notice of Extension of Objection Deadline for Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 100; 8/18/26]

E. Notice of Filing of Proposed Final Order (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 167; 8/26/26]

Response Deadline: August 19, 2026 at 4:00 p.m. (ET); Extended to August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

F. Objection and Reservation of Rights of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC to the Debtor's First Day Motions [Docket No. 42; 7/29/26]

G. West Virginia Economic Development Authority's Objection to (A) Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief and (B) Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief [Docket No. 171; 8/27/26]

H. Objection of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC to Approval of the Cash Collateral Motion [Docket No. 172; 8/27/26]

I. Omnibus Objection of the Angela Chen Parties to the Debtor's Cash Collateral Motion and Bidding Procedures Motion [Docket No. 182; 8/27/26]

Additional Documents:

J. Reply of the Prepetition Secured Parties to Objections to the Debtor's Bidding Procedures Motion and Reservation of Rights with Respect to Cash Collateral [Docket No. 213; 9/1/26]

K. Motion of the Prepetition Secured Parties for Leave to File Reply of the Prepetition Secured Parties to Objections to the Debtor's Bidding Procedures Motion and Reservation of Rights with Respect to Cash Collateral [Docket No. 214; 9/1/26]

L. **Order Granting Motion of the Prepetition Secured Parties for Leave to File Reply of the Prepetition Secured Parties to Objections to the Debtor's Bidding Procedures Motion and Reservation of Rights With Respect to Cash Collateral [Docket No. 228; 9/2/26]**

Status: The Court has adjourned the final hearing on this matter to a date and time to be determined. This matter is going forward as a status conference.

14. Debtor's Application for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of David Hindman as Chief Executive Officer, Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 81; 8/13/26]

Related Documents:

A. Notice of Filing of Revised Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of David Hindman as Chief Executive Officer, Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 201; 9/1/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

B. Reservation of Rights of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC Regarding OCP Motion and Certain Retention Applications [Docket No. 177; 8/27/26]

C. Informal response from the U.S. Trustee

Additional Documents:

D. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

E. Supplemental Declaration of David R. Hindman of AP Services, LLC [Docket No. 215; 9/1/26]

F. Declaration of John Dempsey in Support of Debtor's Application for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of David Hindman as Chief Executive Officer Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 216; 9/1/26]

Status: The Debtor has resolved the informal response of the U.S Trustee through a revised form of order. However, although Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC only filed a reservation of rights (and not an objection) with respect to the relief requested, out of an abundance of caution the Debtor sought confirmation from counsel for such parties that the Debtor could file a certification of counsel for this matter and counsel did not consent to the same. This matter is going forward.

15. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtor, Effective as of the Petition Date [Docket No. 82; 8/13/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

B. Informal response from the U.S. Trustee

Status: The Debtor has resolved the informal response of the U.S Trustee through a revised form of order. This matter is going forward on an uncontested basis.

16. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date [Docket No. 83; 8/13/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

B. United States Trustee's Witness and Exhibit List [Docket No. 203; 9/1/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

C. Objection of the United States Trustee to Debtor's Application to Employ Herbert Smith Freehills Kramer (US) LLP [Docket No. 175; 8/27/26]

D. Objection of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC to Retention of Herbert Smith Freehills Kramer (US) LLP [Docket No. 188; 8/28/26]

Additional Documents:

E. Witness and Exhibit List of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC Set for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 205; 9/1/26]

F. Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 211; 9/1/26]

G. Debtor's Motion for Entry of an Order, Pursuant to Local Rule 9006-1(d), Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 212; 9/1/26]

H. Order Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 220; 9/2/26]

I. Debtor's Witness and Exhibit List for Hearing Scheduled for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 225; 9/2/26]

**J. Amended Witness and Exhibit List of Omnis Fuel Technologies, LLC and Quantum Pleasants LLC for Hearing Set for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 234; 9/2/26]**

Status: This matter is going forward. The Debtor has filed a revised form of order and an omnibus reply addressing the matters raised in the objection, along with a motion for leave to file a late reply. The Debtor has filed its witness and exhibit list in connection with this matter.

17. Debtor's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014, and Local Rules 2014-1 and 2016-2, Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor, Effective as of August 3, 2026 [Docket No. 84; 8/13/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

B. Notice of Filing of Revised Order, Pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014, and Local Rules 2014-1 and 2016-2, Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor, Effective as of August 3, 2026 [Docket No. 202; 9/1/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

C. Objection and Reservation of Rights of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC to Bid Procedures Motion and Houlihan Retention Application [Docket No. 169; 8/27/26]

Additional Documents:

D. Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 211; 9/1/26]

E. Debtor's Motion for Entry of an Order, Pursuant to Local Rule 9006-1(d), Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 212; 9/1/26]

F. Order Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 220; 9/2/26]

G. Debtor's Witness and Exhibit List for Hearing Scheduled for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 225; 9/2/26]

Status: This matter is going forward. The Debtor has filed a revised form of order and an omnibus reply addressing the matters raised in the objection, along with a motion for leave to file a late reply. The Debtor has filed its witness and exhibit list in connection with this matter.

18. Debtor's Application for Entry of an Order Pursuant to Section 327(e) of the Bankruptcy Code (I) Authorizing the Retention and Employment of Sidley Austin LLP as Special Regulatory Counsel for the Debtor and Debtor in Possession Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 85; 8/13/26]

Related Documents:

A. Notice of Filing of Revised Order Pursuant to Section 327(e) of the Bankruptcy Code (I) Authorizing the Retention and Employment of Sidley Austin LLP as Special Regulatory Counsel for the Debtor and Debtor in Possession Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 204; 9/1/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

B. Reservation of Rights of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC Regarding OCP Motion and Certain Retention Applications [Docket No. 177; 8/27/26]

C. Informal response from the U.S. Trustee

Additional Documents:

D. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

Status: The Debtor has resolved the informal response of the U.S Trustee through a revised form of order. However, although Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC only filed a reservation of rights (and not an objection) with respect to the relief requested, out of an abundance of caution the Debtor sought confirmation from counsel for such parties that the Debtor could file a certification of counsel for this matter and counsel did not consent to the same. This matter is going forward.

19. Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief [Docket No. 86; 8/13/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

B. Industrial Accessories Company's Limited Objection and Reservation of Rights Regarding Debtor's Motion to Sell Substantially All Assets [Docket No. 168; 8/27/26]

C. Objection and Reservation of Rights of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC to Bid Procedures Motion and Houlihan Retention Application [Docket No. 169; 8/27/26]

D. West Virginia Economic Development Authority's Objection to (A) Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Prepetition Collateral, Including Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief and (B) Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief [Docket No. 171; 8/27/26]

E. Reservation of Rights of Pleasants, LLC Regarding the Bidding Procedures Motion [Docket No. 173; 8/27/26]

F. Omnibus Objection of the Angela Chen Parties to the Debtor's Cash Collateral Motion and Bidding Procedures Motion [Docket No. 182; 8/27/26]

Additional Documents:

G. Witness and Exhibit List of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC Set for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 205; 9/1/26]

H. Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 211; 9/1/26]

I. Debtor's Motion for Entry of an Order, Pursuant to Local Rule 9006-1(d), Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 212; 9/1/26]

J. Reply of the Prepetition Secured Parties to Objections to the Debtor's Bidding Procedures Motion and Reservation of Rights with Respect to Cash Collateral [Docket No. 213; 9/1/26]

K. Motion of the Prepetition Secured Parties for Leave to File Reply of the Prepetition Secured Parties to Objections to the Debtor's Bidding Procedures Motion and Reservation of Rights with Respect to Cash Collateral [Docket No. 214; 9/1/26]

L. Order Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 220; 9/2/26]

M. Debtor's Witness and Exhibit List for Hearing Scheduled for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 225; 9/2/26]

N. **Order Granting Motion of the Prepetition Secured Parties for Leave to File Reply of the Prepetition Secured Parties to Objections to the Debtor's Bidding Procedures Motion and Reservation of Rights With Respect to Cash Collateral [Docket No. 228; 9/2/26]**

Status: The response listed at Item 19(B) has been resolved. This matter is going forward. The Debtor has filed a revised form of order and an omnibus reply addressing the matters raised in the objections, along with a motion for leave to file a late reply. The Debtor has filed its witness and exhibit list in connection with this matter.

20. Motion of Omnis Fuel Technologies, LLC d/b/a Omnis Energy and Quantum Pleasants, LLC for Entry of an Order (I) Dismissing the Debtor's Chapter 11 Case, or, (II) in the Alternative, Directing the Appointment of a Chapter 11 Trustee, and (II) Vacating the Interim Cash Collateral Order [Docket No. 93; 8/14/26]

Related Documents:

A. Declaration of Charles Gassenheimer in Support of Motion of Omnis Fuel Technologies, LLC d/b/a Omnis Energy and Quantum Pleasants, LLC for Entry of an Order (I) Dismissing the Debtor's Chapter 11 Case, or, (II) in the Alternative, Directing the Appointment of a Chapter 11 Trustee, and (II) Vacating the Interim Cash Collateral Order [Docket No. 94; 8/14/26]

B. **Letter to Chief Judge Karen B. Owens from Michael A. Kaplan of Lowenstein Sandler LLP re: Schedule for Proceedings in Connection with Motion to Dismiss [Docket No. 235; 9/2/26]**

Response Deadline: August 28, 2026 at 4:00 p.m. (ET); Extended for the Debtor and TRAG LLC and RG Energy LLC to a date to be determined by a scheduling order.

Responses Received: None as of this date

Status: This matter is going forward as a status conference.

21. Debtor's Motion for Entry of an Order (I) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 103; 8/20/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET); extended to August 31, 2026 at 6:00 p.m. (ET) for the U.S. Trustee

Responses Received:

B. Informal response from the U.S. Trustee

C. Informal response from TRAG LLC and RG Energy LLC

Status: The Debtor is working to resolve the responses received from the U.S. Trustee and TRAG LLC and RG Energy LLC and intends to submit a revised form of order prior to the hearing. This matter is going forward.

[*Remainder of Page Intentionally Lef Blank*]

60472331.1

Dated: September 3, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

-and-

**HERBERT SMITH FREEHILS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Jared C. Borriello*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
andrew.pollack@hsfkramer.com
jared.borriello@hsfkramer.com

**Admitted Pro Hac Vice*

*Proposed Co-Counsel for the Debtor and Debtor in Possession*