**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF RE-SCHEDULED OMNIBUS HEARING DATE**

**PLEASE TAKE NOTICE** that, on August 26, 2026, the Court entered an order scheduling an omnibus hearing in this chapter 11 case for October 14, 2026 at 9:30 a.m. (ET) [Docket No. 166] (the "**Omnibus Hearing**"). At the hearing held in this chapter 11 case on September 3, 2026, the Court stated on the record that the Omnibus Hearing will instead commence on **October 13, 2026 at 9:30 a.m. (ET)**. All matters previously scheduled to be heard on October 14, 2026 will now be heard on October 13, 2026. The Omnibus Hearing will continue on October 14, 2026 at 9:30 a.m. (ET) to the extent not concluded on October 13, 2026.

[*Remainder of Page Intentionally Left Blank*]

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.

Date: September 8, 2026

*/s/ S. Alexander Faris*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*– and –*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Melissa Mertz*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
andrew.pollack@hsfkramer.com
melissa.mertz@hsfkramer.com

**Admitted Pro Hac Vice*

*Proposed Co-Counsel to the Debtor and Debtor in Possession*