**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 11, 2026 AT 3:00 P.M. (ET)**

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE *ECOURTAPPEARANCES* TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**MATTER GOING FORWARD**

1. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date [Docket No. 83; 8/13/26]

   Related Documents:

   A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/27]

   B. United States Trustee's Witness and Exhibit List [Docket No. 203; 9/1/26]

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

C. Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 211; 9/1/26]

D. Order Granting Debtor Leave and Permission to File Omnibus Reply of the Debtor in Support of Its (I) Bidding Procedures Motion and (II) Retention Applications [Docket No. 220; 9/2/26]

E. Debtor's Witness and Exhibit List for Hearing Scheduled for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 225; 9/2/26]

F. Amended Witness and Exhibit List of Omnis Fuel Technologies, LLC and Quantum Pleasants LLC for Hearing Set for September 3, 2026 at 11:30 a.m. (ET) [Docket No. 234; 9/2/26]

G. Notice of Filing of Further Revised Order Authorizing the Retention and Employment of Herbert Smith Freehills Kramer (US) LLP as Attorneys for the Debtor and Debtor in Possession Effective as of the Petition Date [Docket No. 246; 9/4/26]

Response Deadline: August 27, 2026 at 4:00 p.m. (ET)

Responses Received:

H. Objection of the United States Trustee to Debtor's Application to Employ Herbert Smith Freehills Kramer (US) LLP [Docket No. 175; 8/27/26]

I. Objection of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC to Retention of Herbert Smith Freehills Kramer (US) LLP [Docket No. 188; 8/28/26]

Status: The Court has advised the Debtor's undersigned counsel that the Court will issue its ruling on this matter.

[*Remainder of Page Intentionally Lef Blank*]

Dated: September 9, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*<u>/s/ S. Alexander Faris</u>*
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

-and-

**HERBERT SMITH FREEHILS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Jared C. Borriello*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
andrew.pollack@hsfkramer.com
jared.borriello@hsfkramer.com

**Admitted Pro Hac Vice*

*Proposed Co-Counsel for the Debtor and Debtor in Possession*