**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Ref. Docket Nos. 86, 168, 169, 171, 182, 211, & 213** |

**CERTIFICATE OF COUNSEL REGARDING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE AUCTION AND BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S ASSETS, (II) SCHEDULING CERTAIN DATES AND DEADLINES RELATED THERETO, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (IV) AUTHORIZING THE DEBTOR TO DESIGNATE A STALKING HORSE BIDDER AND OFFER BID PROTECTIONS RELATED THERETO, (V) ESTABLISHING NOTICE AND PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND LEASES, (VI) APPROVING THE SALE OF ASSETS, AND (VII) GRANTING RELATED RELIEF**

On August 13, 2026, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the *Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief* [Docket No. 86] (the "**Motion**").[2] Objections to the Motion were required to be filed and served by August 27, 2026 at 4:00 p.m. (ET) (the "**Objection**

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**Deadline**”). A proposed form of order approving the Motion was attached thereto as Exhibit A (the “**Proposed Order**”).

Prior to the Objection Deadline, the following parties filed objections to the Motion: (i) Industrial Accessories Company (“**IAC**”) [Docket No. 168]; (ii) Omnis Fuel Technologies and Quantum Pleasants, LLC (together, the “**Quantum Parties**”) [Docket No. 169]; (iii) the West Virginia Economic Development Authority (“**WVEDA**”) [Docket No. 171]; and (iv) Angela Chen, Harmony Trust, Dynamic HC Co, and Dynamic Finance Corporation (collectively, the “**Angela Chen Parties**”) [Docket No. 182].

The Debtor filed a reply in further support of the Motion on September 1, 2026 [Docket No. 211] (the “**Reply**”). Attached to the Reply as Exhibit B-1 was a revised form of order approving the Motion (the “**Revised Proposed Order**”). Also on September 1, 2026, TRAG LLC and RG Energy LLC (together, the “**Prepetition Secured Parties**”) filed a reply in support of the Motion [Docket No. 213].

On September 3, 2026, the Court held a hearing on the Motion and the objections thereto (the “**Hearing**”). At the Hearing, the parties advised the Court that IAC’s objection had been resolved. Following argument on the Motion and the objections thereto, the Court ruled that it would grant the Motion subject to certain revisions to the Proposed Order. In ruling to grant the Motion, the Court (i) overruled in part and sustained in part the Quantum Parties’ objection, (ii) overruled the Angela Chen Parties’ objection, and (iii) overruled in part and sustained in part the WVEDA’s objection.

The Debtor has prepared a further revised form of order approving the Motion (the “**Further Revised Order**”), which incorporates the Court’s rulings. The Further Revised Order is attached hereto as **Exhibit A**, and a blackline comparing the Further Revised Order to the

Revised Proposed Order is attached hereto as **Exhibit B**. The Debtor has circulated the Further Revised Order to counsel for the Prepetition Secured Parties, the Quantum Parties, and the WVEDA, each of whom has advised that its respective client does not oppose entry of the Further Revised Order.

Accordingly, the Debtor requests that the Court enter the Further Revised Order at its earliest convenience without further notice or a hearing.

[*Remainder of Page Intentionally Left Blank*]

Date: September 11, 2026


*/s/ S. Alexander Faris*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*– and –*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Alexander Woolverton*
Kyle J. Ortiz*
Brian F. Shaughnessy*
Andrew Pollack*
Jared C. Borriello*
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
E-mail: alexander.woolverton@hsfkramer.com
kyle.ortiz@hsfkramer.com
brian.shaughnessy@hsfkramer.com
andrew.pollack@hsfkramer.com
jared.borriello@hsfkramer.com

**Admitted Pro Hac Vice*

*Proposed Co-Counsel to the Debtor and Debtor in Possession*