| First Name | Middle Name | Last Name | Email Address | Firm | Address 1 | Address 2 | City | State | Zip | Phone | Rep | Case Number | Short Title | Via |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Golchehreh | | Abtahian | gabtahian@omnisenergy.com | | 30 Broad Street | 14th Floor | New York | NY | 10004 | 917-841-6202 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Rick | | Archer | richard.archer@law360.com | Law360 | 508 Woodland Ave. | | White Plains | NY | 10603 | 9.14E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Phoebe | | Bakos | phoebe@newgenerationresearch.com | BankruptcyData | 60 Brightridge Ave | | East Providence | RI | 02914-3806 | 401-343-2665 | Media | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Jared | | Borriello | jared.borriello@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9485 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Dale | K. | Cathell | dale.cathell@us.dlapiper.com | DLA Piper LLP (US) | 650 South Exeter Street | Suite 1100 | Baltimore | MD | 21202 | 4.11E+09 | TRAG / RG Energy | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Chad | | Corazza | ccorazza@ycst.com | YCST | 1000 North King Street | | Wilmington | DE | 19801 | 302-576-2604 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Catherine | | Corey | catherine@9fin.com | | 104 Willow Glen Dr | | Kennett Square | PA | 19348 | 9.18E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Mark | | D'Anastasio | mdanastasio@emcommunicate.com | | 1025 Connecticut Ave NW | Suite 1000 | Washinton | DC | 20036 | 202-331-7751 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Beth | D | Dassa | bdassa@pszjlaw.com | Pachulski Stang Ziehl & Jones | 10100 Santa Monica Blvd. | 13th Floor | Los Angeles | CA | 90067 | 3.11E+09 | Angela Chen, et al | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Daniel | J. | DeFranceschi | defranceschi@rlf.com | Richards, Layton & Finger | One Rodney Square, P.O. Box 551 | | Wilmington | DE | 19899 | 302 651-7700 | Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Katherine | M. | Devanney | kdevanney@lowenstein.com | Lowenstein Sandler LLP | 1000 N. West Street | Suite 1200 | Wilmington | DE | 19801 | 302-498-9614 | Omnis Fuel Technologies, LLC, Quantum Pleasants LL | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| James | Charles | Diver | jdiver@ycst.com | Young Conaway Stargatt & Taylor, LLP | 1000 North King Street | | Wilmington | DE | 19801 | 302-571-6600 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Kate | | Doorley | kdoorley@akingump.com | AKIN GUMP STRAUSS HAUER & FELD LLP | 2001 K. Street N.W. | | Washington | DC | 20006 | 202-887-4000 | Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Shant | | Eulmessekian | shant.eulmessekian@us.dlapiper.com | DLA Piper LLP (US) | 2000 Avenue of the Stars, Suite 400 N | | Los Angeles | CA | 90067 | 310-595-3156 | TRAG LLC and RG Energy LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S. Alexander | | Faris | afaris@ycst.com | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 N. King Street | Wilmington | DE | | 19801 | 302-571-6600 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Isaac | | Forman | iforman@hfdrlaw.com | | 700 Virginia Street East | Suite 210 | Charleston | WV | | 25301 | 304-590-4975 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Nicholas | | Franchi | franchi@rlf.com | Richards, Layton & Finger | 920 N King St | | Wilmington | DE | | 19801 | 302-685-1045 | Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Jeffrey | | Garfinkle | jgarfinkle@buchalter.com | Buchalter LLP | 18400 Von Karman Avenue | Suite 800 | Irvine | CA | | 92612 | 949-224-6412 | Kuro Infrastructure | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Jackson | | Garvey | jgarvey@sidley.com | Sidley Austin LLP | One South Dearborn | | Chicago | IL | | 60603 | 312-853-7000 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Charles | | Gassenheimer | cgassenheimer@omnisenergy.com | | 30 Broad Street | 14th Floor | New York | NY | | 10004 | 212-218-4092 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Clara | | Geoghegan | clara.geoghegan@law360.com | Law360 | 111 West 19th Street 5th Floor | | New York | NY | | 10011 | 3.04E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |
| Cindy | | Giobbe | cgiobbe@fbtgibbons.com | FBT Gibbons | 300 Delaware Avenue | | Wilmington | DE | | 19801 | 3.03E+09 | WVEDA | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Ronald | | Gold | rgold@fbtgibbons.com | FBT Gibbons | 301 East Fourth Street | Suite 3300 | Cincinnati | OH | | 45202 | 513-651-6800 | WVEDA | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Uday | | Gorrepati | uday.gorrepati@gmail.com | | 2725 Turtle Ridge Drive | | Bloomfield Township | MI | | | 313-284-7244 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |
| Katherine | | Grissel | kgrissel@velaw.com | Vinson & Elkins LLP | 2001 Ross Avenue | Suite 3900 | Dallas | TX | | 75201 | 2.14E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |
| Anna | | Gumport | agumport@sidley.com | Sidley Austin LLP | 350 S. Grand Avenue | | Los Angeles | CA | | 90071 | 213-896-6000 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Benjamin | A. | Hackman | benjamin.a.hackman@usdoj.gov | Office of the United States Trustee | 844 King Street | Suite 2207 | Wilmington | DE | | 19801 | 302-573-6491 | Andrew R. Vara, U.S. Trustee for Region 3 | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Sari | | Hammer | srosenfeld@alixpartners.com | AlixPartners, LLP | 909 Third Avenue | | New York | NY | | 10022 | 9.18E+09 | Debtors | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Theodore | S. | Heckel | Sr. | theckel@pszjlaw.com | Pachulski Stang Ziehl & Jones | 700 Louisiana Street | Suite 4500 | Houston | TX | | 77002 | 7.14E+09 | Angela Chen, et al. | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jack | | Herman | jack.herman@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 2000 K Street | | Washington | DC | | 20006 | 202-471-3048 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| David | | Hindman | dhindman@alixpartners.com | AlixPartners | 845 Texas Avenue, Suite 3920 | | Houston | TX | | 77002 | 713-276-4900 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |
| Noah | M | Hornberger | noah.hornberger@sidley.com | Sidley Austin LLP | 787 7th Ave | | New York | NY | | 10019 | 2.13E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elisa | | Hyder | ehyder@lowenstein.com | Lowenstein Sandler LLP | 1000 N. West Street, Suite 1200 | | Wilmington | DE | 19801 | 3.02E+09 | The Quantum Parties | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Kenneth | | Irvin | kirvin@sidley.com | Sidley Austin LLP | 1501 K. Street N.W. | | Washington | DC | 20005 | 202-736-8000 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Laura Davis | | Jones | ljones@pszjlaw.com | Pachulski, Stang, Ziehl & Jones LLP | 919 North Market St, 17th Floor | | Wilmington | DE | 19801 | 302-778-6401 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Wendy | | Kane | wendy.kane@hsfkramer.com | Herbert Smith Freehills Kramer (US) LLP | 1177 Avenue of the Americas | | New York | NY | 10036 | 908-601-1130 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Michael | A. | Kaplan | mkaplan@lowenstein.com | Lowenstein Sandler LLP | One Lowenstein Drive | | Roseland | NJ | 7068 | 973-597-2500 | Omnis Fuel Technologies, LLC, Quantum Pleasants LL | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Beth | | Kardos | ekardos@alixpartners.com | AlixPartners, LLP | 909 Third Avenue | | New York | NY | 10022 | 973-224-2260 | Debtors | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Shanti | M. | Katona | skatona@lowenstein.com | Lowenstein Sandler LLP | 1000 N. West St. | Suite 1200 | Wilmington | DE | 19801 | 302-498-9604 | Omnis Fuel Technologies, LLC, Quantum Pleasants LL | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Ira | D | Kharasch | bethdassa@gmail.com | Pachulski Stang Ziehl & Jones | 10100 Santa Monica Blvd. | 13th Floor | Los Angeles | CA | 93001 | 3.11E+09 | Angela Chen, et al. | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Joy | | Kleisinger | jkleisinger@fbtlaw.com | FBT Gibbons | 20 F. Street | Suite 450 | Washington | DC | 20001 | 202-292-4150 | WVEDA | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Samantha | Anna | Kroontje | samantha.kroontje@wsj.com | Dow Jones | 1211 6th Ave | 7 | New York | NY | 10036 | 6.46E+09 | None | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Lara | | Luo | lara.luo@davispolk.com | | 450 Lexington Ave | | New York | NY | 10017 | 212 450 4005 | American Consolidated Natural Resources | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Andrew | L | Magaziner | amagaziner@ycst.com | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | 302-571-6600 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Kristine | | Manoukian | kristine.manoukian@us.dlapiper.com | DLA Piper LLP (US) | 1251 Avenue of the Americas | | New York | NY | 10020 | 2.12E+09 | TRAG / RG Energy | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| R. | Craig | Martin | craig.martin@dlapiper.com | DLA Piper LLP (US) | 1201 North Martket Street | Suite 2100 | Wilmington | DE | 19801 | 302-468-5655 | TRAG LLC and RG Energy LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nicole | | McLemore | nicole.mclemore@us.dlapiper.com | DLA Piper LLP (US) | 200 S. Biscayne Blvd., Suite 2500 | | Miami | FL | | 33131 | 305-423-8500 | TRAG LLC and RG Energy LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Melissa | | Mertz | melissa.mertz@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9100 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| John | A | Morris | jmorris@pszjlaw.com | Pachulski Stang Ziehl & Jones LLP | 1700 Broadway | 36th Floor | New York | NY | | 10019 | 212-561-7700 | Angela Chen, et al. | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Gilbert | | Nathan | gil@jacksonsquareadvisors.com | Jackson Square Advisors | 606 Post Rd E #624 | | Westport | CT | | 6880 | 646-279-2210 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |
| David | | Orenstein | david@orenste.in | | 149 Paris Links Rd | Paris | Ontario | OU | N3L 3E2 | | 519-442-3344 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| John | | Orona | john.orona@sidley.com | Sidley Austin LLP | 787 Seventh Avenue | | New York | NY | | 10019 | 212-839-5300 | Omnis Pleasants, LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Kyle | | Ortiz | kyle.ortiz@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9100 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Hiren | | Patel | hpatel@herrick.com | Herrick, Feinstein LLP | 2 Park Ave, 14 FL | | New York | NY | | 10016 | 2.13E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only | |
| Morgan | L. | Patterson | mpatterson@fbtgibbons.com | FBT Gibbons LLP | 300 Delaware Avenue | Suite 1015 | Wilmington | DE | | 19801 | 302-518-6311 | WVEDA | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Levi | | Pellegrin | lpellegrin@hfdrlaw.com | | 700 Virginia Street East | Suite 210 | Charleston | WV | | 25301 | 581-265-3802 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Gregson | | Perry | gperrylaw@prodigy.ner | | 1403 Thayer Ave | | Los Angeles | CA | | 90024 | 310-446-4808 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Andrew | | Pollack | andrew.pollack@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9100 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Robert | F. | Poppiti | Jr. | rpoppiti@ycst.com | Young, Conaway, Stargatt & Taylor, LLP | 1000 North King Street | | Wilmington | DE | | 19801 | 302-571-6600 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jake | A. | Rauchberg | jrauchberg@lowenstein.com | Lowenstein Sandler LLP | 1251 Avenue of the Americas | 17th Floor | New York | NY | | 10020 | 212-262-6700 | Omnis Parties | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Alexander | Edward | Schmidt | alexander.schmidt@usdoj.gov | DOJ-USAO | 1313 N Market St | Suite 400 | Wilmington | DE | | 19801 | 302-507-5138 | FERC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Katharine | | Scott | katharine.scott@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9507 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |
| Jennifer | | Sharret | jennifer.sharret@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | | 10036 | 212-715-9100 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brian | | Shaughnessy | brian.shaughnessy@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Michael | | Small | msmall@foley.com | Foley & Lardner LLP | 321 North Clark Street | Suite 3000 | Chicago | IL | 60654 | 3.13E+09 | observer not a party | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Blake | | Stephens | bstephens@omnisenergy.com | | 3710 Collins Ferry Road | | Morgantown | WV | 26505 | 212-715-9251 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Erik | | Stier | erik.stier@us.dlapiper.com | DLA Piper LLP (US) | 500 Eighth Street, N.W. | 500 8th ST NW | Washington | DC | 20004 | 202-799-4000 | TRAG LLC and RG Energy LLC | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Vince | | Sullivan | vince.sullivan@law360.com | Law360 | 111 W. 19th Street | | New York | NY | 10011 | 3.02E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Elisa | | Tinsley | etinsley@emcommunicate.com | | 1025 Connecticut Ave NW | Suite 1000 | Washington | DC | 20036 | 703-405-4251 | | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jeffrey | S. | Torosian | jeffrey.torosian@us.dlapiper.com | DLA Piper LLP (US) | 444 West Lake Street | Suite 900 | Chicago | IL | 60606 | 3.12E+09 | TRAG / RG Energy | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Jared | M. | Tully | jtully@fbtlaw.com | FBT Gibbons | 500 Virginia Street, East | Suite 1100 | Charleston | WV | 25301 | 304-345-0111 | WVEDA | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Christopher | A. | Ward | cward@lowenstein.com | Lowenstein Sandler LLP | 1000 N. West St. | Suite 1200 | Wilmington | DE | 19801 | 302-498-9602 | Omnis Fuel Technologies, LLC, Quantum Pleasants LL | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| Megan | | Wasson | mwasson@kramerlevin.com | | 1177 Avenue of the Americas | | New York | NY | 10036 | 2.13E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| Alexander | | Woolverton | alexander.woolverton@hsfkramer.com | HSFK | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-8000 | Debtor | 26-11169-KBO | Omnis Pleasants, LLC | Video and Audio |
| David | | Zubkis | legalteam@octus.com | | 11 E 26th St | | New York | NY | 10010 | 7.19E+09 | | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |
| jeffrey | S | sabin | jssabin@venable.com | Venable llp | 1160 park avenue | | new york | NY | 10128 | 9.17E+09 | self | 26-11169-KBO | Omnis Pleasants, LLC | Audio Only |