**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Omnis Pleasants, LLC[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11169 (KBO) |

**AFFIDAVIT OF SERVICE**

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 9, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on September 11, 2026 at 3:00 P.M. (ET)** (Docket No. 256)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: September 14, 2026

Jerod McMillen
Jerod McMillen

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 14th day of September 2026 by Jerod McMillen.

Briannica Briggs
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

# **Exhibit A**

STRETTO

# Exhibit A

Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | Philadelphia | PA | 19101-7346 |
| Jabo Supply Corporation | Attn: Legal Dept | 209 Braley Rd | Huntington | WV | 25705 |
| Securities & Exchange Commission | Attn: Legal Dept | 100 Pearl St Suite 20-100 | New York | NY | 10004-2616 |
| Securities & Exchange Commission | Attn: Legal Dept | 100 F Street NE | Washington | DC | 20549 |
| United Construction Co Inc | Attn: Chris Campbell | 3120 Northwestern Pike | Parkersburg | WV | 26104 |
| United Rentals North America Inc | Attn: Joli Gross | 100 First Stamford Place Suite 700 | Stamford | CT | 6902 |
| United States Department of Justice | Attorney General of the U.S. | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |

# Exhibit B

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Air Hydro Power, LLC | | | ar@airhyudropower.com |
| Angela Chen (f/k/a Angela Chen Sabella), Harmony Trust, Dynamic HC Co (d/b/a Dynamic Holdings Corporation), and Dynamic Finance Corporation | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Ira D. Kharasch | ljones@pszjlaw.com<br>ikharasch@pszjlaw.com<br>theckel@pszjlaw.com |
| BILT Technology LLC | Attn: Jamie Majid | | jamie@biltek.com |
| Black, Mccuskey, Souers & Arbaugh | Attn: Brian R. Mertes | | bmertes@bmsa.com |
| Blueterra Innovations, LLC | Attn: Grant Talbert | | gtalbert@marlowenergy.com |
| Bowles Rice | | | accounting@bowlesrice.com |
| Boyd Company Cat Walker | | | info@boydcat.com |
| Control Systems Company | Attn: Greg Grahn | | ggrahn@csc-parts.com |
| Dubois Chemicals Inc | Attn: Diane Miller | | diane.miller@duboischemicals.com |
| Energy Piping, WV LLC | | | info@energypiping.com |
| Eng Resources, LLC | | | ap@engresources.com |
| Filtech Incorporated | Attn: Zach Homitz | | zhomitz@filtechinc.com |
| Frenzelit Incorporated | | | info.usa@frenzelit.com |
| GAI Consultants Inc | | | accountsreceivable@gaiconsultants.com |
| Herbert Smith Freehills Kramer (US) LLP | Attn: Alexander Woolverton, Kyle J. Ortiz, Brian F. Shaughnessy, Andrew Pollack, Jared C. Borriello, Melissa Mertz | | alexander.woolverton@hsfkramer.com<br>kyle.ortiz@hsfkramer.com<br>brian.shaughnessy@hsfkramer.com<br>andrew.pollack@hsfkramer.com<br>jared.borriello@hsfkramer.com<br>melissa.mertz@hsfkramer.com |
| Industrial Accessories Company | | | deposits@iac-intl.com<br>cstephens@iac-intl.com |
| Industrial Accessories Company | c/o Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings | jarret.hitchings@bclplaw.com |
| Instrumentation.Com | | | invoices@instrumentation.com |
| Integ Enterprise Consulting | Attn: Aida Malik | | amalik@integconsulting.com |
| Intelligent Technology Solutions | Attn: Christina Bourguignon | | accountsreceivable@itsyourit.com |
| J & J Equipment Co | | | jandjequipmentinc@gmail.com |
| Kuro Infrastructure Delaware, Inc., as successor by merger with Bilt Technology, LLC | c/o Buchalter LLP | Attn: Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Litman Excavating, Inc. | Attn: Robert Litman | | info@litmanexcavating.com |
| Merrell Bros., Inc. | Attn: Dustin Smith | | info@merrellbros.com |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Benjamin Hackman | | benjamin.a.hackman@usdoj.gov |
| Ohio River Marine LLC | Attn: Rick Dement | | rick@ohiorivermarine.com |

STRETTO

# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Omnis Fuel Technologies, LLC and Quantum Pleasants LLC | c/o Lowenstein Sandler LLP | Attn: Christopher A. Ward & Shanti M. Katona | cward@lowenstein.com skatona@lowenstein.com |
| Oracle America, Inc | c/o Buchalter LLP | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pleasants, LLC | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Scott Alberino, Kate Doorley, Sophia Bavaro | salberino@akingump.com kdoorley@akingump.com |
| Pleasants, LLC | c/o Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi, Nicholas A. Franchi, Blake Rohrbacher & Elizabeth J. Freud | rohrbacher@rlf.com freud@rlf.com |
| Precision Pump & Valve Service | Attn: Beth Harrison | | bharrison@ppvs.com |
| Siemens Energy Incorporated | Attn: Philip Emerick | | philip.emerick@siemens-energy.com |
| TRAG LLC and RG Energy LLC | c/o DLA Piper LLP (US) | Attn: Erik F. Stier | erik.stier@us.dlapiper.com |
| TRAG LLC and RG Energy LLC | c/o DLA Piper LLP (US) | Attn: Kristine Manoukian | kristine.manoukian@us.dlapiper.com |
| TRAG LLC and RG Energy LLC | c/o DLA Piper LLP (US) | Attn: R. Craig Martin | craig.martin@us.dlapiper.com |
| Tri-State Industrial Supply | Attn: Mark Patton | | mp@t-sisi.com |
| Vinson & Elkins LLP | Attn: Daniel M. Komarek | | payments@velaw.com |
| West Virginia Economic Development Authority | Attn: Joseph D. Brouse, Teresa W. Helmick, Taylor S. Cole, Nicholas S. Preservati | | nicholas.s.preservati@wv.gov joseph.d.brouse@wv.gov teresa.w.helmick@wv.gov taylor.s.cole@wv.gov |
| West Virginia Economic Development Authority (WVEDA) | Attn: Nicholas S. Preservati | | nicholas.s.preservati@wv.gov |
| West Virginia Office of the Attorney General | | | consumer@wvago.gov |
| Young Conaway Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner, Robert F. Poppiti, Jr., S. Alexander Faris, James C. Diver | | amagaziner@ycst.com rpoppiti@ycst.com afaris@ycst.com jdiver@ycst.com |