**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC,[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |
| | ) | **Sale Hearing: November 18, 2026, at 10:00 a.m. (ET)** |
| | ) | **Sale Objection Deadline: November 2, 2026, at 4:00 p.m. (ET)** |

**NOTICE OF SALE, POTENTIAL AUCTION,**
**SALE OBJECTION DEADLINE AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on July 26, 2026 (the "Petition Date"), Omnis Pleasants, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing the above-captioned chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, on August 13, 2026, the Debtor filed the *Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief* [Docket No. 86] (the "Bidding Procedures Motion"),[2] seeking authority from the Court to, among other things, market and sell the Debtor's Assets free and clear of liens, claims, encumbrances, and other interests, with all such liens, claims, encumbrances and other interests attaching with the same validity and priority to the applicable sale proceeds (the "Sale") and, if required, to conduct an auction (the "Auction") in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on September 14, 2026, the Court entered an order (the "Bidding Procedures Order") approving, among other things, the bidding procedures attached to the Bidding Procedures Order as Exhibit 1 (the "Bidding Procedures"), which establish

---

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

certain key dates and times related to the Sale and the Auction. All interested parties should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[3]

| Copies of the Bidding Procedures Order, and other documents related thereto, are available upon visiting the Debtor's restructuring website at https://cases.stretto.com/pleasantspowerstation. |
|---|

**Contact Persons for Parties Interested in Submitting a Bid in Connection with the Sale**

**Any person or entity who wishes to participate in the Auction and Sale process must comply with the participation requirements, bid requirements, and other requirements set forth in the Bidding Procedures. The Preliminary Bid Deadline is September 29, 2026, at 4:00 p.m. (prevailing Eastern Time), and the Bid Deadline is November 9, 2026, at 4:00 p.m. (prevailing Eastern Time). Only Qualified Bidders may participate in the Auction. The requirements for submitting a Qualified Bid are set forth in Section V of the Bidding Procedures.**

All requests directed to the Debtor in connection with the foregoing, or for further information regarding the Auction and Sale Process and participation therein, or for further information regarding the Assets, must be directed to: (a) proposed co-counsel to the Debtor, Kirkland & Ellis LLP, Attn: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Alexandra F. Schwarzman, P.C. (alexandra.schwarzman@kirkland.com), Gabriela Z. Hensley (gabriela.hensley@kirkland.com), and Megan Feeney (megan.feeney@kirkland.com); (b) co-counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, Attn: Andrew L. Magaziner (amagaziner@ycst.com), Robert F. Poppiti, Jr. (rpoppiti@ycst.com), and S. Alexander Faris (afaris@ycst.com); and (c) investment banker to the Debtor, Houlihan Lokey Capital, Inc., Attn: Xander Hector (XHector@HL.com), Thad Williams (TWilliams@HL.com), and Project_Combustion@hl.com. All Potential Bidders are instructed to review the Bidding Procedures with counsel.

The Debtor intends to conduct an Auction (if required) at which the Debtor will consider Qualified Bids submitted to the Debtor and its advisors in accordance with the Bidding Procedures. In the event that the Auction is required to be held pursuant to the Bidding Procedures, the Debtor intends to commence the Auction on **November 12, 2026, at 10:00 a.m. (prevailing Eastern Time)** either in-person or by videoconference or such other form of remote communication established by the Debtor (to be communicated to Qualified Bidders in advance).

The Sale Hearing to consider the proposed Sale will be held before the Honorable Karen B. Owens on **November 18, 2026, at 10:00 a.m. (prevailing Eastern Time)**, or such other date as determined by the Court or to which the hearing may be adjourned in accordance with the Bidding Procedures, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[3] To the extent of any inconsistencies between the Bidding Procedures Order and the Bidding Procedures and the summary descriptions of the Bidding Procedures Order and the Bidding Procedures in this notice, the terms of the Bidding Procedures Order and the Bidding Procedures shall control in all respects.

**Filing Objections to the Sale**

Objections, if any, to the Sale Transaction shall be filed, in the form provided for in the Bidding Procedures Order, by **4:00 p.m. (prevailing Eastern Time) on November 2, 2026** (the "**Sale Objection Deadline**"); *provided, however*, that objections solely (y) to the conduct of the Auction, or (z) to the extent any Stalking Horse Bidder designated pursuant to the Bidding Procedures prior to the Assumption and Assignment Service Deadline is not the Successful Bidder or no Stalking Horse Bidder is designated prior to the Assumption and Assignment Service Deadline, to (i) the identity of the Successful Bidder or (ii) the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Contracts that are to be potentially assumed and assigned in connection with the proposed Sale Transaction, shall be made no later than at the Sale Hearing (the "Auction Results Objection Deadline"). Any such objections shall be served on:

i. proposed co-counsel to the Debtor, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com) and Megan Feeney (megan.feeney@kirkland.com); 333 Wolf Point Plaza, Chicago, IL 60654, Attn: Alexandra F. Schwarzman, P.C. (alexandra.schwarzman@kirkland.com) and Gabriela Z. Hensley (gabriela.hensley@kirkland.com);

ii. counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Wilmington, DE 19801, Attn: Andrew L. Magaziner (amagaziner@ycst.com), Robert F. Poppiti, Jr. (rpoppiti@ycst.com), and S. Alexander Faris (afaris@ycst.com);

iii. counsel to TRAG LLC and RG Energy LLC, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, Attn: Kristine Manoukian (kristine.manoukian@us.dlapiper.com); 1201 North Market Street, Suite 2100, Wilmington, DE 19801, Attn: R. Craig Martin (craig.martin@us.dlapiper.com); and 500 Eighth Street NW, Washington, D.C. 20004, Attn: Erik F. Stier (erik.stier@us.dlapiper.com); and

iv. the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), 844 King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov).

**Consequences of Failing to Timely File an Objection to the Sale**

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE TRANSACTION ON OR BEFORE THE SALE OBJECTION DEADLINE OR THE AUCTION RESULTS OBJECTION DEADLINE, AS APPLICABLE, SHALL BE FOREVER BARRED FROM ASSERTING AN OBJECTION TO THE SALE TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND THE ABILITY OF THE SUCCESSFUL BIDDER TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE WITH RESPECT TO ANY**

**CONTRACTS THAT ARE TO BE POTENTIALLY ASSUMED AND ASSIGNED IN CONNECTION WITH THE PROPOSED SALE TRANSACTION.**

**Sale Free and Clear**

**The Sale will be free and clear of, among other things, any claim arising from any conduct of the Debtor prior to the closing of the Sale, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale. Accordingly, as a result of the Sale, the Successful Bidder or the Backup Bidder, as applicable, will not be a successor to the Debtor by reason of any theory of law or equity, and the Successful Bidder or the Backup Bidder, as applicable, shall have no liability, except as expressly provided in the applicable asset purchase agreement, for any liens, claims, encumbrances and other interests against or in the Debtor under any theory of law, including successor liability theories.**

**Key Dates and Deadlines**

| **Event** | **Proposed Date** |
|---|---|
| Preliminary Bid Deadline | September 29, 2026, at 4:00 p.m. (prevailing Eastern Time) |
| Assumption and Assignment Service Deadline | September 29, 2026, at 4:00 p.m. (prevailing Eastern Time) |
| Contract Assumption Notice Objection Deadline | Fourteen (14) days after service of the Contract Assumption Notice |
| Stalking Horse Supplement Deadline | October 22, 2026 |
| Deadline to File Form of Sale Order | No later than seven (7) days before the Sale Objection Deadline |
| Sale Objection Deadline | November 2, 2026, at 4:00 p.m. (prevailing Eastern Time) |
| Bid Deadline | November 9, 2026, at 4:00 p.m. (prevailing Eastern Time) |
| Auction (if required) | November 12, 2026, at 10:00 a.m. (prevailing Eastern Time) |
| Deadline to File Notice of Successful Bid and Successful Bidder | As soon as reasonably practicable but no later than two (2) calendar days after the Debtor selects a Successful Bidder |
| Auction Results Objection Deadline | At the Sale Hearing |
| Sale Hearing | November 18, 2026, at 10:00 a.m. (prevailing Eastern Time) |

[*Remainder of page intentionally left blank.*]

The Debtor reserves the right to modify the Bidding Procedures in accordance with the Bidding Procedures and the Bidding Procedures Order.

Dated: September 17, 2026
Wilmington, Delaware

*/s/ Andrew L. Magaziner*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (DE Bar No. 5426)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
S. Alexander Faris (DE Bar No. 6278)
James C. Diver (DE Bar No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*Co-Counsel for the Debtor and Debtor in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: alexandra.schwarzman@kirkland.com
gabriela.hensley@kirkland.com

*Proposed Co-Counsel for the Debtor and Debtor in Possession*