**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Omnis Pleasants, LLC[1] | Case No. 26-11169 (KBO) |
| Debtor. | **Objection Deadline: October 14, 2026 at 4:00 p.m. (ET)** |

# FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE DEBTOR FOR THE PERIOD FROM AUGUST 3, 2026, TO AUGUST 31, 2026

| | | |
|---|---|---|
| **Name of Applicant:** | **Houlihan Lokey Capital, Inc.** | |
| **Applicant's Role in Case:** | **Investment Banker for the Debtor** | |
| **Date Order of Employment Signed:** | **September 4, 2026, effective as of August 3, 2026** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **08/03/26** | **08/31/26** |
| **Summary of Total Professional Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | | **$125,000.00** |
| **Total expenses requested in this statement:** | | **$1,591.88** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | | **$126,591.88** |
| **Summary of Professional Fees Requested:** | | |
| **Total professional fees requested in this statement:** | | **$125,000.00** |
| **Summary of Expenses for the Fee Period** | | |
| **Expense Categories** | | **Amount** |
| Airfare | | $1,343.00 |
| Travel & Overtime Meals | | $150.88 |
| Ground Transportation | | $98.00 |
| **Total** | | **$1,591.88** |

1 The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

**Summary of Payment Requested**

| Fee Period | Current Fee | Holdback | Expenses | Amount Paid to Date | Amount to be Paid |
|---|---|---|---|---|---|
| 08/03 – 08/31 | $125,000.00 | $25,000.00 | $1,591.88 | $- | $101,591.88 |
| **Total** | **$125,000.00** | **$25,000.00** | **$1,591.88** | **$-** | **$101,591.88** |

**Summary of Hours for the Fee Period**

| Name of Professional | Position | Amount |
|---|---|---|
| Xander Hector | Managing Director | 36.5 |
| Fred Vescio | Managing Director | 18.5 |
| Daniel Tobin | Managing Director | 33.0 |
| Thad Williams | Director | 74.0 |
| Prachi Raina | Associate | 97.0 |
| Sai Kollipara | Associate | 157.5 |
| Ben Schroeder | Analyst | 173.5 |
| Akhil Tummala | Analyst | 122.0 |
| **Total** | | **712.0** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 78.5 |
| Correspondence with Debtor and Advisors | 129.0 |
| Correspondence with Creditors and Creditor Advisors | 1.5 |
| Correspondence with Potential Buyers | 53.5 |
| Marketing Materials, Diligence, and Analysis | 449.5 |
| **Total** | **712.0** |

Respectfully Submitted,

*/s/ Daniel Tobin*

Dated: September 30, 2026

Daniel Tobin
Managing Director
Houlihan Lokey Capital, Inc.
225 S 6th St, 49th Fl
Minneapolis, MN 55402

*Investment Banker to the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Objection Deadline: October 14, 2026 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 03, 2026 TO AUGUST 31, 2026**

Pursuant to sections 327 and 328 of title 11 of the United States Code, §§ 101–1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* [Docket No. 195] (the "Interim Compensation Order"), Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), the investment banker for the above-captioned debtor and debtor in possession (the "Debtor") hereby files this *First Monthly Application of Houlihan Lokey Capital, Inc., Investment Banker to the Debtor, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period from August 03, 2026 to August 31, 2026* (this "Application"). By this Application, Houlihan Lokey seeks a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

$125,000.00 (80% of which equals $100,000.00) as compensation and $1,591.88 for reimbursement of actual and necessary expenses, for a total of $101,591.88 for the period August 03, 2026 through and including August 31, 2026 (the "Compensation Period"). In support of this Application, Houlihan Lokey respectfully states as follows:

**BACKGROUND**

1. On July 26, 2026, the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing to manage its financial affairs as a debtor in possession.

2. On August 13, 2026, the Debtor filed the *Debtor's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014, and Local Rules 2014-1 and 2016-2, Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor, Effective as of August 3, 2026* [Docket No. 84] (the "Retention Application").

3. Pursuant to the *Order Pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014, and Local Rules 2014-1 and 2016-2, Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor, Effective as of August 3, 2026* [Docket No. 250] (the "Retention Order"), the Court approved the relief requested in the Retention Application, and Houlihan Lokey was retained as investment banker for the Debtor in connection with the Chapter 11 Case.

4. The terms and conditions of Houlihan Lokey's engagement in this case, which are embodied in the Retention Application and approved by the Court pursuant to the Retention Order, are based upon Houlihan Lokey's Engagement Agreement (as defined in the Retention Application) with the Debtor, as modified by the Retention Order (the "Engagement Agreement"). Pursuant to the Engagement Agreement, Houlihan Lokey is to be compensated through a monthly

fee of $125,000.00 (the "Monthly Fee"), plus certain Transaction Fees (as defined in the Engagement Agreement).

5. On August 31, 2026, the Court entered the Interim Compensation Order.

6. All services for which compensation is requested herein by Houlihan Lokey were performed on behalf of the Debtor.

7. The fee statement for the Compensation Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each professional during the Compensation Period. To the best of Houlihan Lokey's knowledge, this Application complies with sections 327 and 328 of the Bankruptcy Code, Local Rule 2016-2, and all other applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, and the Interim Compensation Order.

8. A summary of actual and necessary expenses incurred by Houlihan Lokey during the Compensation Period is included in the fee statement attached hereto as **Exhibit A**.

## RELIEF REQUESTED

9. By this Application, Houlihan Lokey requests compensation for reasonable and necessary services rendered in the amount of $125,000.00 and for reimbursement of out-of-pocket expenses in the amount of $1,591.88. Pursuant to the Interim Compensation Order, Houlihan Lokey requests (i) payment in the amount of $100,000.00, which is equal to eighty percent (80%) of the fees earned by Houlihan Lokey during the Compensation Period and (ii) interim allowance and reimbursement of one hundred percent (100%) of Houlihan Lokey's expenses incurred during the Compensation Period in connection with professional services rendered to the Debtor in the amount of $1,591.88. All services for which compensation is requested by Houlihan Lokey were performed during the Compensation Period to the Debtor.

10. The services performed by Houlihan Lokey during the Compensation Period included, among others, attending meetings with the Debtor, attending meetings with the Debtor's professionals, attending meetings with potential buyers and other stakeholders, preparing marketing materials for the sale process, preparing for and attending court hearings, facilitating diligence on behalf of potential buyers, populating a virtual data room, preparing materials summarizing the marketing process and updates from potential buyers, and analyzing and reviewing the Debtor's financial and operational performance.

11. Although Houlihan Lokey, in line with market convention, does not bill by the hour, Houlihan Lokey has nonetheless maintained reasonably detailed estimated time records in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as **Exhibit B**. During the Compensation Period, Houlihan Lokey professionals spent approximately 712.0 hours providing investment banking services to the Debtor.

12. The fees charged by Houlihan Lokey have been billed in accordance with the Retention Order and the Engagement Letter attached thereto and are comparable to those fees charged by Houlihan Lokey for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Houlihan Lokey submits that such fees are reasonable based upon customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

13. There is no agreement or understanding between Houlihan Lokey and any other person, other than members of the firm, for sharing compensation to be received for services rendered in the Chapter 11 Case.

14. Houlihan Lokey incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in detail in **Exhibit A**, Houlihan Lokey's total expenses for the Compensation period are $1,591.88.[2]

## CONCLUSION

In accordance with the factors enumerated in section 328 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Houlihan Lokey is fair and reasonable given (a) the nature of the Chapter 11 Case, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases under this title. Moreover, Houlihan Lokey has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

WHEREFORE, Houlihan Lokey respectfully requests that the Court enter an order providing for (a) an allowance of $125,000.00 as compensation for services rendered by Houlihan Lokey to the Debtor during the Compensation Period, (b) the payment of $100,000.00, representing 80% of the compensation for services rendered by Houlihan Lokey to the Debtor during the Compensation Period, (c) allowance and payment of $1,591.88 as 100% of reasonable and documented expenses incurred during the Compensation Period, and (d) such other and further relief as this Court may deem just and proper.

Dated: September 30, 2026

*/s/ Daniel Tobin*
Daniel Tobin, Managing Director
Houlihan Lokey Capital, Inc.

---

2 The expense reimbursements requested herein may not include certain expenses incurred by Houlihan Lokey during the Compensation Period but not processed as of the date hereof. As such, any expenses will be included in a future monthly fee application.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **<u>Objection Deadline</u>: October 14, 2026 at 4:00 p.m. (ET)** |

**<u>CERTIFICATION OF DANIEL TOBIN</u>**

I, Daniel Tobin, hereby declare and state as follows:

1. I am a Managing Director in the Financial Restructuring Group for Houlihan Lokey Capital, Inc. ("<u>Houlihan Lokey</u>"), an investment banking and advisory firm with its principal office at 10250 Constellation Blvd., 5th Floor, Los Angeles, CA 90067.

2. I have personally performed or am familiar with the work performed on behalf of the Debtor by Houlihan Lokey's professionals.

3. I have reviewed the *First Monthly Application of Houlihan Lokey Capital, Inc., Investment Banker to the Debtor, for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period from August 03, 2026 Through August 31, 2026* (the "<u>Application</u>"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules and, to the best of my knowledge, information, and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the Application materially comply with the provisions of the Bankruptcy Code, the Local Rules, and this Court's orders.

---

1 The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 30, 2026

*/s/ Daniel Tobin*

Daniel Tobin