**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC,[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Ref. Docket No. 297** |

**ORDER APPROVING STIPULATION**
**APPOINTING ALAN CARR AS A DIRECTOR OF OMNIS PLEASANTS, LLC**

Upon the certification of counsel (the "Certification of Counsel")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for the entry of an order approving that certain *Stipulation Appointing Alan Carr as a Director of Omnis Pleasants, LLC* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Certification of Counsel in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Certification of Counsel is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

Certification of Counsel and opportunity for a hearing on the Certification of Counsel were appropriate and no other notice need be provided; and this Court having reviewed the Certification of Counsel; and this Court having determined that the legal and factual bases set forth in the Certification of Counsel establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved, and the terms and conditions of the Stipulation are incorporated into this Order as if fully set forth herein.

2. The Debtor is authorized to execute and deliver such other instruments or documents and take such other action as may be necessary or appropriate to implement and effectuate the relief granted herein.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: October 1st, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**