**LOWENSTEIN SANDLER LLP**
Christopher A. Ward (No. 3877)
Shanti M. Katona (No. 5352)
Michael A. Kaplan (admitted *pro hac vice*)
1000 N West Street, Suite 1200
Wilmington, DE 19801
- and -
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
Telephone: (973) 597-2500

*Counsel to Omnis Fuel Technologies, LLC d/b/a Omnis Energy and Quantum Pleasants, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Omnis Pleasants, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11169 (KBO) |

**OMNIS FUEL TECHNOLOGIES, LLC AND QUANTUM PLEASANTS, LLC'S**
**NOTICE OF SERVICE**

I, **Christopher A. Ward, Esq.**, of full age, do hereby certify as follows:

1. I am a Partner at Lowenstein Sandler LLP, counsel to Omnis Fuel Technologies, LLC d/b/a Omnis Energy and Quantum Pleasants, LLC.

2. On October 7, 2026, I caused a true and correct copy of Omnis Fuel Technologies, LLC and Quantum Pleasants, LLC's Amended First Set of Requests for Production to Debtor Omnis Pleasants, LLC ("Debtor") to be served upon counsel for Debtor via electronic mail.

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2026

Christopher A. Ward, Esq.