**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Objection Deadline: November 30, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF FEE APPLICATION**

**PLEASE TAKE NOTICE** that the *Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from October 1, 2026, through October 31, 2026* (the "**Application**") has been filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Application seeks allowance of monthly fees in the amount of $194,869.00 and monthly expenses in the amount of $172.96.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **November 30, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) the Debtor, One Power Station Boulevard, Belmont, West Virginia, 26134 (contact@pleasantspower.com); (ii) co-counsel to the Debtor, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Alexandra F. Schwarzman, P.C. (alexandra.schwarzman@kirkland.com), Gabriela Z. Hensley (gabriela.hensley@kirkland.com), and Gabrielle Abbe (gabrielle.abbe@kirkland.com); (iii) co-counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, 1000 N King Street, Wilmington, Delaware 19801, Attn: Andrew Magaziner (amagaziner@ycst.com); Robert F. Poppiti, Jr. (rpoppiti@ycst.com); and S. Alexander Faris (afaris@ycst.com); (iv) counsel to TRAG LLC and RG Energy LLC, DLA Piper LLP (US), 1251 6th Avenue, New York, NY 10020, Attn: Kristine Manoukian (kristine.manoukian@us.dlapiper.com); 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, Attn: R. Craig Martin (craig.martin@us.dlapiper.com); and 500 Eighth Street NW, Washington, DC 20004, Attn: Erik F. Stier (erik.stier@us.dlapiper.com); and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER (I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS AND (II) GRANTING RELATED RELIEF* [DOCKET NO. 195], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTOR WILL BE AUTHORIZED TO PAY 80%

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE APPLICATION.

Date: November 11, 2026

*/s/ Andrew L. Magaziner*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (No. 5426)
Robert F. Poppiti, Jr. (No. 5052)
S. Alexander Faris (No. 6278)
James C. Diver (No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*Counsel to the Debtor and Debtor in Possession*