**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC,[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Docket Ref. No.** 372 |

**ORDER (I) SHORTENING THE NOTICE AND OBJECTION PERIOD FOR THE MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO OBTAIN JUNIOR POSTPETITION FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

Upon the *Motion of Debtor for Entry of an Order (I) Shortening the Notice and Objection Period for the Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Motion to Shorten"),[2] the Blacker Declaration, and the Tobin Declaration; and upon this Court having reviewed the Motion, the Blacker Declaration, and the Tobin Declaration; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten or the DIP Motion, as applicable.

28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that adequate notice of the Motion to Shorten has been given and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is granted, as set forth herein.

2. A hearing to consider the DIP Motion and entry of the Interim DIP Order will be held on November 18, 2026 at 10:00 a.m. (ET). Objections entry of the Interim DIP Order, if any, shall be filed no later than November 17, 2026 at 12:00 p.m. (ET).

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 13, 2026

Ka B. O

Chief Judge