**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Objection Deadline: December 7, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: December 18, 2026 at 3:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF DEBTOR'S PROFESSIONALS**

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 195] (the "**Interim Compensation Order**"), certain professionals retained by the above-captioned debtor and debtor in possession (the "**Debtor**") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (this "**Interim Fee Application**") for all monthly fee applications filed for the period from July 26, 2026, through and including September 30, 2026. Summaries of the fees and expenses subject to this Interim Fee Application are annexed hereto and set forth in the monthly fee applications previously filed with the Court by applicable professionals retained by the Debtor. Pursuant to the Interim Compensation Order, with respect the professionals subject to this Interim Fee Application, the Debtor was previously authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 14-day objection period.

**PLEASE TAKE FURTHER NOTICE** THAT OBJECTIONS, IF ANY, TO THIS INTERIM FEE APPLICATION ARE REQUIRED TO BE FILED AND SERVED ON THE

1 The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

AFFECTED PROFESSIONAL AND THE NOTICE PARTIES IDENTIFIED IN THE INTERIM COMPENSATION ORDER ON OR BEFORE **DECEMBER 7, 2026 AT 4:00 P.M. (ET)**.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THIS INTERIM FEE APPLICATION WILL BE HELD ON **DECEMBER 18, 2026 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THIS INTERIM FEE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THIS INTERIM FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 16, 2026
Wilmington, Delaware


*<u>/s/ Andrew L. Magaziner</u>*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (DE Bar No. 5426)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
S. Alexander Faris (DE Bar No. 6278)
James C. Diver (DE Bar No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*Co-Counsel for the Debtor and Debtor in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: alexandra.schwarzman@kirkland.com
gabriela.hensley@kirkland.com

*Co-Counsel for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**FIRST INTERIM FEE APPLICATION OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | Debtor and Debtor in Possession |
| Effective Date of Retention: | July 26, 2026 |
| Period for Which Compensation and Reimbursement is Sought: | July 26, 2026, through and including September 30, 2026 |

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 9/15/26 No. 275 | 7/26/26 – 8/31/26 | $700,033.50 | $3,288.08 | 9/30/26 No. 299 | $560,026.80 | $3,288.08 | $140,006.70 |
| 10/15/26 No. 327 | 9/1/26 – 9/30/26 | $426,452.50 | $8,878.81 | 10/30/26 No. 349 | $341,162.00 | $8,878.81 | $85,290.50 |
| | **TOTALS** | **$1,126,486.00** | **$12,166.89** | | **$901,188.80** | **$12,166.89** | **$225,297.20** |

1 The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**FIRST INTERIM FEE APPLICATION OF SIDLEY AUSTIN LLP**

| | |
|---|---|
| Name of Applicant: | Sidley Austin LLP |
| Authorized to Provide Professional Services as: | Debtor and Debtor in Possession |
| Effective Date of Retention: | July 26, 2026 |
| Period for Which Compensation and Reimbursement is Sought: | July 26, 2026, through and including September 30, 2026 |

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 9/24/26 No. 282 | 7/26/26 – 8/31/26 | $304,616.70 | $516.71 | 10/9/26 No. 312 | $243,693.36 | $516.71 | $60,923.34 |
| 11/11/26 No. 368 | 9/1/26 – 9/30/26 | $141,258.15 | $725.78 | TBD No. TBD | $113,006.52[2] | $725.78[2] | $28,251.63[2] |
| | **TOTALS** | **$445,874.85** | **$1,242.49** | | **$356,699.88** | **$1,242.49** | **$89,174.97** |

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] If no objections are received and a certificate of no objection is filed.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**FIRST INTERIM FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC.**

| | |
|---|---|
| Name of Applicant: | Houlihan Lokey Capital, Inc. |
| Authorized to Provide Professional Services as: | Debtor and Debtor in Possession |
| Effective Date of Retention: | August 3, 2026 |
| Period for Which Compensation and Reimbursement is Sought: | August 3, 2026, through and including September 30, 2026 |

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 9/30/26 No. 300 | 8/3/26 – 8/31/26 | $125,000.00 | $1,591.88 | 10/21/26 No. 334 | $100,000.00 | $1,591.88 | $25,000.00 |
| 10/13/26 No. 323 | 9/1/26 – 9/30/26 | $125,000.00 | $1,394.03 | 10/28/26 No. 345 | $100,000.00 | $1,394.03 | $25,000.00 |
| | **TOTALS** | **$250,000.00** | **$2,985.91** | | **$200,000.00** | **$2,985.91** | **$50,000.00** |

1 The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.