**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Omnis Pleasants, LLC[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 18, 2026 AT 10:00 A.M. (ET)**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE OWENS'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (ET) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## RESOLVED MATTERS

1. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtor and Debtor in Possession Effective as of September 12, 2026 [(SEALED) Docket No. 317; 10/12/26; (REDACTED) Docket No. 318; 10/12/26]

   Related Documents:

   A. Motion of Debtor for Entry of an Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Kirkland Retention Application [Docket No. 319; 10/12/26]

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

[2] **All amendments appear in bold.**

B. Certificate of No Objection [Docket No. 343; 10/28/26]

C. Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtor and Debtor in Possession Effective as of September 12, 2026 [Docket No. 346; 10/29/26]

D. Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Kirkland Retention Application [Docket No. 347; 10/29/26]

Response Deadline: October 27, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

2. Motion of Debtor for Entry of an Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Kirkland Retention Application [Docket No. 319; 10/12/26]

Related Documents:

A. Certificate of No Objection [Docket No. 344; 10/28/26]

B. Order Authorizing the Debtor to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Kirkland Retention Application [Docket No. 347; 10/29/26]

Response Deadline: October 27, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

3. Motion of Debtor for Entry of an Order (I) Enlarging the Period Within Which the Debtor May Remove Actions and (II) Granting Related Relief [Docket No. 338; 10/26/26]

Related Documents:

A. Certificate of No Objection [Docket No. 367; 11/11/26]

B. Order (I) Enlarging the Period Within Which the Debtor May Remove Actions and (II) Granting Related Relief [Docket No. 369; 11/12/26]

Response Deadline: November 9, 2026 at 4:00 p.m. (ET)

Responses Received: None

Status: An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

4. Debtor's Motion for Entry of an Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief [Docket No. 86; 8/13/26]

Related Documents:

A. Declaration of David Hindman, as Chief Executive Officer of Omnis Pleasants, LLC, d/b/a Pleasants Power Station, in Support of Chapter 11 Petition and First Day Motions [Docket No. 10; 7/27/26]

B. Order (I) Approving the Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief [Docket No. 265; 9/14/26]

C. Notice of Sale, Potential Auction, Sale Objection Deadline and Sale Hearing [Docket No. 277; 9/17/26]

D. Notice of the Quantum Parties' Intent Not to Submit a Bid for Any of the Debtor's Assets [Docket No. 288; 9/28/26]

E. Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 292; 9/29/26]

F. Affidavit of Publication of Sale Notice [Docket No. 321; 10/13/26]

G. Notice of Withdrawal of Hope Gas, Inc.'s Objection to Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 329; 10/20/26]

H. Notice of Designation of Stalking Horse Bidder and Stalking Horse Supplement [Docket No. 336; 10/24/26]

I. Declaration of Xander Hector in Support of Entry of the Order (I) Approving the Debtor's Designation of a Stalking Horse Bidder for the Sale of the Debtor's Assets, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Docket No. 339; 10/27/26]

J. Notice of Extension of Sale Objection Deadline [Docket No. 354; 11/2/26]

K. Order (I) Approving the Debtor's Designation of a Stalking Horse Bidder for the Sale of the Debtor's Assets, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Docket No. 355; 11/3/26]

L. Notice of Filing of Proposed Sale Order [Docket No. 358; 11/5/26]

M. Notice of the Prepetition Secured Parties' Intent Not to Submit a Bid [Docket No. 359; 11/6/26]

N. Amended and Supplemental Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 366; 11/11/26]

O. Notice of Successful Bidder for the Debtor's Assets [Docket No. 383; 11/13/26]

Response Deadline: November 12, 2026 at 4:00 p.m. (ET); extended to November 13, 2026 at 4:00 p.m. (ET) for the West Virginia Economic Development Authority; extended to November 16, 2026 at 12:00 p.m. (ET) for Omnis Fuel Technologies, LLC and Quantum Pleasants LLC; extended to November 16, 2026 at 4:00 p.m. (ET) for the Department of Justice ("DOJ") and Pleasants, LLC.

Responses Received:

P. [WITHDRAWN] Hope Gas, Inc.'s Limited Objection to Notice of Potential Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 320; 10/13/26]

Q. Oracle's Rights Reservation Regarding Debtor's Sale Motion [Docket No. 348; 10/30/26]

R. Industrial Accessories Company's Reservation of Rights Regarding Debtor's Motion to Sell Substantially All Assets [Docket No. 351; 11/2/26]

S. Industrial Accessories Company's ("IAC") Limited Objection to Proposed Form of Sale Order [Docket No. 370; 11/12/26]

T. West Virginia Economic Development Authority's Limited Objection to Debtor's Order (I) Approving Auction and Bidding Procedures for the Sale of the Debtor's Assets, (II) Scheduling Certain Dates and Deadlines Related Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtor to Designate a Stalking Horse Bidder and Offer Bid Protections Related Thereto, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving the Sale of Assets, and (VII) Granting Related Relief [Docket No. 375; 11/13/26]

U. Informal response from the DOJ

V. Informal response from the United States Environmental Protection Agency

W. Informal response from the Office of the United States Trustee

**Additional Documents**:

X. **Declaration of Xander Hector in Support of Entry of the Order (I) Authorizing and Approving the Sale of Purchased Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Related Relief [Docket No. 394; 11/17/26]**

Y. **Debtor's Witness and Exhibit List for Hearing Scheduled for November 18, 2026 at 10:00 a.m. (ET) [Docket No. 396; 11/17/26]**

Z. **Notice of Filing of Revised Proposed Sale Order [Docket No. 397; 11/17/26]**

AA. **Debtor's Amended Witness and Exhibit List for Hearing Scheduled for November 18, 2026 at 10:00 a.m. (ET) [Docket No. 407; 11/18/26]**

BB. **Notice of Filing of Further Revised Proposed Sale Order [Docket No. 408; 11/17/26**

Status: This matter is going forward. **The Debtor has filed a revised form of order [Docket No. 97] to address informal comments received from the U.S. Trustee, Pleasants Power Generation, LLC, the Prepetition Secured Parties, and the United States Department of Justice, Environment and Natural Resources Division, as well as language resolving the limited objections asserted by the Industrial Accessories Company and the West Virginia Economic Development Authority, and a further revised order addressing Oracle's the reservation of rights [Docket No. 408].**

60708639.3

5. Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 371; 11/12/26]

Related Documents:

A. Motion of Debtor for Entry of an Order (I) Shortening the Notice and Objection Period for the Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 372; 11/12/26]

B. Order (I) Shortening the Notice and Objection Period for the Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 378; 11/13/26]

C. Notice of Filing of Proposed Interim Order (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 381; 11/13/26]

D. **Declaration of Christopher Blacker in Support of Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 389; 11/16/26]**

E. **Declaration of Daniel Tobin in Support of Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 390; 11/16/26]**

F. **Debtor's Witness and Exhibit List for Hearing Scheduled for November 18, 2026 at 10:00 a.m. (ET) [Docket No. 396; 11/17/26]**

G. **Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtor to Obtain Junior Postpetition Financing, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 403; 11/17/26]**

H. **Debtor's Amended Witness and Exhibit List for Hearing Scheduled for November 18, 2026 at 10:00 a.m. (ET) [Docket No. 407; 11/18/26]**

Response Deadline: November 17, 2026 at 12:00 p.m. (ET)

Responses Received:

I. Informal response from IAC

J. **Informal Comments from the U.S. Trustee**

Status: This matter is going forward. **The Debtor has filed a revised form of proposed order to address informal comments received from the U.S. Trustee, the Senior Secured Parties, the Omnis Parties, and Industrial Accessories Company, as well as to make certain additional revisions to the proposed interim order.**

Dated: November 18, 2026
Wilmington, Delaware

*_/s/ S. Alexander Faris_*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (DE Bar No. 5426)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
S. Alexander Faris (DE Bar No. 6278)
James C. Diver (DE Bar No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*Co-Counsel for the Debtor and Debtor in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: alexandra.schwarzman@kirkland.com
gabriela.hensley@kirkland.com

*Co-Counsel for the Debtor and Debtor in Possession*

60708639.3