**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC,[1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | **Objection Deadline: December 4, 2026 at 4:00 p.m. (ET)** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, the "Applicant") has today filed the attached *First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtor and Debtor in Possession, for the Period from September 12, 2026, Through and Including September 30, 2026* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application, must be made in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief*, entered August 31, 2026 [Docket No. 195] (the "Interim Compensation Order") and must be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be served upon and received by (i) the Debtor, One Power Station Boulevard, Belmont, West Virginia, 26134 (contact@pleasantspower.com); (ii) co-counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, 1000 N King Street, Wilmington, Delaware 19801, Attn: Andrew Magaziner (amagaziner@ycst.com); Robert F. Poppiti, Jr. (rpoppiti@ycst.com); and S. Alexander Faris (afaris@ycst.com); (iii) counsel to TRAG LLC and RG Energy LLC,

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia, 26134.

DLA Piper LLP (US), 1251 6th Avenue, New York, NY 10020, Attn: Kristine Manoukian (kristine.manoukian@us.dlapiper.com); 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, Attn: R. Craig Martin (craig.martin@us.dlapiper.com); and 500 Eighth Street, NW, Washington DC 20004, Attn: Erik F. Stier (erik.stier@us.dlapiper.com); and (iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov) by no later than **4:00 p.m. (Prevailing Eastern Time) on December 4, 2026 (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Application are timely filed, served, and received in accordance with this notice, a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE NOTICE** that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served, and received by the Objection Deadline, the Debtor will be authorized to pay 80 percent of the requested fees and 100 percent of the requested expenses without further order of the Bankruptcy Court.

[*Remainder of page intentionally left blank*]

Dated: November 20, 2026
Wilmington, Delaware

*<u>/s/ Andrew L. Magaziner</u>*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (DE Bar No. 5426)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
S. Alexander Faris (DE Bar No. 6278)
James C. Diver (DE Bar No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*Co-Counsel for the Debtor*
*and Debtor in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: alexandra.schwarzman@kirkland.com
gabriela.hensley@kirkland.com

*Co-Counsel for the Debtor*
*and Debtor in Possession*