**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| OMNIS PLEASANTS, LLC, [1] | ) | Case No. 26-11169 (KBO) |
| Debtor. | ) | |
| | ) | **Hearing Date: December 18, 2026 at 3:00 p.m. (ET)** |
| | ) | **Objection Deadline: December 7, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) EXTENDING THE DEADLINE FOR THE DEBTOR TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on November 23, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion of Debtor for Entry of an Order (I) Extending the Deadline for the Debtor to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m. (prevailing Eastern Time) on December 7, 2026.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) the Debtor, Omnis Pleasants, LLC, One Power Station

[1] The last four digits of the Debtor's tax identification number are 2673. The location of the Debtor's principal place of business and the Debtor's service address is One Power Station Boulevard, Belmont, West Virginia 26134.

Boulevard, Belmont, West Virginia 26134, Attn.: David Hindman (david.hindman@pleasantspower.com); (b) counsel to the Debtor, Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn.: Alexandra F. Schwarzman (alexandra.schwarzman@kirkland.com) and Gabriela Z. Hensley (gabriela.hensley@kirkland.com), and Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com); (c) co-counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn.: Andrew L. Magaziner (amagaziner@ycst.com), Robert F. Poppiti, Jr. (rpoppiti@ycst.com), S. Alexander Faris (afaris@ycst.com), and James C. Diver (jdiver@ycst.com); (d) counsel to the Junior DIP Lender, Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019, Attn.: Robert Hirsh (robert.hirsh@nortonrosefulbright.com), James Copeland (james.copeland@nortonrosefulbright.com), and Francisco Vazquez (francisco.vazquez@nortonrosefulbright.com); (e) co-counsel to the Junior DIP Lender, Morris James LLP, 600 North King Street, Wilmington, Delaware 19801, Attn.: Eric J. Monzo (emonzo@morrisjames.com); (f) the Office of the U.S. Trustee, U.S. Department of Justice, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov); (g) counsel to TRAG LLC and RG Energy LLC, DLA Piper LLP (US), 1251 6th Avenue, New York, New York 10020, Attn: Kristine Manoukian (kristine.manoukian@us.dlapiper.com), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, Attn: R. Craig Martin (craig.martin@us.dlapiper.com), and 500 Eighth Street NW, Washington, D.C. 20004, Attn: Erik F. Stier (erik.stier@us.dlapiper.com); and (h) counsel to

any statutory committee appointed in this case, so as to be received by the above objection deadline.

**PLEASE TAKE FURTHER NOTICE** THAT, IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **DECEMBER 18, 2026 AT 3:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM #3, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank*]

Dated: November 23, 2026
Wilmington, Delaware

*/s/ S. Alexander Faris*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Andrew L. Magaziner (DE Bar No. 5426)
Robert F. Poppiti, Jr. (DE Bar No. 5052)
S. Alexander Faris (DE Bar No. 6278)
James C. Diver (DE Bar No. 7568)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: amagaziner@ycst.com
rpoppiti@ycst.com
afaris@ycst.com
jdiver@ycst.com

*Co-Counsel for the Debtor and Debtor in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Alexandra F. Schwarzman, P.C. (admitted *pro hac vice*)
Gabriela Z. Hensley (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: alexandra.schwarzman@kirkland.com
gabriela.hensley@kirkland.com

*Co-Counsel for the Debtor and Debtor in Possession*